IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER GILSON, on his<br>own behalf and other similarly<br>situated, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No. 06:12-cv-1423-ORL-18-GJK |
| INDAGLO, INC., d/b/a  COUNTRY<br>CLUB MOTORS OF<br>MELBOURNE, FABIEN CLERC, and<br>CHARLES HENLEY, | § § § § § | |
| Defendants. | § § | |

**NOTICE OF FILING MATERIALS IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendant, **INDAGLO, INC., d/b/a COUNTRY CLUB MOTORS, OF MELBOURNE** and **CHARLES HENLEY**, hereby gives notice of the filing of the following materials, all of which are relevant to Defendants' Motion for Summary Judgment, filed simultaneously herewith:

1.  Exhibit "1"; Affidavit of Charles Henley, Sworn to on September 18, 2013;

2.  Exhibit "2"; Affidavit of Theopolis Roberts, Sworn to on September 18, 2013;

3.  Exhibit "3"; Affidavit of Eric Pankratz, Sworn to on September 18, 2013;

4.  Exhibit "4"; Defendants' Statement of Uncontroverted Facts;

5.  Exhibit "5"; Deposition Transcript of Deposition of Christopher Gilson, taken August 2, 2013 (2 volumes including all exhibits); and

6.  Exhibit "6"; Deposition Transcript of Deposition of Stephen Hinz, taken July 31, 2013 (2 volumes including all exhibits).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 18, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

**RHODES LAW, P.A.**

By:/s/ Ruth C. Rhodes_____  _____
RUTH C. RHODES, ESQ.            FBN: 0028313
Email: ruth@rhodeslawpa.com
474 N. Harbor City Blvd., Suite 1
Melbourne, Florida   32935
Telephone:  (321) 610-4542
Facsimile: (321) 610-8141

TRIAL COUNSEL FOR DEFENDANTS

## <u>SERVICE LIST</u>

Ruth C. Rhodes, Esq.
RHODES LAW, P.A.
474 N. Harbor City Blvd., Suite 1
Melbourne, Florida 32935
Telephone:  (321) 610-4542
Facsimile: (321) 610-8141
Email: ruth@rhodeslawpa.com
Attorney for Defendants

Christina J. Thomas, Esq.
MORGAN & MORGAN, P.A.
20 N. Orange Ave., 16th Floor
Orlando, Florida 32801
Tel: (407) 420-1414
Facsimile: (407) 245-3401
Email: cthomas@forthepeople.com
Attorney for Plaintiffs

Bernard R. Mazaheri, Esq.
MORGAN & MORGAN, P.A.
20 N. Orange Ave., 16th Floor
Orlando, Florida 32801
Tel: (407) 420-1414
Tel: (954) 318-0268
Facsimile: (407) 245-3401
Email: bmazaheri@forthepeople.com
Attorney for Plaintiffs