IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER GILSON, on his own behalf and other similarly situated, | § § § § | |
| Plaintiff, | § § § | |
| vs. | § § | Case No. 06:12-cv-1423-ORL-18-GJK |
| INDAGLO, INC., d/b/a   COUNTRY CLUB MOTORS OF MELBOURNE, FABIEN CLERC, and CHARLES HENLEY, | § § § § § | |
| Defendants. | § § | |

## NOTICE OF DEPOSITION DUCES TECUM

**TO:   CHRISTOPHER GILSON**
**c/o Christina J. Thomas, Esq.**
**MORGAN & MORGAN, P.A.**
**20 N. Orange Ave., 16th Floor**
**Orlando, Florida 32801**

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants, **CHARLES HENLEY** and **INDAGLO, INC. d/b/a COUNTRY CLUB MOTORS OF MELBOURNE**, will take the oral deposition of **CHRISTOPHER GILSON**, beginning on **AUGUST 2, 2013 at 10:00 a.m.**, and continuing thereafter from day to day, excluding Sundays and holidays, until completed, at the Orlando Airport Fairfield Inn, 7100 Augusta National Drive, Orlando, Florida 32822.

Upon oral examination pursuant to Federal Rules of Civil Procedure, before Ryan Reporting, an Official Court Reporter or a Notary Public in and for the State of Florida at Large, or some other officer duly authorized by law to take depositions. Said deposition(s) will be taken for the purposes as are permitted under the Rules which govern the conduct of the case.

The deponent is directed to bring with him all items set forth in **Exhibit "A"** attached hereto and made a part hereof by reference.

DATED: June 30, 2013

RHODES LAW, P.A.

By: _Ruth C Rhodes_
RUTH C. RHODES, ESQ.                    FBN: 0028313

EXHIBIT
1

Email: ruth@rhodeslawpa.com
474 N. Harbor City Blvd., Suite 1
Melbourne, Florida      32935
Telephone:   (321) 610-4542
Facsimile: (321) 610-8141

**TRIAL COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

 **I HEREBY CERTIFY** a true and correct copy of the foregoing has been sent via U.S. Mail and Electronic Mail to: Christina J. Thomas, Esq., MORGAN & MORGAN, P.A., 20 N. Orange Ave., 16th Floor, Orlando, Florida 32801 (Email: cthomas@forthepeople.com), this 30th day of June, 2013.

RHODES LAW, P.A.

By:_____

RUTH C. RHODES, ESQ.   FBN: 0028313
Email: ruth@rhodeslawpa.com
474 N. Harbor City Blvd., Suite 1
Melbourne, Florida      32935
Telephone:   (321) 610-4542
Facsimile: (321) 610-8141

**TRIAL COUNSEL FOR DEFENDANTS**

## EXHIBIT "A"

### INSTRUCTIONS FOR REQUEST FOR PRODUCTION OF DOCUMENTS

1) The words "document" and "documents" shall mean all written, recorded, or graphic matters, however produced or reproduced, whether or not privileged, pertaining in any way to the subject matter of this action.   This definition includes, but is not limited to, any and all originals, copies, or drafts of the following: records; notes; summaries; schedules; contracts or agreements; drawings; sketches; invoices; order or acknowledgments; diaries, reports, forecasts or appraisals; memoranda of telephone or in person conversation by or with any person, or any other memoranda; letters, telegrams, telexes, or cables prepared, drafted or sent; tapes, transcripts, or recordings; photographs, pictures or films; computer programs or data; electronic information and communications, including but not limited to email, data in databases, accounting and calendaring systems, data stored in instant messaging (IM) systems and digital voice mail systems, raw computer data, archived data, and data stored on backup media; or other graphic, symbolic, recorded or written materials of any nature whatsoever.   Any document which contains any comment, notation, addition, insertion, or marking of any kind which is duplicative of another document not containing the comment, notation, addition, insertion, or marking is to be considered a separate document.

2) The term "Plaintiff" shall mean Plaintiff **CHRISTOPHER GILSON**.

3) The term "you" or "your" shall mean the party upon whom this Request has been served, and such party's agents and representatives.

4) In the event you are requested to "produce", "identify", "describe", or "locate" a document which is claimed to be protected from discovery under the attorney-client privilege, as work product or otherwise, please list the following for each:

    a.    A brief description of the nature and contents of the document claimed to be privileged and its date;

    b.    The name, occupation, and capacity of the document's author and the name, occupation, and capacity of the individual to whom the allegedly privilege matter was disseminated, if any;

    c.    The privilege claimed; and

    d.    Grounds upon which the privilege is claimed.

5) In the event you are asked to "produce", "identify", "describe" or "locate" a document which you claim is in the possession of a third party, your description should be sufficient to satisfy the requirements of the Federal Rules of Civil Procedure and should include, but not be limited to:

    a.    the name, address, telephone number, occupation, job title, and employer of the present custodian of the document;

## EXHIBIT "A"

b.    A brief description of the nature and contents of the document and its date;

c.    The name, occupation, and capacity of the document's author and the name, occupation, and capacity of the individual to whom the matter was disseminated, if any.

6)    Time:   the documents requested are from **September 1, 2010** to the Present unless otherwise requested.

## DOCUMENTS REQUESTED

1.    Documents which you may use to support your claims in this case, including regarding damages.

2.    Documents pertaining to the allegations or responses thereto in any pleading in this case.

3.    Documents pertaining to communications or agreements between any parties to this case.

4.    Documents pertaining to any notices, demands, or requests given by any party to this case to any other party in this case that relate directly or indirectly to the issues raised in any pleading in this case.

5.    Your entire file pertaining to the party or parties who have submitted this Request to you.

6.    All photographs, videotapes, and drawings that pertain in any way to the subject matter of this suit.

7.    Any and all documents evidencing the hours you worked during your employ with the Defendants.

8.    Any and all documents evidencing the amounts paid to you during your employ with the Defendants.

# Application for Employment

Position You Are Applying For _Sales_          Desired Salary _____

Date Available for Work: _____

## PERSONAL INFORMATION

_Gilson_                                    _Chris_                    _PC_

Last Name                                   First Name                 Middle

_1510 Studley Dr N.V_          _Palmbay_          _FC_    _32907_

Address                                   City                State      Zip

Home Phone: _____  Cell Phone: _813-410-2846_  Email address: _____

Social Security Number: _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_

Are you a U.S. Citizen?  [✓] Yes [ ] No

Have you ever been convicted of a felony?  [ ] Yes [✓] No

If selected for employment are you willing to submit to a pre-employment drug screening test?    [ ] Yes [ ] No

## EDUCATION

| School Name | Location | Years Attended | Degree Received | Major |
|---|---|---|---|---|
| _Lake Mary High_ | _Lake Mary_ | _4 years_ | _High School diploma_ | |

Other training, certifications or licenses held: _____

## EMPLOYMENT

Employer: _Wesley Chapel Nissan_          Dates Employed: _06_ to _09_

Work Phone: _813-751-2300_      Pay Rate: $ _7500_

Address: _2500 Wesley Chapel Blvd._

City: _Wesley Chapel_          State: _FC_      Zip: _33543_

Position: _used car manger_

Duties Performed: _Apraise cars Pencial Deals_

Supervisors Name and Title: _medi medrik_

Reason for leaving: _moved_

May we contact them?  [✓] Yes [ ] No

## REFERENCES

| Name | Title | Company | Phone |
|---|---|---|---|
| _Joe Segera_ | _owns Buzz_ | _Surgera landscapi_ | _321-288-2500_ |
| _Joe Suppton_ | | _used to own contry clube motors_ | _321-720-3644_ |
| _Scott Roads_ | _Sales manger_ | _Boni face motors_ | _321-508-8727_ |

## Acknowledgement and Authorization

[✓] I certify that all answers given herein are true and complete to the best of my knowledge.

[✓] I authorize investigation of all statements contained in this application for employment as may be necessary in arriving at an employment decision.

[✓] In the event of employment, I understand that false or misleading information given in my application or interview(s) may result in discharge.

Signature of Applicant _____          Date _12-9-2010_

© 2009 Free Printables by Hoover Web Design http://www.hooverwebdesign.com

EXHIBIT
2

# Form W-4 (2010)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2010 expires February 16, 2011. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** You cannot claim exemption from withholding if (a) your income exceeds $950 and includes more than $300 of unearned income (for example, interest and dividends) and (b) another person can claim you as a dependent on his or her tax return.

**Basic Instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the Personal Allowances Worksheet below. See Pub. 919, How Do I Adjust My Tax Withholding, for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax

payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 919 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 919 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the amount you are having withheld compares to your projected total tax for 2010. See Pub. 919, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

---

## Personal Allowances Worksheet (Keep for your records.)

**A** Enter "1" for yourself if no one else can claim you as a dependent . . . . . . . . . . . . . . **A** _1_

**B** Enter "1" if: 
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less.

} . . **B** _1_

**C** Enter "1" for your spouse. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . **C** ____

**D** Enter number of dependents (other than your spouse or yourself) you will claim on your tax return . . . . **D** _1_

**E** Enter "1" if you will file as head of household on your tax return (see conditions under Head of household above) . **E** ____

**F** Enter "1" if you have at least $1,800 of child or dependent care expenses for which you plan to claim a credit . . **F** ____
(Note. Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

**G** Child Tax Credit (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information.
- If your total income will be less than $61,000 ($90,000 if married), enter "2" for each eligible child; then  less "1" if you have three or more eligible children.
- If your total income will be between $61,000 and $84,000 ($90,000 and $119,000 if married), enter "1" for each eligible child plus "1" additional if you have four or more eligible children. . . . . . . . . . . . . **G** _3_

**H** Add lines A through G and enter total here. (Note. This may be different from the number of exemptions you claim on your tax return.) ▶ **H** _5_

For accuracy, complete all worksheets that apply.
- If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.
- If you have more than one job or are married and you and your spouse both work and the combined earnings from all jobs exceed $18,000 ($32,000 if married), see the Two-Earners/Multiple Jobs Worksheet on page 2 to avoid having too little tax withheld.
- If neither of the above situations applies, stop here and enter the number from line H on line 5 of Form W-4 below.

---

- - - - - - - - - - - - - - - - - - Cut here and give Form W-4 to your employer. Keep the top part for your records. - - - - - - - - - - - - - - - -

**Form W-4**

Department of the Treasury
Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074

**2010**

| 1 Type or print your first name and middle initial. | Last name | 2 Your social security number |
|---|---|---|
| Christopher | Gilson | 263 93 3656 |

| 3 ☒ Single ☐ Married ☐ Married, but withhold at higher Single rate. |
| Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box. |

Home address (number and street or rural route)
150 Studley Dr. N.W

City or town, state, and ZIP code
Palm Bay FL, 32907

4 If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐

5 Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) . . . **5** _5_

6 Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . **6** $ ____

7 I claim exemption from withholding for 2010, and I certify that I meet both of the following conditions for exemption.
- Last year I had a right to a refund of all federal income tax withheld because I had no tax liability **and**
- This year I expect a refund of all federal income tax withheld because I expect to have no tax liability.
If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . ▶ **7**

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature
(Form is not valid unless you sign it.) ▶ _[signature]_

Date ▶ 12-09-20

| 8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN) |
|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 2.            Cat. No. 10220Q            Form **W-4** (2010)

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB No. 1615-0047; Expires 06/30/09

# Form I-9, Employment Eligibility Verification

Please read instructions carefully before completing this form. The instructions must be available during completion of this form.

**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because the documents have a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| Gilson | Christopher | | |

| Address (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
|---|---|---|
| 1510 Studley Dr. | | 7-29-1969 |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| Palm Bay | FL | 32907 | 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 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
- [X] A citizen or national of the United States
- [ ] A lawful permanent resident (Alien #) A _____
- [ ] An alien authorized to work until _____
  (Alien # or Admission #) _____

| Employee's Signature | Date (month/day/year) |
|---|---|
| | 12-09-10 |

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Preparer's/Translator's Signature | Print Name |
|---|---|
| | |

| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|
| | |

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C, as listed on the reverse of this form, and record the title, number and expiration date, if any, of the document(s).

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: _____ | | DRIVERS | | SS CARD |
| Issuing authority: _____ | | FL DMV | | SSA |
| Document #: _____ | | 6425-118-69-269-0 | | 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 |
| Expiration Date (if any): _____ | | 7/29/17 | | NA |
| Document #: _____ | | | | |
| Expiration Date (if any): _____ | | | | |

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) 12/9/10 and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|
| | C.L. HENLEY | AGENT |

| Business or Organization Name and Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|
| Country Club Motors of Melbourne | 12/9/10 |

**Section 3. Updating and Reverification.** To be completed and signed by employer.

| A. New Name (if applicable) | B. Date of Rehire (month/day/year) (if applicable) |
|---|---|
| | |

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

| Document Title: | Document #: | Expiration Date (if any): |
|---|---|---|
| | | |

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|
| | |

Form I-9 (Rev. 06/16/08) N

# Country Club Motors of Melbourne

235 South Wickham Road
West Melbourne, FL 32904
Phone: (321) 727-2075 * Fax: (321) 728-9379

*Give After Hiring Only*

## EMPLOYEE FORM

NAME __Chris Gilson__

ADDRESS: __1510 Studley Dr. N.W Palmbay fl__

JOB DESCRIPTION __Sales__

EMERGENCY CONTACT 1: __Christina Gilson__   TEL __337-343-1177__

EMERGENCY CONTACT 2: __mrs. Gilson__   TEL __407-332-6365__

EMERGENCY CONTACT 3: _____   TEL _____

ARE THERE ANY MEDICAL PROBLEMS or CONDITIONS THAT YOU WOULD LIKE MANAGEMENT TO BE AWARE OF? THIS INFORMATION MAY ALSO BE USED TO USED TO INFORM OTHERS (i.e. Medical Personnel, Family or other concerned parties) IN AN EMERGENCY SITUATION.

YES _____   NO __X__

VOLUNTARY DISCLOSURE: _____

By signing below, you give your informed permission for Indaglo, Inc. and/or its agents t disclose the health information voluntarily disclosed above.

_____
Employee Signature

60 DAY PROBATION HIRING   12/9/10

EXHIBIT
3

# COUNTRY CLUB MOTORS OF MELBOURNE
## PAYROLL SUPPORT FOR CHECKS DATED 12-16-10 Christmas Bonus 2010



| Name | Date | | Monthly Rate | Gross | Debt Recovery | Net |
|------|------|----|----|----|----|----|
| [redacted] | 12/31/10 | 9 | $ 50.00 | 450.00 | - | 450.00 |
| [redacted] | 4/16/10 | 9 | $ 50.00 | 450.00 | 225.00 | 225.00 |
| [redacted] | 4/30/10 | 4 | $ 50.00 | 200.00 | - | 200.00 |
| [redacted] | 9/28/10 | 3 | $ 50.00 | 150.00 | 75.00 | 75.00 |
| CHRIS | 10/11/10 | 1 | $ 50.00 | 50.00 | - | 50.00 |
| [redacted] | 12/9/10 | 12 | $ 50.00 | 600.00 | 300.00 | 300.00 |
| [redacted] | 1/1/10 | | | | | |
| | | | | 2,600.00 | 900.00 | 1,700.00 |
| [redacted] | 11/8/10 | 2 | $ 50.00 | 100.00 | - | 100.00 |
| [redacted] | 1/1/10 | 12 | $ 50.00 | 600.00 | 300.00 | 300.00 |



EXHIBIT 4

Blumberg No. 5119

 **Case File Review Summary** 

## Case Info

| | | | |
|---|---|---|---|
| Case ID: | *1619367* | Investigator Reviewed: | |
| Local File Number: | *2011-214-06971* | Reviewer: | |
| ER Legal Name: | *Indaglo Inc* | Date Reviewed: | |
| ER Trade Name: | *Country Club* | Registration Act: | *FLSA* |
| ER Address: | *235 South Wickham* | Period of Inv.: | *08/12/2009* to *08/11/2011* |
| ER City: | *West Melbourne* | | |
| Originating District: | *Jacksonville FL* | ER State: *FL* | ER ZIP: *32904* |
| MODO Office: | | | |
| Investigation Type: | **(7)(E)** | Investigating District: | *Jacksonville FL District Office* |
| | | Investigation Tool: | *Full Investigation* |

## Case Status Dates and Timeframes

| | | | | |
|---|---|---|---|---|
| Registered: | *05/16/2011* | Active Followup: | Last Returned to Under Investigation: | |
| Assigned: | *07/06/2011* | Inactive Followup: | | |
| Under Investigation: | *07/06/2011* | Concluded: | Time: | *30.5* |
| Mgr. Review | *09/13/2011* | Removed: | Case Age: | *124* |
| | | | Assignment to Submit: | *69* |

## Findings

| | |
|---|---|
| No. of Acts: | *3* |
| No. of Viols.: | *3* |
| EEs Employed: | *10* |
| Undup. EEs Due: | *2* |
| Undup. EEs ATP: | *0* |
| Minors Involved: | *0* |

## Total BWs

| | |
|---|---|
| Computed: | *$5,480.20* |
| ATP: | *$0.00* |
| BWs Paid to Date: | |
| % Paid to Date: | *N/A* |
| LDs: | *$0.00* |
| BNPI: | *2* |

## Total CMPs

| | |
|---|---|
| Computed: | |
| Assessed: | |
| Pd to Date: | |
| % Pd to Date: | *N/A* |

## Case Summary Notes

*38.5 hrs Established Sec 3(s)(1)(a) Cov'd-sections 6 & 11 violations. Two (2)
employees were not paid for all hours worked, M/W viols. EE's working as Salesmen
do not have hrs worked recorded. Grand total of $5,480.20 for 2 EE's. FC held on
9/6/11 w/Gen Mgr Henly and Finance Mgr Roberts @ ER site. ER DOES AGREES TO
COMPLY, but, DOES NOT AGREE TO PAY Back Wages. Recommend second level conference w/
ADD Mann.*

## Case Conclusion Notes

## Review Notes

## Standards

---



**U. S. Department of Labor** 

Wage & Hour Division
1001 Executive Center Drive, Suite 103
Orlando, Florida 32803-3520
Telephone: 407-648-6471
Fax: 407-648-6094



6 Oct 2011

Fabian A. Clerc
1752 Long Pine Road
Melbourne, FL 32940

SUBJECT: Country Club Motors of Melbourne
Case file #16193637

Dear Mr. Clerc:

The recent investigation of your firm under the Fair Labor Standards Act disclosed that your employees were not paid proper _minimum wage or overtime_ compensation required by the Act. Your firm has not agreed to take the necessary action to comply fully with the Act in the future and has not agreed to pay the back wages due your employees.

It is our policy to notify employees of their rights under this Act in cases where the employer has not agreed to comply with the act and pay the back wages due them. Before taking this action, I would like to discuss this matter with your or your representative. If you would like to take advantage of this opportunity to discuss this matter further, please contact me at the number listed above by October 14, 2011.

Sincerely,

*Norman R. Mann*

Norman Mann
Assistant District Director

## WHISARD Compliance Action Report

### U.S. Department of Labor
Wage and Hour Division

RECEIVED SEP 19 2011

| | |
|---|---|
| Case ID: *1619367* | Originating District: *Jacksonville FL District Office* |
| Local Filing Number: *2011-214-06971* | Investigating District: *Jacksonville FL District Office* |
| WHMIS Case Number: | Lead Investigator: **(7)(C)** |
| Registration Date: *05/16/2011* | |
| Assignment Date: *07/06/2011* | |

### Employer Information

Trade Name: *Country Club Motors of Melbourne*
Address: *235 South Wickham Road*

*West Melbourne, FL 32904*

Legal Name: *Indagio Inc*
EIN: **(4)**
County: *Brevard*
NAIC Code: *441120*
No. Of Employees: **(4)**

### Investigation Information

Period Investigated From: *08/12/2009*
To: *08/11/2011*
Investigation Type: **(7)(E)**
Investigation Tool: *Full Investigation*
Compliance Status: *Agree to Comply*

BNPI:
Reinvestigation: ☐
Recurring Violation: ☐
Future Compliance Agreed: ☑
Involved in AG: ☐

### Recommended Action:

BCDS: ☐
CMP: ☐
Litigation: ☐
Civil Action: ☐
Criminal Action: ☐
Submit For Opinion: ☐

RO/NO Review: ☐
Follow Up Investigation: ☐
Other Action: ☑
Denial of Future Certificate: ☐
BW Payment Deadline:
Trailer forms attached: ☐

| Violation / Compliance Status | Violations | BWs Computed | EEs ATP | BWs Agreed | CMPs* |
|---|---|---|---|---|---|
| *No Violation found for this act / Compliance (no violations found)* | | | | | |
| | | | | | |

| Violation / Compliance Status | Violations | BWs Computed | EEs ATP | BWs Agreed | CMPs/LDs |
|---|---|---|---|---|---|
| Date: 09/16/2011 8:13:24 AM | | Case ID: 1619367 | | | Page 1 |

## WHISARD Compliance Action Report

| Violation | Violations | BWs Computed | EEs ATP | BWs Agreed |
|---|---|---|---|---|
| *Failure to pay Minimum Wage / Agree to Comply* | 2 | $5,480.20 | 0 | $0.00 |
| *Failure to keep accurate records / Agree to Comply* | 1 | | | |
| FLSA   BW Totals: | 2 | $5,480.20 | 0 | $0.00 |
| Total Violations Under FLSA : | 3 | | | $0.00 |

FMLA

| Violation / Compliance Status | Violations | BWs Computed | EEs ATP | BWs Agreed | CMPs* |
|---|---|---|---|---|---|
| *No Violation found for this act / Not Applicable* | | | | | |
| FMLA   BW Totals: | 0 | $0.00 | 0 | $0.00 | |

*\* CMPs computed do not necessarily indicate CMPs assessed.*

| | | | |
|---|---|---|---|
| Unduplicated Employees Found: | 2 | Unduplicated Employees Agreed: | 0 |
| Total Amount Computed: | $5,480.20 | Total Amount Agreed: | $0.00 |

### Conclusions & Recommendations:

*38.5 hrs Established Sec 3(s)(1)(a) Cov'd-sections 6 & 11 violations. Two (2) employees were not paid for all hours worked, M/W viols.  EE's working as Salesmen do not have hrs worked recorded. Grand total of $5,480.20 for 2 EE's. FC held on 9/6/11 w/Gen Mgr Henly and Finance Mgr Roberts @ ER site.  ER DOES AGREES TO COMPLY, but, DOES NOT AGREE TO PAY Back Wages.  Recommend second level conference w/ ADD Mann.*

(7)(C)

WHI Signatu _____   ate: ___09/13/2011___

Reviewed By: _____   Date: __9/22/11__



Country Club Motors of Melbourne Case ID: 1619367

NARRATIVE REPORT
(FLSA)

Indaglo Inc
d/b/a Country Club Motors of Melbourne
235 South Wickham Road
West Melbourne, Florida, 32935
Phone # 321-727-2075
(4)

HRG: A copy of the Handy Reference Guide was provided during the initial conference (IC) held with Mr. Theopolis Roberts, Finance Manager, and the firm's General Manager, Mr. Charles Henly, on August 11, 2011.

HISTORY: None

MODO: We are the MODO

COVERAGE

Indaglo Inc, d/b/a Country Club Motors of Melbourne is a used car dealership. The subject firm has been incorporated and operating in the city of West Melbourne, Florida, in Brevard County since May 22, 2007, under Federal ID      (4)      The subject firm is owned and operated by Mr. Fabien A Clerc, President/Owner (100%). Mr. Charles Henly is the firm's General Manager/Consultant. Both Mr. Henly and Mr. Clerc meet the definition of Sec 3 (d) of the Act. Mr. Clerc and Mr. Henly are involved in the day to day operations of the firm. They have hired and fired employees, supervised these employee's work, and otherwise acted in the direct interest of the corporate entity. Mr. Henly was the subject firm's representative throughout the course of this investigation.

The subject firm under investigation is located at 235 South Wickham Road, West Melbourne, Florida, 32904. They also have another location at 1909 Aurora Road, Melbourne, Florida, 32935.

Country Club Motors of Melbourne employs the owner and fifteen (15) employees, who consist of Salesman, Auto Mechanics, Detailer and Administrative personnel. The majority of employees are

<u>Country Club Motors of Melbourne Case ID: 1619367</u>

engaged in providing a place where the public and dealers can buy and sell automobiles. Pursuant to Section 3(s)(1)(A)(i)(ii) of the Act, enterprise coverage has been established.

The following is the figure for the past three (3) years according to the General Manager, Charles Henly:



## EXEMPTIONS

### Sec.541.101 Business Owner

Mr. Fabien A Clerc, President/Owner, is exempt from the minimum salary and salary basis requirements of the FLSA. He owns Country Club Motors of Melbourne, and is actively engaged in the management of the business. Sec 541.101 recognizes the special status of an owner of a business enterprise who is actively engaged in its management.

### 541.200 Administrative Employee

Mr. Theopolis Roberts, works as Finance Manager, earning a salary of at least $455.00 per week. As Finance Manager, he handles automobile titles for registration with the state of Florida, as well as scheduling the Salesman work week, plus supervising them. Mr. Roberts also makes decisions on staffing, and discipline. Mr. Roberts also has the authority to hire and fire employees or make recommendations thereto. Mr. Robert's duties include the exercise of discretion and independent judgment with respect to matters of significance pertaining to the subject firm, making this exemption applicable.

The exemptions claimed by this employer for the remaining staff personnel were in accordance with Section 13(a) (1) of the FLSA and 29 CFR Part 541. Section 13(b) (10) is applicable to auto salesmen,

Page 2



Country Club Motors of Melbourne Case ID: 1619367

parts men, and mechanics as this is a Used Automobile Dealership.

STATUS OF COMPLIANCE

Period of Investigation: August 12, 2009 through August 11, 2011.



Section 6 (Minimum Wage):

Violations were alleged and found under this section of the ACT.          (7)(E)          were not paid for all of their hours worked according to their interview statements. The ER did not have an accurate count of hours worked for its Salesman. Records maintained by the ER are copies of paycheck stubs. For the salesman, those copies reflect that the salesman worked 1 hour per week          (7)(E) (7)(E) Interview statements revealed          (7)(E)          worked an average of 55 to 60 hours per week. There is a excel spreadsheet for each weekly payroll period, showing the number of hours worked for each employee. However, there were no substantiating time records for the Salesmen.

Method of computation:  Hours were reconstructed since records maintained by the ER are copies of

paycheck stubs. According to  (7)(E)  interview statement, and the WH-3 on file  (7)(E)
both  (7)(E)  worked an average of 55.5 and 60 hours respectively. Their average number of hours
worked during the week was multiplied by the federal minimum wage of $7.25 per hour. The total was
then subtracted from  (7)(E)  weekly gross amount according to the firm's copies of their pay
stubs, revealing what is due to the employee.

## (7)(E)

Section 7 (Overtime):

Violations were neither alleged nor found under this section of the ACT.

Section 11 (Record Keeping):

Violations were alleged and found under this section of the ACT. The subject did not preserve the weekly
record of hours worked for its Salesman. Record of hours worked are reflected on copies of paycheck
stubs. Salesmen show their hours worked for the weekly payroll period as one (1). All other employees
reflect 40 hours or more during the weekly payroll period.

Section 12 Child Labor:

Violations were neither alleged nor found under this section of the ACT. The firm does not hire
employees under the age of 18.

## (7)(E)

Regulations Part 825 Family Medical Leave Act of 1993: During the initial conference, it was determined
that the establishment is not covered under the FMLA. The total work force did not exceed 50 or more
employees, during 20 weeks of the year needed for coverage.

## DISPOSITION

This WHI held the final conference (FC) with the company's General Manager, Mr. Charles Henly, and
the firm's Finance Manager, Theopolis Roberts. The provisions of the Fair Labor Standards Act, which

include the basic minimum wage, overtime, record keeping, child labor, coverage and exemptions was explained to Mr. Henly and Mr. Roberts in detail as it pertained to the firm.

Both men were advised that pursuant to subject investigation, and based upon the records they furnished, plus other information provided, the firm was found to be in violation of the minimum wage provision, for not paying at least the federal minimum wage for its Salesman, and the record keeping provision for not keeping accurate records for its employees. Both Mr. Henly and Mr. Roberts disputed the findings.

Regarding the Section 6, minimum wage violation, Mr. Henly stated he has the correct number of hours worked for each employee of the firm. He stated that at the end of the work week, he would call Mr. Roberts to inquire about the employees hours worked. Mr. Roberts would inform Mr. Henly hours worked for each employee. Mr. Roberts stated that he would make the schedule    (7)(E)    for the Salesmen, and annotate on that same schedule, the hours worked for each member of the Sales team. Mr. Henly would then call the payroll company and give them the total number of hours worked for each employee. This WHI asked Mr. Roberts to provide the corroborating documents to substantiate the hours worked for the Salesmen. Mr. Roberts told this WHI that he never kept the forms, and would discard them after giving Mr. Henly the hours worked. This WHI asked Mr. Roberts why he did not retain those records on file, and he stated that he did not know it was a federal requirement. Mr. Roberts also stated to this WHI that he has no reason to lie and would never reduce a Salesman's hours worked for the work week. Mr. Henly also added that most Salesman are drug addicts and spend most of their week buying drugs and visiting their parents or other family members whenever they wanted to without giving the ER a notice of their absence. This WHI requested the ER to conduct a self-audit and compute the back wages for its Salesman who were paid below the minimum wage rate for their hours worked during the weekly payroll periods. Mr. Henly refused-stating that the excel spreadsheet reflecting the hours worked by the employees would suffice. As a result, with no record of hours worked for the Salesmen, and with no response from former employees who worked at the firm as Salesmen, to conduct interviews, this WHI computed back wages for the    (7)(E)    as per    (7)(E)    interview statement, and the information provided by    (7)(E)    on the WH-3. Numerous attempts wee made to reach (7)(E)    (7)(E)    to no avail. For future compliance, Mr. Henly and Mr. Roberts agreed to come into compliance by paying all their Salesman, at least the applicable minimum wage for all hours worked as delineated in Section 6 of the FLSA. However, the firm adamantly refuses to pay the back wages due the employees, stating that their is no violation and that their records are correct.

Page 5

Regarding the Section 11, record keeping violation, Mr. Henly stated that the excel spreadsheet (see exhibit D-6) which he would create on a weekly basis showing the total number of hours worked for each employee should suffice. The spreadsheets reflect number of hours worked which was given to Mr. Henly from Mr. Roberts after reviewing the schedule provided by the Salesman. Hours worked was provided over the telephone to Mr. Henly with notes on the hours worked by the Salesman. Hours worked was provided over the telephone to Mr. Henly by Mr. Roberts when preparing the payroll. Mr. Henly informed this WHI that he will come into compliance immediately, by ensuring that all Salesman keep an accurate record of hours worked on a daily/weekly basis as per Part 516.

Both Mr. Henly and Mr. Roberts were advised by this WHI, that a second level conference with management from the Orlando Florida Area Office would be held in the immediate future.

Civil Money Penalties for violations of Section 6 and Section 11 were discussed. Both Mr. Henly and Mr. Roberts understood all of the ramifications and agreed to future compliance. Penalties were not recommended because this was a first time investigation and the employer was cooperative, during the course of this investigation, providing all pertinent information needed to conduct this investigation.

The subject firm does not have any pending Wage/Hour lawsuits. To the best of my knowledge, the subject firm has not filed, nor are they operating under any bankruptcy protection.

A letter (7)(E) was mailed (7)(E) (7)(E) to call this WHI. Numerous voice mails were left on (7)(E) telephone, but never returned this WHI's calls. (7)(E) was notified on the outcome of this investigation with respect to (7)(E) and his back wages due on September 6, 2011, and was informed of his private right of action by exercising his 16 B rights..

## PUBLICATIONS

Publications Provided:
The Fair Labor Standards Act
(WH Publication 1318)
Handy Reference Guide to the Fair Labor Standards Act

(WH Publication 1282)
Federal Regulations Part 516
(WH Publication 1261)
Federal Regulations Part 541
(WH Publication 1281)
Federal Regulations Part 778
(WH Publication 1262)
Federal Regulations Part 785
(WH Publication 1312)
Federal Minimum Wage Poster
(WHD Publication 1088)
Child Labor Non-Ag Occupations
(WH Publication 1330)
Mr. Henly and Mr. Roberts were referred to the Department of Labor's website.

## RECOMMENDATIONS

This WHI recommends that a second level conference be held with this WHI, ADD Norman Mann, the owner of the subject, Mr. Fabien A Clerc, their Finance Manager Theopolis Roberts, and General Manager Charles Henly.

Contact Person:
Mr. Fabien A Clerc
1752 Long Pine Road
Melbourne, Florida, 32940
(321) 727-2075

# (7)(E)



provider, nor does the WHD guarantee that an attorney will accept your case. In addition, WHD is not endorsing the services of any attorney to whom you may be referred, or guaranteeing the results of any services that attorney may provide. Providing the toll-free number creates no liability on the part of the government.

If you choose to pursue a private action, you may request, using the "Request for Documents" sheet attached to this letter, the following documents to provide to the ABA attorney to whom you were referred:
1. Your personal complaint documents (e.g. written statements, records of hours worked, pay stubs) you provided to the WHD.
2. Back wage computations/WH-55 or equivalent, pertaining to you only.
3. Your interview statement.
4. Case File Investigation Narrative Report

If you choose to request documents numbers 1 – 3 above, the WHD will promptly provide the documents to you. If you include document number 4 above, your overall request will likely take longer to complete. Additional documents other than those noted above may be obtained by you or your attorney by making a Freedom of Information Act (FOIA) request in writing. Please note that information such as the names of other employees or witnesses that were a part of the investigation will not be provided as part of any request.

The Request for Documents should be sent to the following address:

Referral Document Request
U.S. Department of Labor
Wage and Hour Division
200 Constitution Avenue N.W., S-3502
Washington, D.C. 20210

Please keep in mind that recovery of unpaid back wages under the FLSA is subject to a two-year statute of limitations unless the employer's actions are willful, which extends the statute of limitations an additional year. Generally, this means that any part of a back wage claim which was earned more than two years before a lawsuit is filed may not be recoverable.

A copy of the Handy Reference Guide (HRG) to the FLSA is enclosed for your information. Please feel free to contact this office at **407-648-6471** if you have any questions regarding this letter.

Sincerely,

Norman Mann
Assistant District Director

Enclosure: FLSA HRG

provider, nor does the WHD guarantee that an attorney will accept your case. In addition, WHD is not endorsing the services of any attorney to whom you may be referred, or guaranteeing the results of any services that attorney may provide. Providing the toll-free number creates no liability on the part of the government.

If you choose to pursue a private action, you may request, using the "Request for Documents" sheet attached to this letter, the following documents to provide to the ABA attorney to whom you were referred:

1. Your personal complaint documents (e.g. written statements, records of hours worked, pay stubs) you provided to the WHD.
2. Back wage computations/WH-55 or equivalent, pertaining to you only.
3. Your interview statement.
4. Case File Investigation Narrative Report

If you choose to request documents numbers 1 – 3 above, the WHD will promptly provide the documents to you. If you include document number 4 above, your overall request will likely take longer to complete. Additional documents other than those noted above may be obtained by you or your attorney by making a Freedom of Information Act (FOIA) request in writing. Please note that information such as the names of other employees or witnesses that were a part of the investigation will not be provided as part of any request.

The Request for Documents should be sent to the following address:

Referral Document Request
U.S. Department of Labor
Wage and Hour Division
200 Constitution Avenue N.W., S-3502
Washington, D.C. 20210

Please keep in mind that recovery of unpaid back wages under the FLSA is subject to a two-year statute of limitations unless the employer's actions are willful, which extends the statute of limitations an additional year. Generally, this means that any part of a back wage claim which was earned more than two years before a lawsuit is filed may not be recoverable.

A copy of the Handy Reference Guide (HRG) to the FLSA is enclosed for your information. Please feel free to contact this office at 407-648-6471 if you have any questions regarding this letter.

Sincerely,

Norman Mann
Assistant District Director

Enclosure:  FLSA HRG

## Summary of Unpaid Wages



**U.S. Department of Labor**
Wage and Hour Division



| ( Office Address) | Jacksonville FL District Office<br>400 West Bay Street, Room 956<br>Box 017<br>Jacksonville, FL 32202<br>904-359-9292 | Investigator<br>(7)(C) | Date:<br>**09/16/2011** |
|---|---|---|---|
| | | Employer Fed Tax ID Number   (4) | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| (7)(C) | | | | |
| | | | | $2,204.50 |
| | | | | $3,275.70 |

| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br><br>Signed: _____ | Employer Name and Address:<br><br>*Country Club Motors of Melbourne Indaglo Inc*<br>*235 South Wickham Road*<br><br>*West Melbourne, FL 32904* | TOTAL | $5,480.20 |
|---|---|---|---|

\* Column 4-Code

| FLSA | 1 |
| PCA | 2 |
| SCA | 3 |
| DBRA | 4 |
| CWHSSA | 5 |
| CCPA | 6 |
| FMLA | 7 |

Form WH-56

## US Department of Labor
Wage and Hour Division
6767 N Wickham Road
Suite 509
Melbourne FL 32940

Date: _8/11/11_

Location: _Melbourne, Florida_

ER Rep: _Charles Holy & Theo Zoell_

# INITIAL CONFERENCE INFORMATION

Name/s of Business: Trade _Country Club Mixture of Melbourne_

Legal _Indaco Inc_ _____ (Get Documents)

Principal Business Address: _225 S. Wickham Road_

_West Melbourne Florida_

_32904_

Business Phone: ( _321_ ) _727-2075_

Corporate HQs Address and Business Phone:

_Same As Above_

(       )

Other Branches? Locations: _1909 Aurora Road, Melbourne, Florida 32935_

Form of Ownership (Circle)

Sole Proprietorship     Partnership     (Corporation)

Other (Specify) _5/21/2007_

Date/State Incorporated: _Florida_

Names and addresses of all corporate officers:

President: _Fabien Cienc_         Vice President:

Secretary:         Treasurer:

_C-1_

Publicly traded corporations may attach a copy of the most recent annual report in lieu of providing names and addresses. Provide the names and addresses of all owners if the business is a sole proprietorship or partnership.

Name/s of Owner/s (% owned): *Fabien A Cooll (100 %)*

Federal Identification Number (FEIN·IRS) OR SSN:__   (4)   _____

Nature and type of business (residential construction, farming, restaurant) *Used Car Dealership*

Any federal government contracts? *NO*

Any pending Wage-Hour lawsuits? *NO*

Is company operating under any bankruptcy protection? *NO*

**COVERAGE:**  Annual gross volume of sales or business done during each of the last three calendar or fiscal years.  Include sales for all locations.

Year ending_
Year ending_     (4)     ——
Year ending_             ——

Items used in business which are manufactured out of state.  (Get list)

Description          Brand Name          State of Origin

Do you have out-of-state customers?  Who?  Where?

If business is of various disparate divisions (e.g. retail division and trucking division) what is the percentage of annual dollar volume derived from each activity?

**RECORDKEEPING:**

What types of records are maintained? *Timecards for mechanics, detailers + Dayron   Admin Personal*

Who maintains the records? *Paycheck Stubs*

How long are records kept? *Charge Hendy*   *3 Years*

What is the firm's workweek?
How many shifts? *Monday — Sunday*   *1*

What is the pay period? *Weekly*

When is payday? *The following Friday*

(Obtain a copy of the last completed payroll for your investigative file)

## EMPLOYEE AND PAY INFORMATION

Number of employees:  *15*

Do you have any independent contractors?  (Obtain list)  *NO*

Number of Salaried employees?  *3*
(Obtain names, salary, and position in company)

Hourly?  *7*
Commisson?  *5*
Piece Rate?  *0*
Other?  *0*

Do you have any tipped employees?  YES  or (NO)  What are their duties?

Do you claim a tip credit? *N/A* YES  or  NO  If yes, how much?

Do employees retail all their tips (tip pooling arrangements)?  *N/A*

Do employees travel as part of their job? Are they paid for that time? How? *NO* *N/A*

Do employees wear uniforms or protective clothing?  YES  or (NO)

Does the company or employee pay for the uniforms? Yes or No *N/A*

Are employees required to perform on call time? Are they paid for that time? How? *NO* *N/A*

Do employees perform any work at home, away from place of business?  *NO*

Do employees receive a mealtime or breaks?  How long *30 minutes* Paid or (Unpaid) *yes*

Are deductions made for damages, loss, cash shortages, uniforms, training classes, garnishments, loans, advances?  *(LOANS)*

Does anyone work OT? *YES — ~~All~~*

Is OT Paid?  How is OT computed and paid for hourly, salaried, tipped employees?
*yes - the employees - 1½*

Do employees receive commissions?  Bonuses?  Shift Differential?
*yes*

*C-18*

Are commissions, bonuses, or shift differential included in OT? *yes*

## EXEMPTIONS:

Does your firm claim any exemptions from MW, OT, or CL? *yes*

Which exemptions are claimed?

13(B)10 — *Salesman, Parts man, Mechanics*

## CHILD LABOR

Does the business have employees under the age of 18?   YES   or   (NO)

If yes, obtain name, DOB, job for each employee under the age of 18
*N/A*

What documents do you use to verify DOB for minors?   *N/A*

## FMLA:   *N/A*

Does the firm have 50 or more ees?

Employee Handbook?

Does the handbook have the minimum information required by the FMLA

Is the general policy available to employees?

Is the specific policy available to employees?

Are the FMLA posters poster?   YES   or   NO

If yes, Where?

NOTICE:  This report is authorized by Section 11 of the FLSA (29 USC 210, et seq.)

*C-10*

**FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS**

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |
|---|---|---|---|---|---|

| Previous on List | Next on List | Return To List | Entity Name Search |
|---|---|---|---|
| Events | No Name History | | [Submit] |

# Detail by Entity Name

## Florida Profit Corporation

INDAGLO INC

## Filing Information

| | |
|---|---|
| Document Number | P07000060527 |
| FEI/EIN Number | 770686631 |
| Date Filed | 05/22/2007 |
| State | FL |
| Status | ACTIVE |
| Effective Date | 05/21/2007 |
| Last Event | REINSTATEMENT |
| Event Date Filed | 09/27/2010 |
| Event Effective Date | NONE |

## Principal Address

235 SOUTH WICKHAM ROAD
WEST MELBOURNE FL 32904 US

Changed 02/22/2008

## Mailing Address

2087 SARNO RD.
MELBOURNE FL 32935 US

Changed 09/27/2010

## Registered Agent Name & Address

CLERC, FABIEN A
1752 LONG PINE RD
MELBOURNE FL 32940 US

## Officer/Director Detail

**Name & Address**

Title P

CLERC, FABIEN
1752 LONG PINE RD
MELBOURNE FL 32940 US

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2009 | 04/14/2009 |
| 2010 | 09/27/2010 |
| 2011 | 02/17/2011 |

www.sunbiz.org - Department of State                                    Page 1 of 1

## FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return to List

No Filing History

Fictitious Name Search

# Fictitious Name Detail

## Fictitious Name

COUNTRY CLUB MOTORS OF MELBOURNE

## Filing Information

| | |
|---|---|
| Registration Number | G08055900205 |
| Status | ACTIVE |
| Filed Date | 02/22/2008 |
| Expiration Date | 12/31/2013 |
| Current Owners | 1 |
| County | BREVARD |
| Total Pages | 1 |
| Events Filed | NONE |
| FEI/EIN Number | NONE |

## Mailing Address

235 SOUTH WICKHAM ROAD
WEST MELBOURNE, FL 32904

## Owner Information

INDAGLO INC
235 SOUTH WICKHAM ROAD
WEST MELBOURNE, FL 32904
FEI/EIN Number: 77-0686631
Document Number: P07000060527

## Document Images

02/22/2008 -- Fictitious Name Filing

Note: This is not official record. See documents if question or conflict.

Previous on List    Next on List    Return to List

No Filing History

Fictitious Name Search

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State



# MORGAN & MORGAN®

### A PROFESSIONAL ASSOCIATION

———— *Attorneys* ————
*At Law*

REPLY TO DAVIE

**ATTORNEYS AT LAW**

KELLY A. AMRITT
JAMES D. ARNOLD, JR.
RUSSELL E. ARTILLE
H. SCOTT BATES †
ALEXANDER BILLIAS
T. LEE BOOIE
SCOTT T. BORDERS †
GREGORY J. BOSSELER
WILLIAM B. BOWLES, JR.
ADAM BRUM
DONALD W. BUCKLER
NICHOLAS A. BUONICONTI, III
KABAH S. BURRELL *****
KEVIN J. CARDEN
BRUCE H. CARRAWAY, III ****
BEVERLY A. CARSON ****
KEITH M. CARTER †
MICHAEL J. CARTER
RICHARD B. CELLER
ALEXANDER M. CLEM
RONALD C. CONNER ****
RAMEL L. COTTON
WILLIAM R. DANIEL
VINCENT M. D'ASSARO †
MICHAEL L. DAVIS
LOUIS A. DEFREITAS, JR.
JOHN W. DILL †
JAMES J. DYE
WILLIAM FINN
GREGORIO A. FRANCIS
ANDREW FRISCH
STEVEN C. GODDARD
MICHAEL GOETZ
CHRISTOPHER J. GRADDOCK ****
RYAN J. HAYES
DAVID G. HENRY
HERBERT H. HOFMANN II
WILLIAM P. HOWARD
KATHERINE V. HUNG ****
ANTHONY M. IANNACIO
MARTIN J. JAFFE
VELMA L. JONES
SUMEET KAUL
JAMES W. KEETER
JAMES J. KELLEHER ^ ‡
HANS KENNON
STEPHEN J. KNOX †
RYAN C. KUHL
GRANT A. KUVIN
ARMANDO T. LAURITANO
CLINT M. LAMBERT
CARLOS V. LEACH
JASON R. LEONARD **
JOSEPH A. LINNEHAN †
JAMES T. LYNCH
MICHAEL D. MARRESE
BRIAN K. McCLAIN
W. CHARLES MELTMAR † ***
JASON S. MILLER
TODD K. MINER
W. CLAY MITCHELL, JR.
KEITH R. MITNIK †
DAVID B. MOFFETT †
HECTOR A. MORE'
C. RYAN MORGAN
JOHN B. MORGAN
ULTIMA D. MORGAN
DAVID H. MOSKOWITZ ****
HENRY P. MOWRY
OMAR L. NELSON *****
DANIEL J. NEWLIN ◊
CHRISTOPHER H. NEYLAND ****
KEENAN R.S. NIX † ****
DONNY A. OWENS
NICHOLAS P. PANAGAKIS
R.A. PATTERSON, III
KIRK A. PERROW
RONSON J. PETREE
FRANK W. PIAZZA
E. MANNETTE PICCOLO
GREGORY D. PRYSOCK †
MICHAEL T. REESE
GARRY J. RHODEN ♦
DAVID I. RICKEY *
DARRYL E. ROUNSON
CAROLYN M. SALZMANN
ROBERT J. SCANLAN
RANDY E. SCHIMMELPFENNIG †
JAMES H. SCHMITT
P. CHRIS SCHROEDER
JOSEPH H. SHAUGHNESSY
DANIEL W. SHEPPARD †
CHRISTOPHER M. SIMON ****
MICHAEL J. SMITH
DAVID A. SPAIN
DEIRDRE M STEPHENS JOHNSON ****
CRAIG R. STEVENS †
L. CHRIS STEWART ****
MICHAEL F. SUTTON †
HARRIAN E. UDELL
SCOTT J. URICCHIO
BASIL A. VALDIVIA

**OFFICES:**

16th FLOOR
20 N. ORANGE AVENUE
POST OFFICE BOX 4979
ORLANDO
FLORIDA 32802-4979
(407) 420-1414
16th FAX: (407) 425-8171
9th FAX: (407) 841-9520
10th FAX: (407) 425-9858
4th FAX: (407) 420-5956

SUITE 700
ONE TAMPA CITY CENTER
TAMPA
FLORIDA 33602
(813) 223-5505
FAX: (813) 223-5402

SUITE 800
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS
FLORIDA 33906-9504
(239) 433-6880
FAX: (239) 433-6836

SUITE 1100
76 SOUTH LAURA STREET
JACKSONVILLE
FLORIDA 32202-3433
(904) 398-2722
FAX: (904) 398-2334

SUITE 4200
191 PEACHTREE STREET NE
ATLANTA
GEORGIA 30303
(404) 965-8811
FAX: (404) 965-8812

SUITE 3
8824 GRIFFIN ROAD
DAVIE
FLORIDA 33314
(954) 318-0268
FAX: (954) 333-3515

SUITE 777
ONE JACKSON PLACE
188 E. CAPITOL STREET
JACKSON
MISSISSIPPI 39201
(601) 949-3388
FAX: (601) 949-3399

· 198 BROADWAY AVE.
KISSIMMEE
FLORIDA 34741
(407) 452-6990
FAX: (407) 452-6989

SUITE 150J
695 CENTRAL AVENUE
ST. PETERSBURG
FLORIDA 33701
(727) 490-2001
FAX: (727) 490-2015

www.forthepeople.com

OF COUNSEL
HORACE R. BROADNAX
RICHARD I. CERVELLI
MICHAEL ESPY ****
MICHAEL K. HOUTZ
J. MICHAEL PAPANTONIO
CLAY M. TOWNSEND

BOARD CERTIFIED
CIVIL TRIAL LAWYER

BOARD CERTIFIED
WORKERS COMPENSATION
LAWYER

* LICENSED IN ARIZONA ONLY
** LICENSED IN WASHINGTON, D.C. (
*** LICENSED IN GEORGIA ONLY
**** LICENSED IN MISSISSIPPI ONLY
^ LICENSED IN NEW YORK
‡ LICENSED IN GEORGIA
◊ LICENSED IN ILLINOIS

October 25, 2011

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

(File No. 1438726)
Indaglo, Inc., d/b/a
Country Club Motors of Melbourne
c/o Fabien A. Clerc, Registered Agent
1752 Long Pine Road
Melbourne, FL 32940

**RE: CHRISTOPHER GILSON**

Dear Mr. Clerc:

    This firm represents Christopher Gilson in regards to his former employment with your company. As you may know, Mr. Gilson worked for Country Club Motors of Melbourne ("Company") from approximately December of 2010 through June of 2011 as a laborer and sales person. I am writing because it appears the Company has failed to pay proper minimum wage and overtime compensation under the Fair Labor Standards Act ("FLSA"), 29 USC §206 and 207. Specifically, Mr. Gilson worked between 50 and 70 hours each work week but was not paid proper minimum wage or overtime for his actual hours worked. In fact, it appears that the Company misclassified Mr. Gilson in an effort to subvert the minimum wage and overtime provisions of the FLSA. Because Mr. Gilson was an hourly, non-exempt employee, he is entitled to a time and one half overtime premium for all of his hours worked in excess of 40 each week as well as the federal minimum wage for all of his hours worked.

    As you may be aware, the FLSA provides that any lawsuit filed against the Company can also be filed against any individual(s) exercising sufficient control over the company's business. The FLSA also provides for liquidated damages, which would double the amount of damages that my client has. Furthermore, the FLSA provides that if a lawsuit is filed against the Company and an individual(s) and is meritorious, both the Company and the individual(s) would be liable for any minimum wage and overtime compensation owed to my client, liquidated damages, <u>and</u> my client's


EXHIBIT



attorneys' fees and costs. There is no corporate protection and any personal assets of the individual(s) may therefore be seized if my client prevails.

Notwithstanding the seriousness of these allegations, my client has instructed me to try and resolve this matter first without a lawsuit. **Therefore, this letter serves as a demand upon you to provide proper documentation showing the overtime hours worked by my client, including any unaltered/unmodified time sheets or time clock records, as well as all of my client's payroll information, including paycheck stubs, to my office in Davie, Florida.** Failure to contact this office or provide the proper documents by **Wednesday, November 30, 2011,** will result in an immediate filing of a lawsuit against the Company and any proper individuals.

On a related note, we respectfully request that you do not contact or attempt to contact our client directly regarding this matter. To that end, please direct any and all communication or payments regarding this matter directly to the undersigned. Additionally, please be aware that the law prohibits anyone from discriminating or retaliating against a current or former employee for pursuing their right to unpaid wages. Therefore, to the extent any attempt is made to penalize, discipline, punish, threaten, intimidate, or discriminate against our client, we will pursue a claim for retaliation pursuant to 29 U.S.C. §215(a)(3).

Thank you for your immediate attention to this matter and I look forward to hearing from you soon.

I Am, Sincerely,

CHRISTINA THOMAS, ESQ.

**PLEASE NOTE:** *This letter is sent in anticipation of litigation, so you are now under a duty to preserve any relevant documents and electronically stored information which relates to my client's claim for overtime compensation. This includes any electronically stored information related to time clocks, time sheets, time cards, schedules, invoices, e-mails, or any other relevant physically or electronically stored information. If you fail to preserve this information, you can be subject to sanctions under federal law.*

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER GILSON, on his
own behalf and other similarly
situated,

       Plaintiff,

vs.

INDAGLO, INC., d/b/a COUNTRY
CLUB MOTORS OF MELBOURNE and
CHARLES HENLEY,

       Defendants.

§
§
§
§
§
§
§
§
§
§
§
§
§

Case No. 06:12-cv-1423-ORL-18-GJK

## DEFENDANT INDAGLO, INC.'S MOTION FOR RULE 11 SANCTIONS AND MEMORANDUM IN SUPPORT

Defendant **INDAGLO, INC.** d/b/a **COUNTRY CLUB MOTORS OF MELBOURNE** requests this Court to impose sanctions against **CHRISTOPHER GILSON, STEPHEN HINZ, CHRISTINA J. THOMAS, ESQ.,** and **MORGAN & MORGAN, P.A.** for filing and maintaining a groundless and frivolous pleading in violation of Federal Rule of Civil Procedure 11(b).

## INTRODUCTION

1.    The Plaintiffs in this matter are CHRISTOPHER GILSON (hereinafter "MR. GILSON") and STEPHEN HINZ (hereinafter "MR. HINZ").

2.    The Plaintiffs' attorney is CHRISTINA J. THOMAS, ESQ. (hereinafter "MS. THOMAS"), and the firm she is with is MORGAN & MORGAN, P.A. (hereinafter "THE FIRM").


EXHIBIT
7

3.    The Defendants in this matter are INDAGLO, INC. d/b/a COUNTRY CLUB MOTORS OF MELBOURNE (hereinafter "INDAGLO") and CHARLES HENLEY (hereinafter "MR. HENLEY").

4.    On September 18, 2012, MR. GILSON, through his attorney MS. THOMAS and THE FIRM, filed a COMPLAINT & DEMAND FOR JURY TRIAL against Defendants for UNPAID MINIMUM WAGES and UNPAID OVERTIME WAGES.

5.    On October 17, 2012, this Court issued an FLSA Scheduling Order wherein the Defendants were ordered to serve on Plaintiffs:

> All time sheets and payroll records in Defendant's possession, custody or control that pertain to work performed by Plaintiff during the time period for which Plaintiff claims unpaid wages.

(Doc. 14, ¶1)

6.    On November 5, 2012, Defendants served on Plaintiffs their Notice of Compliance with Scheduling Order (Doc. 18) and mailed Plaintiffs' counsel all time sheets and payroll records in Defendants' possession, custody or control that pertained to work performed by Plaintiff (MR. GILSON) and opt-in Plaintiff (MR. HINZ)(hereinafter "THE COMPLIANCE")

7.    THE COMPLIANCE served on Plaintiffs by Defendants contained sufficient documentation to support that the Defendants did not owe any unpaid minimum wages or unpaid overtime wages to either Plaintiff.

8.    Thereafter, on March 11, 2013, Plaintiffs filed and served their FIRST AMENDED COMPLAINT & DEMAND FOR JURY TRIAL (hereinafter, "AMENDED COMPLAINT")(Doc. 26), wherein Plaintiffs removed the UNPAID OVERTIME WAGES claims, however, Plaintiffs continued to maintain the FAILURE TO PAY MINIMUM WAGES claims.

9.     The AMENDED COMPLAINT contained allegations or other factual contentions that lacked evidentiary support or was unlikely to have evidentiary support after a reasonable opportunity for discovery in violation of Fed. R. Civ. P. 11(b) as there was no failure of the Defendants to pay the Plaintiffs minimum wages and no such unpaid minimum wages were due or owing to Plaintiffs.

10.     On or about April 18, 2013, as a result of Plaintiffs' requests for production from Defendants, Defendants served additional documentation on the Plaintiffs that included THE COMPLIANCE and additional documentation.

11.     THE COMPLIANCE and additional documentation served on MS. THOMAS included information, among other information, regarding each Plaintiff's weekly hours worked, commissions earned, draws taken, bonuses, and charge backs (pay back of draws) while employed at INDAGLO, and such documentation provided was overwhelmingly sufficient to support that the Defendants did not owe any unpaid minimum wages to either Plaintiff.

12.     THE COMPLIANCE provided to MS. THOMAS on November 5, 2012, provided the following information showing that MR. GILSON worked for INDAGLO from December 16, 2010 – May 27, 2011 and was paid at least the Federal Minimum Wage or a greater wage amount for each and every hour worked by MR. GILSON:

| Pay Period | Hours Worked | Commission Earned | Draw | Draw Pay Back (charge back) | Bonus | Amount Paid | Calculated Hourly Rate | Fed Min. Wage |
|---|---|---|---|---|---|---|---|---|
| Dec. 16, 2010 | 0* | $0.00 | $0.00 | $0.00 | $50.00 | $75.00 | N/A* | $7.25 |
| Dec. 17, 2010 | 9.50 | $85.00 | $0.00 | $0.00 | $0.00 | $85.00 | $8.95 | $7.25 |
| Dec. 24, 2010 | 40.25 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | $8.70 | $7.25 |
| Dec. 31, 2010 | 40.25 | $146.00 | $300.00 | $0.00 | $0.00 | $446.00 | $11.08 | $7.25 |
| Jan. 7, 2011 | 38.75 | $0.00 | $300.00 | $0.00 | $0.00 | $300.00 | $7.74 | $7.25 |
| Jan. 14, 2011 | 54.50 | $453.00 | $0.00 | $0.00 | $0.00 | $453.00 | $8.31 | $7.25 |
| Jan. 21, 2011 | 40.00 | $0.00 | $300.00 | $0.00 | $0.00 | $300.00 | $7.50 | $7.25 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Jan. 28, 2011 | 41.25 | $249.00 | $51.00 | $0.00 | $0.00 | $300.00 | $7.27 | $7.25 |
| Feb. 4, 2011 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.25 |
| Feb. 11, 2011 | 44.50 | $884.00 | $0.00 | $0.00 | $0.00 | $884.00 | $19.87 | $7.25 |
| Feb. 18, 2011 | 45.50 | $754.50 | $0.00 | $0.00 | $0.00 | $754.50 | $16.58 | $7.25 |
| Feb. 25, 2011 | 40.25 | $306.00 | $0.00 | $0.00 | $0.00 | $306.00 | $7.60 | $7.25 |
| Mar. 4, 2011 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.25 |
| Mar. 11, 2011 | 36.00 | $267.00 | $0.00 | $0.00 | $0.00 | $267.00 | $7.42 | $7.25 |
| Mar. 18, 2011 | 44.50 | $618.00 | $0.00 | $100.00 | $0.00 | $518.00 | $11.64 | $7.25 |
| Mar. 25, 2011 | 54.50 | $919.00 | $0.00 | $0.00 | $0.00 | $919.00 | $16.86 | $7.25 |
| Apr. 01, 2011 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.25 |
| Apr. 08, 2011 | 16.25 | $274.50 | $0.00 | $154.00 | $0.00 | $120.50 | $7.42 | $7.25 |
| Apr. 15, 2011 | 39.25 | $0.00 | $300.00 | $0.00 | $0.00 | $300.00 | $7.64 | $7.25 |
| Apr. 22, 2011 | 9.00 | $79.50 | $0.00 | $0.00 | $0.00 | $79.50 | $8.83 | $7.25 |
| Apr. 28, 2011 | 24.50 | $196.00 | $0.00 | $0.00 | $0.00 | $196.00 | $8.00 | $7.25 |
| May 6, 2011 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.25 |
| May 13, 2011 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.25 |
| May 20, 2011 | 12.50 | $91.00 | $0.00 | $0.00 | $0.00 | $91.00 | $7.28 | $7.25 |
| May, 27, 2011 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.25 |
| * Denotes Christmas bonus check | | | | | | | | |

13.   THE COMPLIANCE provided to MS. THOMAS on November 5, 2012, provided the following information showing that MR. HINZ worked for INDAGLO from October 15, 2010 – April 1, 2011 and was paid at least the Federal Minimum Wage or a greater wage amount for each and every hour worked by MR. HINZ:

| Pay Period | Hours Worked | Commission Earned | Draw | Draw Pay Back (charge back) | Bonus | Amount Paid | Calculated Hourly Rate | Fed Min. Wage |
|---|---|---|---|---|---|---|---|---|
| Oct. 15, 2010 | 42.5 | $345.50 | $0.00 | $0.00 | $0.00 | $345.50 | $8.13 | $7.25 |
| Oct. 22, 2010 | 42.5 | $702.50 | $0.00 | $0.00 | $0.00 | $702.50 | $16.53 | $7.25 |
| Oct. 29, 2010 | 40.25 | $109.50 | $190.50 | $0.00 | $0.00 | $300.00 | $7.45 | $7.25 |
| Nov. 5, 2010 | 42.5 | $389.50 | $0.00 | $0.00 | $0.00 | $389.50 | $9.16 | $7.25 |
| Nov. 12, 2010 | 40.25 | $23.00 | $277.00 | $0.00 | $125.00 | $300.00 | $7.45 | $7.25 |
| Nov. 19, 2010 | 40.25 | $151.00 | $149.00 | $0.00 | $0.00 | $300.00 | $7.45 | $7.25 |
| Nov. 26, 2010 | 6.5 | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 | $7.69 | $7.25 |
| Dec. 3, 2010 | 40.25 | $93.00 | $217.00 | $0.00 | $0.00 | $310.00 | $7.70 | $7.25 |
| Dec. 10, 2010 | 40.25 | $0.00 | $300.00 | $0.00 | $0.00 | $300.00 | $7.45 | $7.25 |
| Dec. 16, 2010 | 0* | $0.00 | $75.00 | $75.00 | $150.00 | $75.00 | N/A* | $7.25 |

| Dec. 17, 2010 | 31.25 | $0.00 | $236.48 | $0.00 | $0.00 | $236.48 | $7.57 | $7.25 |
|---|---|---|---|---|---|---|---|---|
| Dec. 24, 2010 | 39.75 | $0.00 | $300.00 | $0.00 | $0.00 | $300.00 | $7.55 | $7.25 |
| Dec. 31, 2010 | 40.25 | $0.00 | $300.00 | $0.00 | $0.00 | $300.00 | $7.45 | $7.25 |
| Jan. 7, 2011 | 39.5 | $0.00 | $300.00 | $0.00 | $0.00 | $300.00 | $7.59 | $7.25 |
| Jan. 14, 2011 | 39.5 | $0.00 | $300.00 | $0.00 | $0.00 | $300.00 | $7.59 | $7.25 |
| Jan. 21, 2011 | 41.25 | $0.00 | $300.00 | $0.00 | $0.00 | $300.00 | $7.27 | $7.25 |
| Jan. 28, 2011 | 39.75 | $276.00 | $24.00 | $0.00 | $0.00 | $300.00 | $7.55 | $7.25 |
| Feb. 4, 2011 | 4.25 | $1,070.00 | $0.00 | $335.00 | $0.00 | $735.00 | $172.94 | $7.25 |
| Feb. 11, 2011 | 41.25 | $709.00 | $0.00 | $350.00 | $0.00 | $359.00 | $8.70 | $7.25 |
| Feb. 18, 2011 | 42.75 | $1,575.00 | $0.00 | $787.50 | $0.00 | $787.50 | $18.42 | $7.25 |
| Feb. 25, 2011 | 48.75 | $939.00 | $0.00 | $269.00 | $0.00 | $670.00 | $13.74 | $7.25 |
| Mar. 4, 2011 | 54.75 | $1,004.00 | $0.00 | $150.00 | $0.00 | $854.00 | $15.60 | $7.25 |
| Mar. 11, 2011 | 25.75 | $193.50 | $0.00 | $0.00 | $0.00 | $193.50 | $7.51 | $7.25 |
| Mar. 18, 2011 | 44.75 | $1,174.50 | $0.00 | $250.00 | $0.00 | $924.50 | $20.66 | $7.25 |
| Mar. 25, 2011 | 55.75 | $469.00 | $0.00 | $45.00 | $0.00 | $424.00 | $7.61 | $7.25 |
| Apr. 01, 2011 | 28.5 | $218.00 | $0.00 | $0.00 | $0.00 | $218.00 | $7.65 | $7.25 |
| * Denotes a Christmas bonus check | | | | | | | | |

14.     After having sufficient time to review and analyze the aforementioned production of THE COMPLIANCE and additional documentation, the Plaintiffs, through their attorney MS. THOMAS and THE FIRM, continued to maintain the AMENDED COMPLAINT claims for UNPAID MINUMUM WAGES.

15.     Defendant INDAGLO, INC. d/b/a COUNTRY CLUB MOTORS OF MELBOURNE served this motion on Plaintiffs' attorney on **May 20, 2013**, 21 days before filing the motion with the Court. Fed. R. Civ. P. 11(c)(1). Plaintiffs' attorney has not withdrawn or modified the AMENDED COMPLAINT.

## ARGUMENT

16.     The Court may impose sanctions on an attorney or pro se party if he or she presents a pleading, written motion, or other paper for an improper purpose, such as to harass or cause unnecessary delay or expense. Fed. R. Civ. P. 11(b)(1). Additionally, the Court may impose sanctions on an attorney or pro se party if he or she presents a pleading, written motion,

or other paper that includes any of the following: (1) claims or defenses unsupported by existing law or by a good-faith argument for a change in existing law; (2) allegations that do not have, or are unlikely, to have a reasonable investigation, evidentiary support; or (3) denials unwarranted by the evidence. Fed. R. Civ. P. 11(b) (2)-(4). Absent exceptional circumstances, a law firm must be held jointly responsible for a violation committed by its partner, associate, or employee. Fed. R. Civ. P. 11(c)(1).

17.    In the Eleventh Circuit, three types of conduct warrant Rule 11 sanctions:

A.    When a party files a pleading that has no reasonable factual basis;

B.    When a party files a pleading that is based on legal theory that has no reasonable chance of success and that cannot be advanced as reasonable argument to change existing law; and

C.    When a party files a pleading in bad faith or for improper purpose.

Didie v. Howes, 988 F.2d 1097, 1104 (11th Cir.1993).

18.    All three types of conduct exist in the instant case.

19.    **There is no reasonable factual basis for the AMENDED COMPLAINT.** Filing of the AMENDED COMPLAINT and continuing to maintain such AMENDED COMPLAINT violates Rule 11 because the AMENDED COMPLAINT contains claims and allegations that lack evidentiary support or are unlikely to have evidentiary support after a reasonable opportunity for discovery. Fed. R. Civ. P. 11(b)(3). THE COMPLIANCE provided to MS. THOMAS prior to her serving and filing the AMENDED COMPLAINT provides ample proof that there is no unpaid minimum wages due or owing to the Plaintiffs, therefore, the cause of action is not supported with a reasonable factual basis, and as such, the filing and maintaining of the AMENDED COMPLAINT is conduct which warrants Rule 11 sanctions.

20.     **The legal theory upon which the Plaintiffs base their case has no reasonable chance of success and there was no argument made to change existing law.** A legal claim is frivolous if no reasonably competent attorney could conclude that it has any "reasonable chance of success" or is a reasonable argument to change existing law. Worldwide Primates, Inc. v. McGreal, 87 F.3d 1252, 1254 (11ᵗʰ Cir. 1996)(quoting Jones v. Int'l Riding Helmets, Ltd., 49 F.3d 692, 694 (11th Cir.1995)); McGregor v. Bd. of Comm'rs of Palm Beach County, 956 F.2d 1017, 1022 (11th Cir.1992)("If an allegation in a complaint contains no colorable claim for relief, then a Rule 11 sanction is proper."). Specifically, MS. THOMAS states in the AMENDED COMPLAINT that the Plaintiffs are owed UNPAID MINIMUM WAGES, however, THE COMPLIANCE and the additional documentation provided to her show that the Plaintiffs were paid *more than* minimum wages for all hours they worked for the Defendants, and therefore, the existing law does not warrant such claims. In addition, the AMENDED COMPLAINT does not plead for a change in existing law in order to support such claims.

21.     The Plaintiffs' attorney, MS. THOMAS, upon receipt of the information contained in THE COMPLIANCE provided to her on November 5, 2012, and, moreover, the information contained in the additional documentation provided to her on April 18, 2012, could not reasonably believe that the AMENDED COMPLAINT had any reasonable chance of success or that it stated a claim of relief upon which relief could be granted. Anderson v. Smithfield Foods, Inc., 353 F.3d 912. 915 (11ᵗʰ Cir. 2003)(no reasonable attorney under the circumstances could reasonably believe that the amended complaint had any reasonable chance of success or that it stated a claim of relief upon which relief could be granted). MS. THOMAS' serving and filing the AMENDED COMPLAINT and her continued support of the AMENDED COMPLAINT violates Rule 11.

22.   **The AMENDED COMPLAINT was filed in bad faith or for improper purpose.** MS. THOMAS' filing of the AMENDED COMPLAINT and continuing to maintain such AMENDED COMPLAINT violates Rule 11 because it was filed for an improper purpose. Fed. R. Civ. P. 11(b)(1); Thomas v. Evans. 880 F.2d 1235, 1239 (11th Cir.1989); Mercury Air Group, Inc. v. Mansour, 237 F.3d 542, 548 (5th Cir. 2001).   Specifically, the AMENDED COMPLAINT was filed to harass the Defendants and to cause the lawsuit to continue long enough to be too expensive for the Defendants to continue to defend in order to strong-arm a higher settlement for the Plaintiffs and higher attorneys' fees for MS. THOMAS and THE FIRM.

23.   Before imposing sanctions, the Court should determine whether the party or the attorney made reasonable inquiry into the facts or law before signing and presenting the offensive documents.   *See* Fed. R. Civ. P. 11(b); Worldwide Primates, Inc.v. McGreal, 87 F.3d 1252, 1254 (11th Cir. 1996); Lichtenstein v. Consolidated Servs. Group, Inc., 173 F.3d 17, 23 (1st Cir. 1999).

24.   The Court should impose sanctions against the Plaintiffs, MS. THOMAS and THE FIRM because, despite having adequate information in their possession to determine that there were no unpaid minimum wages due and owing to the Plaintiffs before filing their AMENDED COMPLAINT, they failed to make a reasonable inquiry into the facts of the case; filed the AMENDED COMPLAINT with the offending claims of UNPAID MINUMUM WAGES; and continue to maintain the AMENDED COMPLAINT's claims for UNPAID MINIMUM WAGES. *See*, Fed. R. Civ. P. 11(b)(3).

25.   MS. THOMAS has had ample time to conduct her investigation as she received THE COMPLIANCE on or about November 5, 2012 and she received the additional documentation on or about April 18, 2013.   Worldwide Primates. Inc., 87 F.3d at 1254;

Lichtenstein, 173 F.3d at 23.  Since the time of receiving the aforementioned documentation on November 5, 2012 and April 18, 2013, MS. THOMAS has not had to rely solely on her clients for the facts.  See Thomas v. Tenneco Packing Co., 293 F. 3d 1306, 1327 (11th Cir. 2002) (attorney should not be passive and allow unchecked opinions or desires of client or witness into filings).

26.     Investigation of the UNPAID MINIMUM WAGES claim was feasible prior to filing the AMENDED COMPLAINT as by that time MS. THOMAS had received THE COMPLAINCE that contained all of the information set forth in the tables above.  The information contained in THE COMPLIANCE, as summarized in the above tables, clearly shows that that the allegations made in the AMENDED COMPLAINT do not have, or are unlikely to have, evidentiary support.

27.     The Plaintiffs, MS. THOMAS, and THE FIRM filed a frivolous AMENDED COMPLAINT and continue to maintain such frivolous AMENDED COMPLAINT.

28.     The Court should impose Rule 11 sanction on the Plaintiffs, MS. THOMAS, and THE FIRM.

**WHEREFORE** Defendant INDAGLO, INC. d/b/a COUNTRY CLUB MOTORS OF MELBOURNE respectfully requests the Court to award sanctions from Rule 11(c) against CHRISTOPHER GILSON, STEPHEN HINZ, CHRISTINA J. THOMAS, ESQ., and MORGAN & MORGAN, P.A. Specifically, the Defendant requests the Court to impose sanctions sufficient to deter repetition of the sanctionable conduct (Fed. R. Civ. P. 11(c)), including but not limited to, (a) attorney's fees and expenses incurred in defending this action from November 5, 2012 forward; (b) monetary sanctions; (c) strike the pleading containing the frivolous UNPAID

was served on all counsel of record or pro se parties identified on the attached Service List in the

manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF

or in some other authorized manner for those counsel or parties who are not authorized to receive

electronically Notice of Electronic Filing.

**RHODES LAW, P.A.**

By:_____

RUTH C. RHODES, ESQ.          FBN: 0028313

Email: ruth@rhodeslawpa.com

474 N. Harbor City Blvd., Suite 1

Melbourne, Florida   32935

Telephone: (321) 610-4542

Facsimile: (321) 610-8141

TRIAL COUNSEL FOR DEFENDANTS

**SERVICE LIST**

Ruth C. Rhodes, Esq.
RHODES LAW, P.A.
474 N. Harbor City Blvd., Suite 1
Melbourne, Florida 32935
Telephone:  (321) 610-4542
Facsimile: (321) 610-8141
Email: ruth@rhodeslawpa.com
Attorney for Defendants

Christina J. Thomas, Esq.
MORGAN & MORGAN, P.A.
600 North Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone: (954) 318-0268
Facsimile: (954) 333-3515
Email: cthomas@forthepeople.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER GILSON, on his
own behalf and other similarly
situated,

      Plaintiff,

vs.

INDAGLO, INC., d/b/a COUNTRY
CLUB MOTORS OF MELBOURNE and
CHARLES HENLEY,

      Defendants.

§
§
§
§
§
§
§
§
§
§
§
§
§

Case No. 06:12-cv-1423-ORL-18-GJK

## DEFENDANT CHARLES HENLEY'S MOTION FOR RULE 11 SANCTIONS AND MEMORANDUM IN SUPPORT

Defendant **CHARLES HENLEY** requests this Court to impose sanctions against **CHRISTOPHER GILSON, STEPHEN HINZ, CHRISTINA J. THOMAS, ESQ.,** and **MORGAN & MORGAN, P.A.** for filing and maintaining a groundless and frivolous pleading in violation of Federal Rule of Civil Procedure 11(b).

## INTRODUCTION

1.    The Plaintiffs in this matter are CHRISTOPHER GILSON (hereinafter "MR. GILSON") and STEPHEN HINZ (hereinafter "MR. HINZ").

2.    The Plaintiffs' attorney is CHRISTINA J. THOMAS, ESQ. (hereinafter "MS. THOMAS"), and the firm she is with is MORGAN & MORGAN, P.A. (hereinafter "THE FIRM").



3. The Defendants in this matter are INDAGLO, INC. d/b/a COUNTRY CLUB MOTORS OF MELBOURNE (hereinafter "INDAGLO") and CHARLES HENLEY (hereinafter "MR. HENLEY").

4. On September 18, 2012, MR. GILSON, through his attorney MS. THOMAS and THE FIRM, filed a COMPLAINT & DEMAND FOR JURY TRIAL against Defendants for UNPAID MINIMUM WAGES and UNPAID OVERTIME WAGES.

5. On October 17, 2012, this Court issued an FLSA Scheduling Order wherein the Defendants were ordered to serve on Plaintiffs:

> All time sheets and payroll records in Defendant's possession, custody or control that pertain to work performed by Plaintiff during the time period for which Plaintiff claims unpaid wages.

(Doc. 14, ¶1)

6. On November 5, 2012, Defendants served on Plaintiffs their Notice of Compliance with Scheduling Order (Doc. 18) and mailed Plaintiffs' counsel all time sheets and payroll records in Defendants' possession, custody or control that pertained to work performed by Plaintiff (MR. GILSON) and opt-in Plaintiff (MR. HINZ)(hereinafter "THE COMPLIANCE")

7. THE COMPLIANCE served on Plaintiffs by Defendants contained sufficient documentation to support that the Defendants did not owe any unpaid minimum wages or unpaid overtime wages to either Plaintiff.

8. Thereafter, on March 11, 2013, Plaintiffs filed and served their FIRST AMENDED COMPLAINT & DEMAND FOR JURY TRIAL (hereinafter, "AMENDED COMPLAINT")(Doc. 26), wherein Plaintiffs removed the UNPAID OVERTIME WAGES claims, however, Plaintiffs continued to maintain the FAILURE TO PAY MINIMUM WAGES claims.

9.     The AMENDED COMPLAINT contained allegations or other factual contentions that lacked evidentiary support or was unlikely to have evidentiary support after a reasonable opportunity for discovery in violation of Fed. R. Civ. P. 11(b) as there was no failure of the Defendants to pay the Plaintiffs minimum wages and no such unpaid minimum wages were due or owing to Plaintiffs.

10.     On or about April 18, 2013, as a result of Plaintiffs' requests for production from Defendants, Defendants served additional documentation on the Plaintiffs that included THE COMPLIANCE and additional documentation.

11.     THE COMPLIANCE and additional documentation served on MS. THOMAS included information, among other information, regarding each Plaintiff's weekly hours worked, commissions earned, draws taken, bonuses, and charge backs (pay back of draws) while employed at INDAGLO, and such documentation provided was overwhelmingly sufficient to support that the Defendants did not owe any unpaid minimum wages to either Plaintiff.

12.     THE COMPLIANCE provided to MS. THOMAS on November 5, 2012, provided the following information showing that MR. GILSON worked for INDAGLO from December 16, 2010 – May 27, 2011 and was paid at least the Federal Minimum Wage or a greater wage amount for each and every hour worked by MR. GILSON:

| Pay Period | Hours Worked | Commission Earned | Draw | Draw Pay Back (charge back) | Bonus | Amount Paid | Calculated Hourly Rate | Fed Min. Wage |
|---|---|---|---|---|---|---|---|---|
| Dec. 16, 2010 | 0* | $0.00 | $0.00 | $0.00 | $50.00 | $75.00 | N/A* | $7.25 |
| Dec. 17, 2010 | 9.50 | $85.00 | $0.00 | $0.00 | $0.00 | $85.00 | $8.95 | $7.25 |
| Dec. 24, 2010 | 40.25 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 | $8.70 | $7.25 |
| Dec. 31, 2010 | 40.25 | $146.00 | $300.00 | $0.00 | $0.00 | $446.00 | $11.08 | $7.25 |
| Jan. 7, 2011 | 38.75 | $0.00 | $300.00 | $0.00 | $0.00 | $300.00 | $7.74 | $7.25 |
| Jan. 14, 2011 | 54.50 | $453.00 | $0.00 | $0.00 | $0.00 | $453.00 | $8.31 | $7.25 |
| Jan. 21, 2011 | 40.00 | $0.00 | $300.00 | $0.00 | $0.00 | $300.00 | $7.50 | $7.25 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Jan. 28, 2011 | 41.25 | $249.00 | $51.00 | $0.00 | $0.00 | $300.00 | $7.27 | $7.25 |
| Feb. 4, 2011 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.25 |
| Feb. 11, 2011 | 44.50 | $884.00 | $0.00 | $0.00 | $0.00 | $884.00 | $19.87 | $7.25 |
| Feb. 18, 2011 | 45.50 | $754.50 | $0.00 | $0.00 | $0.00 | $754.50 | $16.58 | $7.25 |
| Feb. 25, 2011 | 40.25 | $306.00 | $0.00 | $0.00 | $0.00 | $306.00 | $7.60 | $7.25 |
| Mar. 4, 2011 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.25 |
| Mar. 11, 2011 | 36.00 | $267.00 | $0.00 | $0.00 | $0.00 | $267.00 | $7.42 | $7.25 |
| Mar. 18, 2011 | 44.50 | $618.00 | $0.00 | $100.00 | $0.00 | $518.00 | $11.64 | $7.25 |
| Mar. 25, 2011 | 54.50 | $919.00 | $0.00 | $0.00 | $0.00 | $919.00 | $16.86 | $7.25 |
| Apr. 01, 2011 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.25 |
| Apr. 08, 2011 | 16.25 | $274.50 | $0.00 | $154.00 | $0.00 | $120.50 | $7.42 | $7.25 |
| Apr. 15, 2011 | 39.25 | $0.00 | $300.00 | $0.00 | $0.00 | $300.00 | $7.64 | $7.25 |
| Apr. 22, 2011 | 9.00 | $79.50 | $0.00 | $0.00 | $0.00 | $79.50 | $8.83 | $7.25 |
| Apr. 28, 2011 | 24.50 | $196.00 | $0.00 | $0.00 | $0.00 | $196.00 | $8.00 | $7.25 |
| May 6, 2011 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.25 |
| May 13, 2011 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.25 |
| May 20, 2011 | 12.50 | $91.00 | $0.00 | $0.00 | $0.00 | $91.00 | $7.28 | $7.25 |
| May, 27, 2011 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.25 |
| * Denotes Christmas bonus check | | | | | | | | |

13.     THE COMPLIANCE provided to MS. THOMAS on November 5, 2012, provided

the following information showing that MR. HINZ worked for INDAGLO from October 15,

2010 – April 1, 2011 and was paid at least the Federal Minimum Wage or a greater wage amount

for each and every hour worked by MR. HINZ:

| Pay Period | Hours Worked | Commission Earned | Draw | Draw Pay Back (charge back) | Bonus | Amount Paid | Calculated Hourly Rate | Fed Min. Wage |
|---|---|---|---|---|---|---|---|---|
| Oct. 15, 2010 | 42.5 | $345.50 | $0.00 | $0.00 | $0.00 | $345.50 | $8.13 | $7.25 |
| Oct. 22, 2010 | 42.5 | $702.50 | $0.00 | $0.00 | $0.00 | $702.50 | $16.53 | $7.25 |
| Oct. 29, 2010 | 40.25 | $109.50 | $190.50 | $0.00 | $0.00 | $300.00 | $7.45 | $7.25 |
| Nov. 5, 2010 | 42.5 | $389.50 | $0.00 | $0.00 | $0.00 | $389.50 | $9.16 | $7.25 |
| Nov. 12, 2010 | 40.25 | $23.00 | $277.00 | $0.00 | $125.00 | $300.00 | $7.45 | $7.25 |
| Nov. 19, 2010 | 40.25 | $151.00 | $149.00 | $0.00 | $0.00 | $300.00 | $7.45 | $7.25 |
| Nov. 26, 2010 | 6.5 | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 | $7.69 | $7.25 |
| Dec. 3, 2010 | 40.25 | $93.00 | $217.00 | $0.00 | $0.00 | $310.00 | $7.70 | $7.25 |
| Dec. 10, 2010 | 40.25 | $0.00 | $300.00 | $0.00 | $0.00 | $300.00 | $7.45 | $7.25 |
| Dec. 16, 2010 | 0* | $0.00 | $75.00 | $75.00 | $150.00 | $75.00 | N/A* | $7.25 |

| Dec. 17, 2010 | 31.25 | $0.00 | $236.48 | $0.00 | $0.00 | $236.48 | $7.57 | $7.25 |
|---|---|---|---|---|---|---|---|---|
| Dec. 24, 2010 | 39.75 | $0.00 | $300.00 | $0.00 | $0.00 | $300.00 | $7.55 | $7.25 |
| Dec. 31, 2010 | 40.25 | $0.00 | $300.00 | $0.00 | $0.00 | $300.00 | $7.45 | $7.25 |
| Jan. 7, 2011 | 39.5 | $0.00 | $300.00 | $0.00 | $0.00 | $300.00 | $7.59 | $7.25 |
| Jan. 14, 2011 | 39.5 | $0.00 | $300.00 | $0.00 | $0.00 | $300.00 | $7.59 | $7.25 |
| Jan. 21, 2011 | 41.25 | $0.00 | $300.00 | $0.00 | $0.00 | $300.00 | $7.27 | $7.25 |
| Jan. 28, 2011 | 39.75 | $276.00 | $24.00 | $0.00 | $0.00 | $300.00 | $7.55 | $7.25 |
| Feb. 4, 2011 | 4.25 | $1,070.00 | $0.00 | $335.00 | $0.00 | $735.00 | $172.94 | $7.25 |
| Feb. 11, 2011 | 41.25 | $709.00 | $0.00 | $350.00 | $0.00 | $359.00 | $8.70 | $7.25 |
| Feb. 18, 2011 | 42.75 | $1,575.00 | $0.00 | $787.50 | $0.00 | $787.50 | $18.42 | $7.25 |
| Feb. 25, 2011 | 48.75 | $939.00 | $0.00 | $269.00 | $0.00 | $670.00 | $13.74 | $7.25 |
| Mar. 4, 2011 | 54.75 | $1,004.00 | $0.00 | $150.00 | $0.00 | $854.00 | $15.60 | $7.25 |
| Mar. 11, 2011 | 25.75 | $193.50 | $0.00 | $0.00 | $0.00 | $193.50 | $7.51 | $7.25 |
| Mar. 18, 2011 | 44.75 | $1,174.50 | $0.00 | $250.00 | $0.00 | $924.50 | $20.66 | $7.25 |
| Mar. 25, 2011 | 55.75 | $469.00 | $0.00 | $45.00 | $0.00 | $424.00 | $7.61 | $7.25 |
| Apr. 01, 2011 | 28.5 | $218.00 | $0.00 | $0.00 | $0.00 | $218.00 | $7.65 | $7.25 |
| * Denotes a Christmas bonus check | | | | | | | | |

14.     After having sufficient time to review and analyze the aforementioned production of THE COMPLIANCE and additional documentation, the Plaintiffs, through their attorney MS. THOMAS and THE FIRM, continued to maintain the AMENDED COMPLAINT claims for UNPAID MINUMUM WAGES.

15.     Defendant CHARLES HENLEY served this motion on Plaintiffs' attorney on **May 20, 2013**, 21 days before filing the motion with the Court.  Fed. R. Civ. P. 11(c)(1). Plaintiffs' attorney has not withdrawn or modified the AMENDED COMPLAINT.

## ARGUMENT

16.     The Court may impose sanctions on an attorney or pro se party if he or she presents a pleading, written motion, or other paper for an improper purpose, such as to harass or cause unnecessary delay or expense.  Fed. R. Civ. P. 11(b)(1).  Additionally, the Court may impose sanctions on an attorney or pro se party if he or she presents a pleading, written motion, or other paper that includes any of the following: (1) claims or defenses unsupported by existing

law or by a good-faith argument for a change in existing law; (2) allegations that do not have, or are unlikely, to have a reasonable investigation, evidentiary support; or (3) denials unwarranted by the evidence. Fed. R. Civ. P. 11(b) (2)-(4). Absent exceptional circumstances, a law firm must be held jointly responsible for a violation committed by its partner, associate, or employee. Fed. R. Civ. P. 11(c)(1).

17.     In the Eleventh Circuit, three types of conduct warrant Rule 11 sanctions:

A.     When a party files a pleading that has no reasonable factual basis;

B.     When a party files a pleading that is based on legal theory that has no reasonable chance of success and that cannot be advanced as reasonable argument to change existing law; and

C.     When a party files a pleading in bad faith or for improper purpose.

Didie v. Howes, 988 F.2d 1097, 1104 (11th Cir.1993).

18.     All three types of conduct exist in the instant case.

19.     **There is no reasonable factual basis for the AMENDED COMPLAINT.** Filing of the AMENDED COMPLAINT and continuing to maintain such AMENDED COMPLAINT violates Rule 11 because the AMENDED COMPLAINT contains claims and allegations that lack evidentiary support or are unlikely to have evidentiary support after a reasonable opportunity for discovery. Fed. R. Civ. P. 11(b)(3). THE COMPLIANCE provided to MS. THOMAS prior to her serving and filing the AMENDED COMPLAINT provides ample proof that there is no unpaid minimum wages due or owing to the Plaintiffs, therefore, the cause of action is not supported with a reasonable factual basis, and as such, the filing and maintaining of the AMENDED COMPLAINT is conduct which warrants Rule 11 sanctions.

20.     **The legal theory upon which the Plaintiffs base their case has no reasonable**

**chance of success and there was no argument made to change existing law.** A legal claim is frivolous if no reasonably competent attorney could conclude that it has any "reasonable chance of success" or is a reasonable argument to change existing law. Worldwide Primates, Inc. v. McGreal, 87 F.3d 1252, 1254 (11th Cir. 1996)(quoting Jones v. Int'l Riding Helmets, Ltd., 49 F.3d 692, 694 (11th Cir.1995)); McGregor v. Bd. of Comm'rs of Palm Beach County, 956 F.2d 1017, 1022 (11th Cir.1992)("If an allegation in a complaint contains no colorable claim for relief, then a Rule 11 sanction is proper."). Specifically, MS. THOMAS states in the AMENDED COMPLAINT that the Plaintiffs are owed UNPAID MINIMUM WAGES, however, THE COMPLIANCE and the additional documentation provided to her show that the Plaintiffs were paid *more than* minimum wages for all hours they worked for the Defendants, and therefore, the existing law does not warrant such claims. In addition, the AMENDED COMPLAINT does not plead for a change in existing law in order to support such claims.

21.     The Plaintiffs' attorney, MS. THOMAS, upon receipt of the information contained in THE COMPLIANCE provided to her on November 5, 2012, and, moreover, the information contained in the additional documentation provided to her on April 18, 2012, could not reasonably believe that the AMENDED COMPLAINT had any reasonable chance of success or that it stated a claim of relief upon which relief could be granted. Anderson v. Smithfield Foods, Inc., 353 F.3d 912, 915 (11th Cir. 2003)(no reasonable attorney under the circumstances could reasonably believe that the amended complaint had any reasonable chance of success or that it stated a claim of relief upon which relief could be granted). MS. THOMAS' serving and filing the AMENDED COMPLAINT and her continued support of the AMENDED COMPLAINT violates Rule 11.

22.     **The AMENDED COMPLAINT was filed in bad faith or for improper purpose.** MS. THOMAS' filing of the AMENDED COMPLAINT and continuing to maintain such AMENDED COMPLAINT violates Rule 11 because it was filed for an improper purpose. Fed. R. Civ. P. 11(b)(1); Thomas v. Evans, 880 F.2d 1235, 1239 (11th Cir.1989); Mercury Air Group, Inc. v. Mansour, 237 F.3d 542, 548 (5th Cir. 2001).  Specifically, the AMENDED COMPLAINT was filed to harass the Defendants and to cause the lawsuit to continue long enough to be too expensive for the Defendants to continue to defend in order to strong-arm a higher settlement for the Plaintiffs and higher attorneys' fees for MS. THOMAS and THE FIRM.

23.     Before imposing sanctions, the Court should determine whether the party or the attorney made reasonable inquiry into the facts or law before signing and presenting the offensive documents.  *See* Fed. R. Civ. P. 11(b); Worldwide Primates, Inc.v. McGreal, 87 F.3d 1252, 1254 (11th Cir. 1996); Lichtenstein v. Consolidated Servs. Group, Inc., 173 F.3d 17, 23 (1st Cir. 1999).

24.     The Court should impose sanctions against the Plaintiffs, MS. THOMAS and THE FIRM because, despite having adequate information in their possession to determine that there were no unpaid minimum wages due and owing to the Plaintiffs before filing their AMENDED COMPLAINT, they failed to make a reasonable inquiry into the facts of the case; filed the AMENDED COMPLAINT with the offending claims of UNPAID MINUMUM WAGES; and continue to maintain the AMENDED COMPLAINT's claims for UNPAID MINIMUM WAGES.  *See*, Fed. R. Civ. P. 11(b)(3).

25.     MS. THOMAS has had ample time to conduct her investigation as she received THE COMPLIANCE on or about November 5, 2012 and she received the additional documentation on or about April 18, 2013.  Worldwide Primates. Inc., 87 F.3d at 1254;

Lichtenstein, 173 F.3d at 23. Since the time of receiving the aforementioned documentation on November 5, 2012 and April 18, 2013, MS. THOMAS has not had to rely solely on her clients for the facts. See Thomas v. Tenneco Packing Co., 293 F. 3d 1306, 1327 (11th Cir. 2002) (attorney should not be passive and allow unchecked opinions or desires of client or witness into filings).

26.     Investigation of the UNPAID MINIMUM WAGES claim was feasible prior to filing the AMENDED COMPLAINT as by that time MS. THOMAS had received THE COMPLAINCE that contained all of the information set forth in the tables above.  The information contained in THE COMPLIANCE, as summarized in the above tables, clearly shows that that the allegations made in the AMENDED COMPLAINT do not have, or are unlikely to have, evidentiary support.

27.     The Plaintiffs, MS. THOMAS, and THE FIRM filed a frivolous AMENDED COMPLAINT and continue to maintain such frivolous AMENDED COMPLAINT.

28.     The Court should impose Rule 11 sanction on the Plaintiffs, MS. THOMAS, and THE FIRM.

**WHEREFORE** Defendant CHARLES HENLEY respectfully requests the Court to award sanctions from Rule 11(c) against CHRISTOPHER GILSON, STEPHEN HINZ, CHRISTINA J. THOMAS, ESQ., and MORGAN & MORGAN, P.A. Specifically, the Defendant requests the Court to impose sanctions sufficient to deter repetition of the sanctionable conduct (Fed. R. Civ. P. 11(c)), including but not limited to, (a) attorney's fees and expenses incurred in defending this action from November 5, 2012 forward; (b) monetary sanctions; (c) strike the pleading containing the frivolous UNPAID MINUMUM WAGES

claims; (d) attorney's fees and expenses for the preparation of this motion and attending the hearing, and (e) such other relief as is just.

RHODES LAW, P.A.

By: _____

RUTH C. RHODES, ESQ.          FBN: 0028313

Email: ruth@rhodeslawpa.com

474 N. Harbor City Blvd., Suite 1

Melbourne, Florida   32935

Telephone:  (321) 610-4542

Facsimile: (321) 610-8141

TRIAL COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 20' 2013 I served a copy of the foregoing via U.S. Mail, first class postage prepaid, to Christina J. Thomas, Esq., MORGAN & MORGAN, P.A., 600 North Pine Island Road, Suite 400, Plantation, Florida 33324 and via E-Mail (cthomas@forthepeople.com).

RHODES LAW, P.A.

By: _____

RUTH C. RHODES, ESQ.          FBN: 0028313

Email: ruth@rhodeslawpa.com

474 N. Harbor City Blvd., Suite 1

Melbourne, Florida   32935

Telephone:  (321) 610-4542

Facsimile: (321) 610-8141

TRIAL COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____, 2013 (at least 21 days after same was served on Plaintiffs), and that on the same day the foregoing document

was served on all counsel of record or pro se parties identified on the attached Service List in the

manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF

or in some other authorized manner for those counsel or parties who are not authorized to receive

electronically Notice of Electronic Filing.

**RHODES LAW, P.A.**

By:_____

RUTH C. RHODES, ESQ.            FBN: 0028313

Email: ruth@rhodeslawpa.com

474 N. Harbor City Blvd., Suite 1

Melbourne, Florida   32935

Telephone:  (321) 610-4542

Facsimile: (321) 610-8141

TRIAL COUNSEL FOR DEFENDANTS

**SERVICE LIST**

Ruth C. Rhodes, Esq.
RHODES LAW, P.A.
474 N. Harbor City Blvd., Suite 1
Melbourne, Florida 32935
Telephone:  (321) 610-4542
Facsimile: (321) 610-8141
Email: ruth@rhodeslawpa.com
Attorney for Defendants

Christina J. Thomas, Esq.
MORGAN & MORGAN, P.A.
600 North Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone: (954) 318-0268
Facsimile: (954) 333-3515
Email: cthomas@forthepeople.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHRISTOPHER GILSON, on his
own behalf and others similarly
situated,**

     **Plaintiff,**

     **Case No.: 6:12-cv-1423-Orl-18GJK**

vs.

**INDAGLO, INC., d/b/a COUNTRY
CLUB MOTORS OF
MELBOURNE, a Florida profit
corporation; FABIEN A. CLERC,
individually; and  CHARLES
HENLY, individually.**

     **Defendants.**

_____/

### PLAINTIFF'S NOTICE OF FILING ANSWERS TO
### COURT'S INTERROGATORIES

Plaintiff, CHRISTOPHER GILSON ("Plaintiff"), hereby gives notice of filing the

attached Answers to the Court's Interrogatories pursuant to this Court's Order dated

October 17, 2012.  [D.E. 14].

Respectfully submitted this 27th day of November, 2012.

     **/s/ Christina J. Thomas, Esq.**
     Christina J. Thomas, Esquire
     FL Bar No.:  074846
     MORGAN & MORGAN, P.A.
     600 N. Pine Island Road, Suite 400
     Plantation, FL  33324
     Tel: 954-318-0268
     Fax: 954-333-3515
     Email: cthomas@forthepeople.com

     *Counsel for Plaintiff*



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27<u>th</u> day of November, 2012, I electronically

filed the foregoing with the Clerk of the Court by using the CM/ECF system which will

send a notice of electronic filing to all counsel of record.

<u>/s/ CHRISTINA J. THOMAS</u>
Christina J. Thomas

## PLAINTIFF CHRISTOPHER GILSON'S RESPONSES
## TO COURT INTERROGATORIES

1.  During what period of time were you employed by the Defendant?

    **November 2010 through May 2011.**

2.  Who was your immediate supervisor?

    **Fabien A. Clerc and Charles Henley**

3.  Did you have a regularly scheduled work period? If so, specify.

    **I usually worked six (6) days per week for ten (10) to twelve (12) hours per day.**

4.  What was your title or position? Briefly describe your job duties.

    **I sold cars, performed grounds keeping and manual labor and acted as the lot handyman.**

5.  What was your regular rate of pay?

    **I did not have a regular rate of pay. I was given a draw against commissions and was told I was a "commission only" employee.**

6.  What is the nature of your claim (check all that apply)?

    **X**     Off the clock work
    **X**     Misclassification
           Miscalculation
    **X**     Other – Minimum Wage, Overtime and Recordkeeping Violations

7.  Provide an accounting of your claim, including:

    (a)  dates -  **November 2010 through May 2011**

    (b)  regular hours worked – **40**

    (c)  over-time hours worked  - **Varying, I usually worked between fifteen (15) and twenty (20) overtime hours per week.**

    (d)  pay received versus pay claimed – **I received approximately $6,816.51 in wages during my employment.**

    (e)  total amount claimed –  **I cannot calculate the exact amounts owed as the Defendants have not provided accurate copies of all of my hours worked. Therefore, I can only estimate my damages based on the sales roster provided by the Defendant. There may be additional wages owed, but additional discovery is needed to determine the exact amounts. Accordingly, I am claiming $4,892.49 in minimum wages and up to $2,340.55 in unpaid overtime for all non-exempt work performed in**

excess of forty hours each week, plus an equal amount in liquidated damages and my attorneys' fees and costs.

8.  If you have brought this case as a collective action:

(a)  Describe the class of employees you seek to include in this action.

**All other sales/manual laborer employees who did not receive proper minimum wages or overtime during the statutory period.**

(b)  Has an opt-in notice been filed for every potential opt-in Plaintiff who has identified himself or herself as a person who wishes to join this action? **No.**

9.  Please specify all attorney's fees and costs incurred to date. With respect to attorney's fees please provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case.

**I do not have personal knowledge of my attorneys' fees or costs incurred thus far in this matter as my counsel is representing me on a contingency basis.**

10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

**My attorney sent a pre-suit demand letter to the company. The Department of Labor also sent a demand letter to the company informing them of the violations and requesting immediate payment.**

11. Was this complaint written or oral? **Written.**

12. What was your employer's response?

**My employer did not comply with the Department of Labor's request to make immediate payment. My employer did not respond to my attorney's pre-suit demand letter.'**

## UNSWORN DECLARATION UNDER 28 U.S.C. § 1746

I, CHRISTOPHER GILSON, swear under penalty of perjury that the foregoing Answers to Court Interrogatories are true and correct.

Dated: This ⊃₁ day of November, 2012.

Executed by: _____
                      Christopher Gilson, Plaintiff

2

# COUNTRY CLUB MOTORS OF MELBOURNE
## PAYROLL SUPPORT FOR CHECKS DATED 12-17-10

### SELLING COMMISSIONS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | PROM NOTE | TRADE ADV | MIN SALES PRICE | SALES COMMISSION | STEVE | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/10 | WIC | | | 00 ESCORT | 1658NW | 1,602.65 | 300.00 | 108.03 | 88.10 | 1,995.00 | | 300.00 | 1,955.00 | 300.00 | | |
| 12/01/10 | WIC | | | 99 WRANGLER | 1621 | 9,300.00 | | 590.80 | 88.10 | 1,900.00 | 685.00 | | 7,299.00 | 248.00 | 248.00 | |
| 12/02/10 | WIC | | | 04 IMPALA | 1450 | 7,695.00 | | 491.58 | 88.10 | 900.00 | 350.00 | | 5,599.00 | 160.00 | 160.00 | |
| 12/06/10 | WIC | | | 00 GT5 | 1686 | 13,600.00 | 2,700.00 | 693.88 | 88.10 | | | 1,600.00 | 10,299.00 | 123.00 | 123.00 | |
| 12/07/10 | WIC | | | 04 ASTRO | 1642 | 5,395.00 | | 353.58 | 88.10 | 700.00 | 300.00 | | 3,895.00 | 115.00 | 115.00 | |
| 12/14/10 | WIC | | | 00 OPTIMA | 1663 | 5,995.00 | 3,214.70 | 198.70 | 88.10 | | 284.00 | 2,000.00 | 4,995.00 | 115.00 | 115.00 | |
| 12/16/10 | WIC | | | 01 CONCORDE | 1692 | 6,245.00 | 1,900.00 | 290.58 | 89.10 | 500.00 | 200.00 | 1,750.00 | 4,575.00 | 85.00 | | 85.00 |
| | | | | | | | | | | | | | | 731.00 | 531.00 | 85.00 |

### CHARGE BACKS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | PROM NOTE | TRADE ADV | MIN SALES PRICE | SALES COMMISSION | STEVE | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

### HOURLY AND SALARY

| CCMOM | HOURS | SALARY |
|---|---|---|
| | | 500.00 |
| | 47.40 | 750.00 |
| | 39.70 | 1,100.00 |
| | 47.75 | 1,000.00 |

| | 19.00 | 165.00 | 50.00 | 501.00 | 236.48 | 85.00 |
|---|---|---|---|---|---|---|
| HOURS | | | | 59.50 | 31.25 | 9.50 |

EXHIBIT A-1

COUNTRY CLUB MOTORS OF MELBOURNE / TAX ACCOUNT

**Employee**
Christopher T Gilson, 1510 Studley Dr. N.W., Palm Bay, FL 32907

SSN ....-..-3656
Pay Period: 12/10/2010 - 12/16/2010

Status (Fed/State)
Single

2960

Allowances/Extra
Fed-3/0
Pay Date 12/17/2010

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission | 1.00 | 85.00 | 85.00 | 85.00 |
| Bonus | | | 0.00 | -50.00 |
| | | | | 135.00 |
| | | | 85.00 | 85.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -5.27 | -8.37 |
| Medicare Employee | -1.23 | -1.96 |
| | -6.50 | -10.33 |

| Net Pay | 78.50 | 124.67 |
|---|---|---|

Indaglo, Inc., 235 S. Wickham Rd., W. Melbourne, FL 32904-1133 321-727-2075, Country Club Motors of Melbourne

REDIFORM 815 - U.S. PATENT NO.5530290; 5575504; 5641183; 5785373; 5894354; 5926000



EXHIBIT
A-2

Bates No. 0716

| | FRIDAY 12/10/10 10 - 6 | SATURDAY 12/11/10 10 - 6 | SUNDAY 12/12/10 | MONDAY 12/13/10 10 - 6 | TUESDAY 12/14/10 10 - 6 | WEDNESDAY 12/15/10 10 - 6 | THURSDAY 12/16/10 10 - 6 | |
|---|---|---|---|---|---|---|---|---|
| | OFF | OFF | CLOSED | OFF | 2:00 - 4:00 | 9:00 - 6:00 | 9:00 - 6:00 | 19.00 |
| | 8:00 - 6:30 | 8:00 - 6:00 | OFF | 8:00 - 6:30 | 8:00 - 6:30 | 8:00 - 6:30 | 8:00 - 6:30 | 59.50 |
| CHRIS | OFF | OFF | OFF | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 3:15 | 31.25 |
| | | | | | | | 8:00 - 6:00 | 9.50 |



EXHIBIT
A-3

# COUNTRY CLUB MOTORS OF MELBOURNE
## PAYROLL SUPPORT FOR CHECKS DATED 12-24-10

### SELLING COMMISSIONS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | STEVE | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEC 18 | 12/17/10 | WIC | | 01 SATURN | 1073 | 7,550.00 | 1,428.45 | 297.11 | 151.40 | 500.00 | 300.00 | 590.00 | 5,995.00 | 274.00 | 274.00 | |
| DEC 20 | 12/17/10 | WIC | | 99 PROSPER | 1425NW | 6,295.00 | | 407.59 | 165.50 | 500.00 | 500.00 | | 4,895.00 | 59.00 | | 59.00 |
| DEC 21 | 12/19/10 | WIC | | 04 RENDEZVOUS | 1255A | 10,195.00 | | 641.58 | 88.10 | 1,200.00 | 700.00 | | 7,795.00 | 207.00 | 207.00 | |
| DEC 22 | 12/18/10 | WIC | | 03 LIBERTY | 1228 | 8,389.60 | 8,500.00 | 910.40 | 417.40 | 1,000.00 | | 9,500.00 | 9,195.00 | 207.00 | 207.00 | |
| DEC 23 | 12/20/10 | WIC | | 99 BEETLE | 1716 | 8,245.00 | | 524.59 | | 1,000.00 | | | 5,995.00 | 291.00 | | 291.00 |
| DEC 24 | 12/21/10 | WIC | | 05 CELICA | 1725 | 7,500.87 | | 481.13 | | 8,500.00 | | | 7,995.00 | 168.00 | 168.00 | |
| DEC 25 | 12/21/10 | WIC | | 01 GALANT | 1645A | 2,330.19 | | 169.81 | | 3,000.00 | | | 2,999.00 | 75.00 | 37.50 | 37.50 |
| DEC 26 | 12/23/10 | WIC | | 00 PT CRUISER | 1760 | 7,200.00 | | 164.88 | 88.10 | 1,500.00 | 200.00 | | 5,795.00 | 193.00 | 193.00 | |
| | | | | | | | | | | | | | | 1,297.00 | 442.50 504.50 | 350.00 |

### CHARGE BACKS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | STEVE | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

### HOURLY AND SALARY

| CCMOM | HOURS | SALARY |
|---|---|---|
| | 256.00 | 500.00 |
| | | 250.00 |
| | | 1,100.00 |
| | 43.60 | |
| | 27.60 | |
| | 40.00 | 1,000.00 |

| | SALES COMMISSION | STEVE | CHRIS |
|---|---|---|---|
| | | 300.00 | 350.00 |
| | 200.00 | | |
| HOURS | 642.50 | 504.50 | 350.00 |
| | 53.25 | 54.50 | 40.25  39.75 |

EXHIBIT B-1

COUNTRY CLUB MOTORS OF MELBOURNE / TAX ACCOUNT

| | | | | | 3020 |
|---|---|---|---|---|---|

Employee
Christopher T Gilson, 1510 Studley Dr. N.W., Palm Bay, FL 32907

SSN ***-**-3656
Status (Fed/State) Single
Pay Period: 12/17/2010 - 12/23/2010

Allowances/Extra
Fed-3/0
Pay Date 12/24/2010

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission | 1.00 | 350.00 | 350.00 | 435.00 |
| Bonus | | | 0.00 | 50.00 |
| | | | 350.00 | 485.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -2.00 | -2.00 |
| Social Security Employee | -21.70 | -30.07 |
| Medicare Employee | -5.07 | -7.03 |
| | -28.77 | -39.10 |

Net Pay    321.23    445.90

Indaglo, Inc., 235 S. Wickham Rd., W. Melbourne, FL 32904-1133 321-727-2075, Country Club Motors of Melbourne

REORDER #31: U.S. PATENT NO. 5584390, 5371608, 5641183, 5781532, 5896434, 6039000

EXHIBIT
2-9
Blumberg No. 5119

| | FRIDAY 12/17/10 10-6 | SATURDAY 12/18/10 10-6 | SUNDAY 12/19/10 CLOSED | MONDAY 12/20/10 10-6 | TUESDAY 12/21/10 10-6 | WEDNESDAY 12/22/10 10-6 | THURSDAY 12/23/10 10-6 | |
|---|---|---|---|---|---|---|---|---|
| | 8:30 - 5:15 | 8:30 - 6:00 | OFF | 8:30 - 6:00 | 8:30 - 6:00 | 8:30 - 6:00 | 8:30 - 6:00 | 53.25 |
| | 8:30 - 6:30 | 8:30 - 6:00 | OFF | 8:30 - 6:00 | 8:30 - 6:00 | 8:30 - 6:00 | 8:30 - 6:00 | 54.50 |
| | OFF | 9:00 - 3:15 | OFF | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 39.75 |
| CHRIS | 9:00 - 6:00 | 9:00 - 3:45 | OFF | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | OFF | 40.25 |


EXHIBIT B-3

# COUNTRY CLUB MOTORS OF MELBOURNE
## PAYROLL SUPPORT FOR CHECKS DATED 12-31-10



### SELLING COMMISSIONS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG / TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | STEVE | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-DEC-01 | | WIC | | 09 KIA RIO | 1766 | 6,500.00 | | 419.88 | 152.90 | 7,570.78 | | | 6,995.00 | 146.00 | | 146.00 |
| 18-DEC-21 | | WIC | | 09 NISSAN MAXIMA | 1514 | 8,795.00 | | 557.58 | 137.50 | 500.00 | 500.00 | | 6,995.00 | 49.00 | 48.00 | |
| 18-DEC-29 | | WIC | | 03 FORD CROWN VIC | 1733 | 9,365.00 | | 591.78 | 86.10 | 2,000.00 | 436.00 | | 6,985.00 | 321.00 | 321.00 | |
| | | | | | | | | | | | | | | 515.00 | 321.00 | 48.00 | 146.00 |

Totals: 515.00 / 321.00 / 48.00 / 146.00

### CHARGE BACKS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG / TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | STEVE | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

### HOURLY AND SALARY

| | HOURS | SALARY |
|---|---|---|
| CCMOM | 500.00 | 103.00 |
| | 250.00 | |
| | 1,100.00 | |
| | 40.00 | |
| | 40.00 | 10.99 |
| | 1,000.00 | |

### DRAWS
| | |
|---|---|
| 500.00 | 300.00 |

### BONUS
300.00

### PURCHASE COMMISSIONS
27.00

### TOTALS

| | STEVE | CHRIS |
|---|---|---|
| 321.00 | 75.00 | 300.00 | 446.00 |
| HOURS | 44.00 | 9.00 | 40.25 | 54.50 |

EXHIBIT C-1

COUNTRY CLUB MOTORS OF MELBOURNE / TAX ACCOUNT

Employee
Christopher T Gilson, 1510 Studley Dr. N.W., Palm Bay, FL 32907

SSN
••••-••-3656

Status (Fed/State)
Single

3045

Allowances/Extra
Fed-3/0
Pay Date: 12/31/2010

Pay Period: 12/24/2010 - 12/30/2010

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission | 1.00 | 146.00 | 146.00 | 581.00 |
| Draw Against Commissi | 1.00 | 300.00 | 300.00 | 300.00 |
| Bonus | | | 0.00 | 50.00 |
| | | | 446.00 | 931.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -14.00 | -16.00 |
| Social Security Employee | -27.65 | -57.72 |
| Medicare Employee | -6.47 | -13.50 |
| | -48.12 | -87.22 |

| Net Pay | 397.88 | 843.78 |
|---|---|---|

Indaglo, Inc., 235 S. Wickham Rd., W. Melbourne, FL 32904-1133 321-727-2075, Country Club Motors of Melbourne

REORDER 913 · U.S. PATENT NO. 5204390 5375406, 5641182, 5783222, 5944434, 6050000

EXHIBIT
C-2
Blumberg No. 5119

| | FRIDAY 12/24/10 10-6 | SATURDAY 12/25/10 10-6 | SUNDAY 12/26/10 CLOSED | MONDAY 12/27/10 10-6 | TUESDAY 12/28/10 10-6 | WEDNESDAY 12/29/10 10-6 | THURSDAY 12/30/10 10-6 | |
|---|---|---|---|---|---|---|---|---|
| | 8:30 - 6:30 | OFF | OFF | 8:30 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 44.00 |
| | 9:00 - 6:30 | OFF | OFF | OFF | OFF | OFF | OFF | 9.00 |
| | 9:00 - 3:45 | OFF | OFF | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 40.25 |
| CHRIS | 8:00 - 7:00 | OFF | OFF | 8:00 - 7:30 | 8:00 - 7:30 | 8:00 - 7:30 | 8:00 - 7:30 | 54.50 |



EXHIBIT C-3

Payroll 2011
for the Pay Date 01-07-11

## SELLING COMMISSIONS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG + TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | STEVE | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/10 | W/C | ▮ | ▮ | 00 FORD FOCUS | 1761 | 6,295.00 | | 407.58 | 88.10 | 500.00 | 700.00 | | 4,250.00 | 174.00 | | 174.00 |
| 12/31/10 | W/C | ▮ | ▮ | 02 NISSAN FRONTIER | 1647 | 13,096.00 | | 815.58 | 88.10 | 2,100.00 | 700.00 | | 10,750.00 | 276.00 | | 276.00 |
| 12/31/10 | W/C | ▮ | ▮ | 04 FORD MUSTANG | 1721 | 12,195.00 | | 761.58 | 88.10 | 1,700.00 | 1,300.00 | | 9,495.00 | 365.00 | | 365.00 |
| 12/31/10 | W/C | ▮ | ▮ | 99 TOYOTA SOLARA | 1665 | 6,685.00 | | 563.58 | 88.10 | 1,100.00 | 900.00 | | 6,495.00 | 288.00 | | 288.00 |
| 01/03/11 | W/C | ▮ | ▮ | 05 DODGE STRATUS | 1723 | 7,545.00 | 1,200.00 | 410.58 | | | 500.00 | 1,200.00 | 5,399.00 | 242.00 | | 242.00 |
| 01/05/11 | W/C | ▮ | ▮ | 02 TOYOTA SIENNA | 1489 | 9,495.00 | 2,200.00 | 487.58 | 179.40 | 700.00 | 300.00 | 750.00 | 5,899.00 | 93.00 | | 93.00 |
| 10/16/10 | W/C | ▮ | ▮ | 01 RODEO | 1288 | 9,400.00 | 3,000.00 | 536.47 | 88.10 | | | 3,000.00 | 6,995.00 | 249.00 | | 249.00 |
| | | | | | | | | | | | | | | 1,687.00 | 365.00 | 1,229.00 |
| | | | | | | | | | | | | | | | | 93.00 |

## CHARGE BACKS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG + TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | STEVE | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/16/10 | W/C | ▮ | ▮ | 01 RODEO | 1288 | 9,400.00 | 3,000.00 | 536.47 | 88.10 | | | 3,000.00 | 6,995.00 | 498.00 | | 498.00 |
| | | | | | | | | | | | | | | 498.00 | | 498.00 |

## HOURLY AND SALARY

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALARY | | HOURS | SALARY |
|---|---|---|---|---|---|---|---|---|---|
| CCMOM | | | | | | | SHOP | 40.00 | |
| | | | | | | 500.00 | ▮ | 34.00 | |
| | | | | | | 750.00 | ▮ | 38.20 | 238.00 |
| | | | | | | 1,100.00 | ▮ | 45.70 | |
| 10/16/10 | W/C | ▮ | ▮ | 01 RODEO | 1288 | 600.00 | | 42.50 | |
| | | | | | | 1,000.00 | | | |

### DRAWS
| | |
|---|---|
| | 300.00 |
| | 300.00 |

### BONUS
| |
|---|
| 70.00 |

### PURCHASE COMMISSIONS

### TOTALS
| | SHOP | | STEVE | CHRIS |
|---|---|---|---|---|
| | 365.00 | 731.00 | 300.00 | 300.00 | 163.00 |
| HOURS | 48.50 | 54.50 | 39.90 | 38.75 | 18.50 |
| | | | | | 498.00 |

EXHIBIT D-1

COUNTRY CLUB MOTORS OF MELBOURNE / TAX ACCOUNT

3106

**Employee**
Christopher T Gilson, 1510 Studley Dr. N.W., Palm Bay, FL 32907

SSN ***-**-3656

**Status (Fed/State)**
Single
Pay Period: 12/31/2010 - 01/06/2011

Allowances/Extra
Fed-3/0
Pay Date: 01/07/2011

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Draw Against Commiss | 1.00 | 300.00 | 300.00 | 300.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -5.00 | -5.00 |
| Social Security Employee | -12.60 | -12.60 |
| Medicare Employee | -4.35 | -4.35 |
| | -21.95 | -21.95 |

| Net Pay | 278.05 | 278.05 |
|---|---|---|

Indaglo, Inc., 235 S  Wickham Rd , W  Melbourne, FL 32904-1133 321-727-2075, Country Club Motors of Melbourne

REORDER F3 · U.S. PATENT NO 3336900, 3371508, 5641143, 3783313, 0886364, x00000

EXHIBIT
D-2
Blumberg No. 5119

| | FRIDAY 12/31/10 10 - 6 | SATURDAY 1/1/11 10 - 7 | SUNDAY 1/2/11 CLOSED | MONDAY 1/3/11 10 - 7 | TUESDAY 1/4/11 10 - 7 | WEDNESDAY 1/5/11 10 - 7 | THURSDAY 1/6/11 10 - 7 | |
|---|---|---|---|---|---|---|---|---|
| | 9:00 - 7:00 | OFF | OFF | 8:30 - 7:00 | 9:00 - 7:00 | 8:30 - 7:00 | 9:00 - 7:00 | 48.50 |
| | 8:00 - 7:00 | OFF | OFF | 8:00 - 8:00 | 8:00 - 7:00 | 8:00 - 8:00 | 8:00 - 7:00 | 54.50 |
| | OFF | OFF | OFF | 8:30 - 7:00 | 8:30 - 7:00 | 8:30 - 7:00 | 9:00 - 7:00 | 39.50 |
| CHRIS | 9:00 - 7:00 | OFF | OFF | 8:30 - 7:00 | 8:45 - 7:00 | 9:00 - 7:00 | OFF | 38.75 |
| | | | | | | 9:30 - 7:00 | 9:00 - 7:00 | 18.50 |



EXHIBIT
D-3

Payroll 2011
for the Pay Date 1-14-11

## SELLING COMMISSIONS

| DATE | LOT | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG / TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | | STEVE | CHRIS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/06/11 | WC | | | | 03 SEBRING | 1509 | 6,945.00 | | 446.50 | 88.10 | 500.00 | 1,000.00 | | 4,990.00 | 152.00 | 152.00 | | | ● |
| 01/08/11 | WC | | | | 06 HIGHLANDER | 1777 | 14,700.00 | | 911.88 | 88.10 | 2,500.00 | 12,999.00 | | 15,490.00 | 428.00 | | | 428.00 | |
| 01/10/11 | WC | | | | 01 EXPLORER | 1745 | 5,977.00 | | 438.52 | 86.10 | 7,000.00 | | | 7,999.00 | 50.00 | | | 50.00 | |
| 01/11/11 | WC | | | | 08 ACCENT | 1775 | 12,395.00 | | 773.58 | 88.00 | 3,873.00 | | | 9,809.00 | 453.00 | | | 453.00 | |
| 01/12/11 | WC | | | | 04 SONATA | 1779 | 4,516.30 | | 350.80 | 135.90 | 5,500.00 | | | 4,995.00 | 68.00 | 68.00 | | | |
| 01/13/11 | WC | | | | 98 SDB | 1705NW | 11,195.00 | | 701.58 | 88.10 | 2,800.00 | 850.00 | | 8,999.00 | 405.00 | 405.00 | | | |
| | | | | | | | | | | | | | | | 1,556.00 | 625.00 | 478.00 | 453.00 | 453.00 |

## CHARGE BACKS

| DATE | LOT | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG / TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | | STEVE | CHRIS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## HOURLY AND SALARY

| | SHOP | HOURS | SALARY |
|---|---|---|---|
| CCMOM | | 48.10 | 500.00 |
| | | 49.70 | 750.00 |
| | | 43.10 | 1,100.00 |
| | | 37.10 | 600.00 |
| | 311.00 | | 1,000.00 |
| | | 42.50 | |

### DRAWS

| | | |
|---|---|---|
| | 300.00 | |

### BONUS

### PURCHASE COMMISSIONS

### TOTALS

| | | STEVE | CHRIS |
|---|---|---|---|
| | 625.00 | 478.00 | 453.00 |
| | | 300.00 | 453.00 |
| HOURS | 59.75 | 56.00 | 54.50 |
| | | 39.50 | |

EXHIBIT E-1

COUNTRY CLUB MOTORS OF MELBOURNE / TAX ACCOUNT

| Employee | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|
| Christopher T Gilson, 1510 Studley Dr N.W., Palm Bay, FL 32907 | | ****-**-3656 | Single | 3146 |
| | | | | Fed-3/0 |
| | | Pay Period: 01/07/2011 - 01/13/2011 | | Pay Date: 01/14/2011 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission | 1.00 | 453.00 | 453.00 | 453.00 |
| Draw Against Commissi | | | 0.00 | 300.00 |
| | | | 453.00 | 753.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -22.00 | -27.00 |
| Social Security Employee | -19.03 | -31.63 |
| Medicare Employee | -6.57 | -10.92 |
| | -47.60 | -69.55 |

| Net Pay | 405.40 | 683.45 |
|---|---|---|

Indaglo, Inc., 235 S. Wickham Rd., W. Melbourne, FL 32904-1133 321-727-2075, Country Club Motors of Melbourne

REORDER #T1: U.S. PATENT NO. 5034290, 5073506, 5641163, 5783353, 5944384, 4620001

EXHIBIT
E-2
Bullding No 119

| | FRIDAY 1/7/11 | SATURDAY 1/8/11 | SUNDAY 1/9/11 | MONDAY 1/10/11 | TUESDAY 1/11/11 | WEDNESDAY 1/12/11 | THURSDAY 1/13/11 | |
|---|---|---|---|---|---|---|---|---|
| | 10 - 7 | 10 - 7 | CLOSED | 10 - 7 | 10 - 7 | 10 - 7 | 10 - 7 | |
| | 8:30 - 7:00 | 8:30 - 7:00 | OFF | 8:30 - 7:00 | 8:30 - 7:00 | 8:30 - 7:00 | 8:45 - 7:00 | 59.75 |
| | 9:00 - 7:00 | 9:00 - 6:00 | OFF | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 56.00 |
| | OFF | 8:30 - 7:00 | OFF | 8:30 - 7:00 | 8:30 - 7:00 | 9:00 - 7:00 | NO CALL NO SHOW | 39.50 |
| CHRIS | 9:00 - 7:00 | 9:00 - 7:00 | OFF | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 4:30 | 54.50 |
| | OFF | OFF | OFF | OFF | OFF | OFF | OFF | - |

EXHIBIT E-3

Payroll 2011
for the Pay Date 1-21-11

## SELLING COMMISSIONS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | FAC TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | STEVE | CHRIS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/14/11 | WC | | | 03 HARLEY | 1508HWY | 6,995.00 | | 449.58 | | 1,000.00 | | | 6,995.00 | | | | |
| 01/15/11 | WC | | | 07 300M | 1668 | 18,680.00 | | 1,169.58 | | 3,000.00 | 1,500.00 | | 14,999.00 | 462.00 | | | |
| 01/18/11 | WC | | | 03 MUSTANG | 1742 | 12,975.00 | | 808.38 | | 3,500.00 | | | 10,499.00 | 300.00 | 300.00 | | 360.00 |
| 01/19/11 | WC | | | 06 CARAVAN | 1616 | 11,995.00 | | 749.58 | 86.10 | 16,620.68 | | | 11,999.00 | 599.00 | | 599.00 | |
| 01/19/11 | WC | | | 00 BMW | 1609 | 10,999.00 | | 689.62 | | 1,000.00 | 2,000.00 | | 8,999.00 | 244.00 | | | 244.00 |
| | | | | | | | | | | | | | | 1,665.00 | 462.00 | 599.00 | 624.00 |

## CHARGE BACKS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | FAC TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | STEVE | CHRIS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

## HOURLY AND SALARY

| | HOURS | SALARY |
|---|---|---|
| CCMOM | | 337.00 |
| | | 300.00 |
| | | 500.00 |
| | | 750.00 |
| | | 1,100.00 |
| | 44.75 | 600.00 |
| | | 1,000.00 |

| SHOP | HOURS | SALARY |
|---|---|---|
| | 47.40 | |
| | 43.90 | |
| | 42.90 | |
| | 44.10 | |

DRAWS
| | STEVE | CHRIS |
|---|---|---|
| | 250.00 | 300.00 |

BONUS

PURCHASE COMMISSIONS

TOTALS
| | STEVE | CHRIS |
|---|---|---|
| HOURS | 48.50 | 44.75 |
| | 712.00 | 599.00 | 300.00 | 301.00 | 624.00 |
| | | 41.25 | | 40.00 | 40.76 |

EXHIBIT F-1  Blumberg No.5119

COUNTRY CLUB MOTORS OF MELBOURNE / TAX ACCOUNT

Employee
Christopher T Gilson, 1510 Studley Dr. N W., Palm Bay, FL 32907

SSN
**...-**-3656

Status (Fed/State)
Single

3212

Allowances/Extra
Fed-3/0
Pay Date 01/21/2011

Pay Period: 01/14/2011 - 01/20/2011

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission | 1.00 | 1.00 | 1.00 | 454.00 |
| Draw Against Commissi | 1.00 | 300.00 | 300.00 | 600.00 |
| | | | 301.00 | 1,054.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -5.00 | -32.00 |
| Social-Security-Employee | -12.64 | -44.27 |
| Medicare Employee | -4.36 | -15.28 |
| | -22.00 | -91.55 |

| Net Pay | 279.00 | 962.45 |
|---|---|---|

Indagio, Inc., 235 S. Wickham Rd., W. Melbourne, FL 32904-1133 321-727-2075, Country Club Motors of Melbourne

RICHDEX #15  U.S. PATENT NO 5330090, 5275308, 3441182, 3763325, 3884284, 4600906

| | FRIDAY 1/14/11 10-7 | SATURDAY 1/15/11 10-7 | SUNDAY 1/16/11 CLOSED | MONDAY 1/17/11 10-7 | TUESDAY 1/18/11 10-7 | WEDNESDAY 1/19/11 10-7 | THURSDAY 1/20/11 10-7 | |
|---|---|---|---|---|---|---|---|---|
| | 9:00 - 7:00 | 9:00 - 7:00 | OFF | 9:00 - 6:00 | OFF | 9:00 - 7:00 | 9:00 - 7:00 | 46.50 |
| | 9:00 - 7:00 | 9:00 - 7:00 | OFF | OFF | 12:15 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 44.25 |
| CHRIS | OFF | 9:00 - 12:15 | OFF | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 41.25 |
| | 8:30 - 7:00 | 8:30 - 7:00 | OFF | 8:30 - 7:00 | 8:30 - 7:00 | NO CALL NO SHOW | OFF | 40.00 |
| | 9:00 - 7:00 | 9:00 - 7:00 | OFF | 9:45 - 7:00 | 9:00 - 5:00 | OFF | 9:00 - 7:00 | 44.75 |

EXHIBIT F3



Payroll 2011
for the Pay Date 1-28-11

## SELLING COMMISSIONS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/ TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | STEVE | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/22/11 | AURI | ▰▰▰▰ | 97 CAMRY | 1750WNY | 995.00 | | 175.68 | 85.10 | 1,866.68 | | 350.00 | | 4,290.00 | 75.00 | 75.00 | |
| 01/22/11 | WJC | ▰▰▰▰ | 04 SUNFIRE | 1536 | 6,045.00 | 500.00 | 500.68 | 88.10 | 500.00 | | 325.00 | | 4,999.00 | 201.00 | 201.00 | |
| 01/22/11 | WJC | ▰▰▰▰ | 09 MAZDA 3 | 1510 | 9,985.00 | 500.00 | 592.08 | | 1,000.00 | | | | 7,985.00 | 232.00 | 232.00 | |
| 01/24/11 | WJC | ▰▰▰▰ | 07 ECLIPSE | 1689A | 6,750.00 | | 522.98 | 88.10 | 2,500.00 | | | | 5,499.00 | 249.00 | | 249.00 |
| 01/26/11 | WJC | ▰▰▰▰ | 05 SEBRING | 1787 | 8,695.00 | 2,000.00 | 519.68 | 88.10 | | 500.00 | 1,650.00 | | 6,999.00 | 254.00 | 254.00 | |
| 01/27/11 | WJC | ▰▰▰▰ | 01 TIBURON | 1768 | 6,494.36 | | 507.64 | 66.10 | 7,500.00 | | | | 6,899.00 | 144.00 | 72.00 | 72.00 |
| | | | | | | | | | | | | | | 1,155.00 | | |
| | | | | | | | | | | | | | | 304.00 | 328.00 | 276.00 | 249.00 |

## CHARGE BACKS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/ TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | STEVE | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

## HOURLY AND SALARY

| CCMOM | HOURS | SALARY |
|---|---|---|
| | 231.00 | 500.00 |
| | 200.00 | 750.00 |
| | | 1,000.00 |
| | <40.00 | 600.00 |
| | | 1,000.00 |

| SHOP | HOURS | SALARY |
|---|---|---|
| | 55.20 | |
| | 46.20 | |
| | 41.90 | |
| | 42.40 | |

### DRAWS

| | | | |
|---|---|---|---|
| 200.00 | 24.00 | 51.00 | 300.00 |

### BONUS

### PURCHASE COMMISSIONS

### TOTALS

| | STEVE | CHRIS |
|---|---|---|
| | 300.00 | 300.00 |
| 504.00 | 328.00 | 300.00 | 300.00 |
| HOURS | 54.26 | 44.50 | 29.75 | <1.00 |

EXHIBIT G-1

COUNTRY CLUB MOTORS OF MELBOURNE / TAX ACCOUNT

Employee
Christopher T Gilson, 1510 Studley Dr N.W. Palm Bay, FL 32907

SSN ***-**-3656
Pay Period 01/21/2011 - 01/27/2011

Status (Fed/State)
Single

3266

Allowances/Extra
Fed-3/0
Pay Date: 01/28/2011

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission | 1.00 | 249.00 | 249.00 | 703.00 |
| Draw-Against-Commissi | 1.00 | 51.00 | 51.00 | 651.00 |
| | | | 300.00 | 1,354.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -5.00 | -37.00 |
| Social Security Employee | -12.60 | -56.87 |
| Medicare Employee | -4.35 | -19.63 |
| | -21.95 | -113.50 |

| Net Pay | 278.05 | 1,240.50 |
|---|---|---|

Indaglo, Inc. , 235 S  Wickham Rd., W  Melbourne, FL 32904-1133 321-727-2075, Country Club Motors of Melbourne

REORDER 815 - U.S PATENT NO. 5,528,586, 5,715,954, 5,611,185, 5,783,313, 5,944,344, Re30000

EXHIBIT G-2

| | FRIDAY 1/21/11 10-7 | SATURDAY 1/22/11 10-7 | SUNDAY 1/23/11 CLOSED | MONDAY 1/24/11 10-7 | TUESDAY 1/25/11 10-7 | WEDNESDAY 1/26/11 10-7 | THURSDAY 1/27/11 10-7 | |
|---|---|---|---|---|---|---|---|---|
| | 9:00 - 7:00 | 9:00 - 7:00 | OFF | 9:00 - 7:00 | 12:15 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 54.25 |
| | 9:00 - 7:00 | 9:00 - 7:00 | OFF | OFF | 12:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 44.50 |
| | OFF | 12:00 - 5:15 | OFF | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 4:00 | 39.75 |
| CHRIS | 12:00 - 7:00 | 9:00 - 6:45 | OFF | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 4:00 | OFF | 41.25 |
| | 9:00 - 7:00 | 9:00 - 6:30 | OFF | 9:00 - 7:00 | 9:00 - 4:00 | OFF | 12:00 - 7:00 | 41.00 |



EXHIBIT G-3

Payroll 2011
for the Pay Date 2-4-11

## SELLING COMMISSIONS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | STEVE | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-JAN-28 | | WIC | ▓▓▓▓ | 09 PDX 300 | 15024 | 13,495.00 | 300.00 | 909.68 | 88.10 | 700.00 | 3,000.00 | 300.00 | 8,995.00 | 587.00 | 587.00 | ▓▓▓ |
| 11-JAN-28 | | WIC | ▓▓▓▓ | 02 260M | 1784 | 6,649.00 | 500.00 | 496.66 | 88.10 | 1,500.00 | | 375.00 | 4,669.00 | 280.00 | 280.00 | |
| 11-JAN-28 | | WIC | ▓▓▓▓ | 02 CIVIC | 1802 | 7,495.00 | | 479.68 | 88.10 | | 500.00 | | 6,495.00 | | | |
| 11-JAN-23 | | WIC | ▓▓▓▓ | 00 CELICA | 1799 | 7,795.00 | 300.00 | 431.58 | 88.10 | 500.00 | 2,000.00 | 300.00 | 5,999.00 | 292.00 | | 292.00 |
| 11-JAN-28 | | AUR | ▓▓▓▓ | 02 CARAVAN | 1782 | 6,695.00 | | 431.58 | | 2,445.00 | | | 4,995.00 | 314.00 | | 314.00 |
| 11-JAN-23 | | WIC | ▓▓▓▓ | 07 AVEO | 1735 | 7,599.00 | 300.00 | 555.92 | 88.10 | 8,352.92 | | 330.00 | 7,299.00 | | | |
| 11-JAN-28 | | WIC | ▓▓▓▓ | 01 ECLIPSE | 1557 | 7,495.00 | | 529.58 | | 2,000.00 | 480.00 | | 5,995.00 | 280.00 | 280.00 | |
| 11-FEB-01 | | WIC | ▓▓▓▓ | 99 VENTURE | 1654 | 5,799.00 | | 377.58 | 88.10 | 1,000.00 | -400.00 | | 4,399.00 | 146.00 | | 146.00 |
| 11-FEB-01 | | WIC | ▓▓▓▓ | 01 LE SABRE | 1783 | 6,549.00 | 500.00 | 442.62 | 88.10 | 2,000.00 | | 300.00 | 4,999.00 | 260.00 | 260.00 | |
| 11-FEB-01 | | WIC | ▓▓▓▓ | 00 G CHEROKEE | 1781 | 8,425.00 | | 535.38 | 137.90 | | 3,000.00 | | 5,999.00 | 331.00 | | 331.00 |
| 11-FEB-04 | | WIC | ▓▓▓▓ | 00 MAZDA 6 | 1729 | 9,995.00 | | 629.58 | 88.10 | 1,500.00 | 1,720.00 | | 7,499.00 | 365.00 | | 365.00 |
| 11-FEB-04 | | WIC | ▓▓▓▓ | 04 MALIBU | 1707 | 9,995.00 | | 569.58 | | 500.00 | 2,909.00 | | 6,859.00 | 290.00 | | 290.00 |
| 11-FEB-04 | | WIC | ▓▓▓▓ | 02 SPECTRA | 1448NW | 4,545.00 | | 352.58 | 165.90 | 1,000.00 | 388.00 | | 3,469.00 | 139.00 | 139.00 | |
| 11-FEB-04 | | WIC | ▓▓▓▓ | 03 DURANGO | 1731 | 14,745.00 | | 914.58 | 178.40 | 500.00 | 3,800.00 | | 10,495.00 | 476.00 | -476.00 | |
| | | | | | | | | | | | | | | 2,780.00 | 1,070.00 | 1,298.00 |

## CHARGE BACKS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | STEVE | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

## HOURLY AND SALARY

| CCMOM | HOURS | SALARY | | SHOP | HOURS | SALARY |
|---|---|---|---|---|---|---|
| ▓▓ | | 500.00 | | | 42.60 | |
| ▓▓ | | 750.00 | | | 65.00 | |
| ▓▓ | | 1,100.00 | | | 46.30 | |
| ▓▓ | 46.00 | 600.00 | | | 41.40 | |
| ▓▓ | | 1,000.00 | | | | |

755.00   590.00

### DRAWS
300.00   (335.00)

### BONUS

### PURCHASE COMMISSIONS

### TOTALS

| | STEVE | CHRIS |
|---|---|---|
| | 584.00 | 725.00 |
| | 1,127.00 | 1,298.00 |
| HOURS | 59.50 | 54.25 |

EXHIBIT H-1

| | FRIDAY 1/28/11 10-7 | SATURDAY 1/29/11 10-7 | SUNDAY 1/30/11 12-5 | MONDAY 1/31/11 10-7 | TUESDAY 2/1/11 10-7 | WEDNESDAY 2/2/11 10-7 | THURSDAY 2/3/11 10-7 | |
|---|---|---|---|---|---|---|---|---|
| | 9:00 - 7:00 | 9:00 - 7:00 | 12:00 - 5:00 | 9:00 - 7:00 | 1:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 58.50 |
| | 9:00 - 7:00 | 9:00 - 7:00 | 12:00 - 5:00 | 12:30 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 59.00 |
| | OFF | 9:00 - 7:00 | 9:00 - 4:15 | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 54.25 |
| CHRIS | NO CALL NO SHOW | NO CALL NO SHOW | NO CALL NO SHOW | NO CALL NO SHOW | NO CALL NO SHOW | NO CALL NO SHOW | OFF | - |
| | 9:00 - 7:00 | 9:00 - 7:00 | 12:00 - 5:00 | 9:00 - 7:00 | 9:00 - 7:00 | 1:00 - 5:00 | 9:00 - 7:00 | 56.50 |



EXHIBIT
Z-H

## Payroll 2011
### for the Pay Date 02-11-11

### SELLING COMMISSIONS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG / TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | | STEVE | CHRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/04/11 | WIC | | ████ | 01 PT CRUISER | 1748 | 8,345.00 | | 520.59 | 160.00 | 1,000.00 | 900.00 | | 5,999.00 | 201.00 | 201.00 | 201.00 | |
| 02/05/11 | WIC | | ████ | 99 626 | 1722 | 5,995.00 | | 415.58 | 100.00 | 1,465.00 | | | 3,999.00 | 216.00 | 108.00 | | 108.00 |
| 02/05/11 | WIC | | ████ | 01 SATURN | 1616 | 8,445.00 | | 526.59 | 179.40 | 460.00 | 2,000.00 | | 5,999.00 | 250.00 | 250.00 | | |
| 02/05/11 | WIC | | ████ | 99 VILLAGE | 1767 | 6,845.00 | | 440.59 | 88.10 | 1,400.00 | 300.00 | | 4,689.00 | 233.00 | 233.00 | 233.00 | |
| 02/05/11 | AUR | | ████ | 04 LS | 1689 | 12,585.00 | | 785.58 | | 2,000.00 | 1,300.00 | | 6,899.00 | 442.00 | 442.00 | | |
| 02/06/11 | AUR | | ████ | 99 F150 | 1653 | 8,400.00 | | 533.86 | 138.07 | 2,000.00 | 1,000.00 | 20,086.10 | 36,999.00 | 296.00 | | | 296.00 |
| 02/06/11 | WIC | | ████ | 04 CLS 550 | 1327 | 19,502.00 | 20,086.10 | | | 20,086.10 | | 20,086.10 | | | | | |
| 02/06/11 | WIC | | ████ | 00 CHEROKEE | 1512A | 6,000.00 | | 384.88 | | 1,500.00 | | | 4,999.00 | 139.00 | 139.00 | 69.50 | 69.50 |
| 02/08/11 | WIC | | ████ | 97 CARAVAN | 1469ANW | 5,895.00 | | 383.58 | 125.40 | 1,000.00 | 1,000.00 | | 3,699.00 | 337.00 | 337.00 | | 337.00 |
| 02/08/11 | WIC | | ████ | 01 STRATUS | 1813 | 8,895.00 | | 583.58 | 88.10 | 2,300.00 | 370.00 | | 5,935.00 | 439.00 | 439.00 | | 439.00 |
| 02/08/11 | WIC | | ████ | 00 BLAZER | 1788 | 9,295.00 | | 628.53 | 88.10 | 1,900.00 | 1,720.00 | | 7,499.00 | 206.00 | 206.00 | 306.00 | |
| 02/09/11 | WIC | | ████ | 01 COROLLA | 1365BNW | 716.96 | | 65.05 | | 1,300.00 | | | 1,455.00 | 100.00 | 100.00 | | 100.00 |
| 02/10/11 | WIC | | ████ | 01 MODEO | 1770 | 8,131.00 | | 517.74 | 88.10 | 4,200.00 | | | 7,299.00 | 183.00 | 183.00 | | 183.00 |
| 02/10/11 | WIC | | ████ | 01 PT CRUISER | 1809 | 6,595.00 | | 425.59 | 137.50 | 1,500.00 | 500.00 | | 4,496.00 | 312.00 | 312.00 | | |
| 02/10/11 | WIC | | ████ | 02 ALTIMA | 1814 | 9,995.00 | | 629.59 | 137.50 | 2,900.00 | | | 7,495.00 | 397.00 | 397.00 | | |
| 02/11/11 | WIC | | ████ | 05 COBALT | 1654 | 5,903.98 | | 424.12 | 163.90 | 7,000.00 | | | 5,999.00 | 255.00 | 255.00 | 255.00 | |
| 02/11/11 | WIC | | ████ | 04 AURORA | 1815 | 9,595.00 | | 566.59 | 404.40 | 2,330.00 | 470.00 | | 4,999.00 | 585.00 | 585.00 | 100.50 | 100.50 |
| 02/12/11 | WIC | | ████ | 01 MONTANA | 1679NW | 4,000.00 | | 314.86 | 88.10 | 4,251.00 | | | 3,999.00 | 261.00 | 261.00 | | |
| | | | | | | | | | | | | | | 4,892.00 | 1,844.00 | 709.00 | 884.00 |

### CHARGE BACKS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG / TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | | STEVE | CHRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

### HOURLY AND SALARY

| DATE | LOT | SALESMAN | CUSTOMER NAME | HOURS | SALARY |
|---|---|---|---|---|---|
| 02/04/11 | | | ████ | | 500.00 |
| | | | ████ | | 250.00 |
| | | | ████ | | 1,100.00 |
| | | | ████ | | 600.00 |
| | | | ████ | 27.00 | 1,000.00 |

| SHOP | HOURS | SALARY |
|---|---|---|
| ████ | 57.40 | |
| ████ | 49.80 | |
| ████ | 52.25 | |
| ████ | 45.50 | |

**EXHIBIT 1-1**

| | STEVE | CHRS |
|---|---|---|
| DRAWS | (500.00) | (350.00) |
| BONUS | | |
| PURCHASE COMMISSIONS | | |
| TOTALS | 806.50 | 804.00 |
| | 54.50 | -41.25 | 44.62 |

MIN SALES PRICE $15

COUNTRY CLUB MOTORS OF MELBOURNE / TAX ACCOUNT

**Employee**
Christopher T. Gilson, 1510 Studley Dr. N.W., Palm Bay, FL 32907

**SSN** ***-**-3656

**Status (Fed/State)**
Single

**Pay Period** 02/04/2011 - 02/10/2011

**Allowances/Extra**
Fed:3/0

**Pay Date:** 02/11/2011

3398

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission | 1.00 | 884.00 | 884.00 | 1,587.01 |
| Draw Against Commissi | | | 0.00 | 651.00 |
| | | | 884.00 | 2,238.01 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -86.00 | -123.00 |
| Social Security Employee | -37.13 | -94.00 |
| Medicare Employee | -12.82 | -32.45 |
| | -135.95 | -249.45 |

| Net Pay | 748.05 | 1,986.56 |

Indaglo, Inc., 235 S. Wickham Rd., W. Melbourne, FL 32904-1133 321-727-2075, Country Club Motors of Melbourne

REORDER #15 • U.S. PATENT NO 5526290, 5375268, 5441183, 5793303, 5884264, 6620000



EXHIBIT
I-2
Blumberg No. 5115

| | FRIDAY 2/4/11 10-7 | SATURDAY 2/5/11 10-7 | SUNDAY 2/6/11 12-5 | MONDAY 2/7/11 10-7 | TUESDAY 2/8/11 10-7 | WEDNESDAY 2/9/11 10-7 | THURSDAY 2/10/11 10-7 | |
|---|---|---|---|---|---|---|---|---|
| | 9:00 - 7:00 | 9:00 - 7:00 | 12:00 - 5:30 | 9:00 - 7:00 | OFF | 9:00 - 7:00 | 9:00 - 8:30 | 54.50 |
| | 9:00 - 7:00 | 9:00 - 5:30 | OFF | OFF | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 46.00 |
| **CHRIS** | OFF | OFF | 12:00 - 3:15 | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 41.25 |
| | 9:00 - 7:00 | 9:00 - 4:00 | OFF | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | OFF | 44.50 |
| | OFF | 9:00 - 7:00 | 12:00 - 5:00 | 9:00 - 7:00 | 9:00 - 7:00 | 12:00 - 1:45 | 9:00 - 7:00 | 44.75 |



EXHIBIT I-3

**Payroll 2011**
**for the Pay Date 02-18-11**

## SELLING COMMISSIONS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | STEVE | CHRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/11/11 | WIC | | | 01-MEGAL | 1/88 | 7,545.00 | | 462.00 | 127.89 | 2,200.00 | 704.00 | | 5,399.00 | 340.00 | 340.00 | |
| 02/11/11 | WIC | | | 09-19LPROM | 1492 | 11,245.00 | | 704.98 | 390.80 | 3,000.00 | 704.00 | | 7,995.00 | 500.00 | 264.00 | |
| 02/11/11 | WIC | | | 09-SUPPRL | 1795 | 5,650.00 | | 368.68 | 123.40 | 1,200.00 | 516.00 | | 3,899.00 | 243.00 | | 121.50 |
| 02/12/11 | WIC | | | 03-SUPRENTO | 1683 | 10,545.00 | | 662.58 | 189.40 | 3,069.00 | | | 7,699.00 | 477.00 | 477.00 | |
| 02/12/11 | WIC | | | 01-STRATUS | 1791 | 6,995.00 | | 475.58 | 89.10 | 1,400.00 | 300.00 | 350.00 | 4,799.00 | 334.00 | 334.00 | |
| 02/12/11 | WIC | | | 09-NEON | 1766NW | 6,285.00 | | 407.58 | 494.49 | 1,100.00 | 1,100.00 | | 4,599.00 | 224.00 | | 117.00 |
| 02/12/11 | WIC | | | 05-G6 | 1821 | 10,685.00 | | 671.58 | 89.10 | 2,200.00 | 500.00 | | 8,495.00 | 283.00 | | 283.00 |
| 02/14/11 | WIC | | | 04-CAVALIER | 1825 | 6,850.00 | | 440.68 | 137.80 | 1,700.00 | | | 4,995.00 | 229.00 | | |
| 02/14/11 | WIC | | | 01-WRSTMG | 1669 | 7,700.00 | 420.00 | 497.98 | 89.10 | 1,900.00 | 500.00 | | 5,499.00 | 325.00 | | 325.00 |
| 02/14/11 | WIC | | | 03-SONATA | 1740 | 7,645.00 | | 488.58 | | 1,500.00 | | | 5,999.00 | 218.00 | 218.00 | |
| 02/14/11 | WIC | | | 02-AZERA | 1567NW | 6,525.00 | | 421.38 | 122.06 | | 3,650.00 | | 4,395.00 | 201.00 | 201.00 | |
| 02/14/11 | WIC | | | 01-TOWNCAR | 1513 | 10,495.00 | 1,000.00 | 649.58 | 414.49 | 1,000.00 | 2,020.00 | 1,000.00 | 7,495.00 | 516.00 | | 516.00 |
| 02/15/11 | WIC | | | 02-EXPEDITION | 1744 | 11,695.00 | | 781.58 | 414.49 | 2,000.00 | 1,443.00 | | 8,499.00 | 399.00 | 399.00 | |
| 02/15/11 | WIC | | | 01-MALIBU | 1823 | 7,495.00 | | 529.58 | 165.80 | 1,260.00 | 300.00 | | 4,995.00 | 331.00 | 331.00 | |
| 02/15/11 | WIC | | | 09-NEON | 1827 | 8,795.00 | | 567.58 | 150.00 | 2,000.00 | 600.00 | | 6,299.00 | 359.00 | 359.00 | |
| 02/15/11 | WIC | | | 04-CENTURY | 1772NW | 6,085.00 | | 395.58 | 89.10 | 1,500.00 | 1,400.00 | | 4,395.00 | 261.00 | 261.00 | |
| 02/16/11 | WIC | | | 94-E 350 | 1782 | 9,445.00 | | 595.58 | 165.00 | 2,600.00 | 2,650.00 | | 6,899.00 | 424.00 | 424.00 | |
| 02/17/11 | AVR | | | 09-NAVIGATOR | 1807 | 4,945.00 | | -325.68 | -378.80 | -1,100.00 | -600.00 | | 3,459.00 | -184.00 | -206.00 | |
| 02/17/11 | AVR | | | 09-NAVIGATOR | 1719 | 7,600.00 | | 495.68 | 151.40 | 1,200.00 | 1,500.00 | | 5,999.00 | 206.00 | 206.00 | |
| 02/17/11 | WIC | | | 05-VENTURE | 1515 | 2,499.00 | | 239.02 | 629.00 | 3,320.00 | 1,194.00 | | 2,499.00 | 176.00 | | 176.00 |
| | | | | | | | | | | | | | | 6,334.00 | 1,104.00 | 1,161.00 | 1,515.00 | 754.50 | 1,044.50 |

## CHARGE BACKS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | STEVE | CHRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

## HOURLY AND SALARY

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | HOURS | SALARY |
|---|---|---|---|---|---|---|---|
| CCMOM | | | | | 1 267 00 | 50 50 | 500.00 |
| | | | | | 1 200 00 | | 1,100.00 |
| | | | | | | | 600.00 |
| | | | | | 900 00 | | 1,000.00 |

| | SHOP | | HOURS | SALARY |
|---|---|---|---|---|
| | | | | 1 267 00 |
| | | | 49.00 | 1 200 00 |
| | | 50 00 | 46.50 | |
| | | | 46.40 | |

Page 1 of 1

## DRAWS

| | STEVE | CHRS |
|---|---|---|
| | (787.50) | (300.00) |

### BONUS

### PURCHASE COMMISSIONS

### TOTALS

| | STEVE | CHRS |
|---|---|---|
| | 787.50 | 754.50 | 501.00 |
| | 1,104.00 | 1,101.00 | 501.00 | 714.50 |
| HOURS | 49.50 | 43.25 | 42.75 | 45.50 | 44.75 | 49.75 |

EXHIBIT J-1

COUNTRY CLUB MOTORS OF MELBOURNE / TAX ACCOUNT

Employee                                                                                    SSN                Status (Fed/State)                        3503
Christopher T. Gilson, 1510 Studley Dr. N.W., Palm Bay, FL 32907 ***-**-3656                Single                                    Allowances/Extra
                                                                      Pay Period: 02/11/2011 - 02/17/2011   Fed-3/0
                                                                                                                          Pay Date: 02/18/2011

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission | 754.50 | 1.00 | 754.50 | 2,341.51 |
| Draw, Against Commissi | | | 0.00 | 651.00 |
| | | | 754.50 | 2,992.51 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -67.00 | -199.60 |
| Social Security Employee | -31.69 | -125.69 |
| Medicare Employee | -10.94 | -43.39 |
| | -109.63 | -359.08 |

| Net Pay | 644.87 | 2,633.43 |
|---|---|---|

Indaglo, Inc., 235 S. Wickham Rd., W. Melbourne, FL 32904-1133 321-727-2075, Country Club Motors of Melbourne

REORDER 811 - U.S. PATENT NO. 5534790, 5273554 ,3441182, 3782333, 5846344, 6025000



EXHIBIT
J-2

| | FRIDAY 2/11/11 10-7 | SATURDAY 2/12/11 10-7 | SUNDAY 2/13/11 12-5 | MONDAY 2/14/11 10-7 | TUESDAY 2/15/11 10-7 | WEDNESDAY 2/16/11 10-7 | THURSDAY 2/17/11 10-7 | |
|---|---|---|---|---|---|---|---|---|
| | 9:00 - 7:00 | 9:00 - 5:00 | OFF | OFF | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 45.50 ✓ |
| | 9:00 - 7:00 | 9:00 - 7:00 | 12:00 - 5:15 | 9:00 - 7:00 | 9:00 - 7:00 | OFF | OFF | 43.25 ✓ |
| | OFF | 9:00 - 7:00 | 12:00 - 4:45 | 9:00 - 7:00 | 9:00 - 7:00 | OFF | 9:00 - 7:00 | 42.75 ✓ |
| CHRIS | 9:00 - 7:00 | 9:00 - 5:00 | OFF | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | OFF | 45.50 ✓ |
| | OFF | 9:00 - 7:00 | 12:00 - 5:00 | 9:00 - 7:15 | 9:00 - 7:00 | OFF | 9:00 - 8:30 | 44.75 ✓ |
| | OFF | 9:00 - 9:00 | 12:00 - 5:45 | OFF | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 45.75 ✓ |



EXHIBIT

1-3

## Payroll 2011
### for the Pay Date 02-25-11

### SELLING COMMISSIONS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | STEVE | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/18/11 | WIC | | | 01 F-150 | 1730A | 11,995.00 | 1,500.00 | 659.58 | 88.10 | 1,000.00 | 1,500.00 | 1,500.00 | 8,999.00 | 304.00 | | 384.00 |
| 02/18/11 | WIC | | | 02 TAURUS | 350 | 7,995.00 | | 509.58 | 390.90 | 1,300.00 | 1,045.00 | | 3,495.00 | 277.00 | 277.00 | |
| 02/18/11 | WIC | | | 03 DANALI | 1673A | 3,976.00 | | 288.48 | 419.40 | 1,162.56 | | | 3,995.00 | 191.00 | 191.00 | |
| 02/18/11 | WIC | | | 03 DANALI | 1747 | 9,985.00 | | 679.58 | 404.40 | 3,044.00 | | | 6,999.00 | | | |
| 02/18/11 | WIC | | | 99 CELICA | 1760NW | 2,720.77 | | 183.13 | 88.10 | 3,500.00 | | | 3,099.00 | 21.00 | | 21.00 |
| 02/19/11 | WIC | | | 00 CARAVAN | 1812 | 12,595.00 | | 785.58 | 88.10 | 600.00 | 2,985.00 | | 8,995.00 | 414.00 | 414.00 | |
| 02/19/11 | WIC | | | 02 BONNEVILLE | 1517 | 8,995.00 | | 569.58 | 88.10 | 1,900.00 | 670.00 | | 5,995.00 | 431.00 | 431.00 | |
| 02/19/11 | WIC | | | 04 AMANTI | 1804 | 3,200.00 | | 631.80 | 177.40 | 1,700.00 | 800.00 | | 6,495.00 | 337.00 | 337.00 | |
| 02/19/11 | WIC | | | 03 DAMAINE | 1818 | 9,645.00 | | 608.58 | 88.10 | 1,000.00 | 1,663.00 | | 7,499.00 | 273.00 | | 273.00 |
| 02/19/11 | WIC | | | 02 SEBRING | 1829 | 6,945.00 | | 446.58 | 123.40 | 1,500.00 | 559.00 | | 4,955.00 | 285.00 | | 285.00 |
| 02/20/11 | WIC | | | 03 SEBRING | 1662 | 9,999.00 | | 682.31 | 379.90 | 1,200.00 | 1,100.00 | | 7,499.00 | 260.00 | 260.00 | |
| 02/21/11 | WIC | | | 00 CELICA | 1681 | 8,895.00 | | 563.53 | 404.40 | 2,000.00 | 985.00 | | 6,299.00 | 378.00 | 378.00 | |
| 02/23/11 | WIC | | | 00 Durango | 1840 | 11,245.00 | | 704.58 | 390.90 | 3,610.00 | | | 7,995.00 | 501.00 | 265.50 | |
| 02/23/11 | WIC | | | 00 Galant | 1782 | 6,150.00 | | 398.88 | 390.90 | 1,300.00 | 500.00 | | 4,599.00 | 229.00 | 229.00 | |
| 02/24/11 | WIC | | | 04 SPECTRA | 1702 | 6,590.00 | | 449.28 | 390.90 | 1,500.00 | | | 4,999.00 | 224.00 | 224.00 | |
| 02/24/11 | WIC | | | 95 EXPLORER | 1839 | 7,285.00 | 500.00 | | | 1,300.00 | | 300.00 | 5,195.00 | 293.00 | | 293.00 |
| 02/24/11 | WIC | | | 00 CIRRUS | 1843 | 6,945.00 | | 446.58 | 165.90 | 2,050.00 | | | 4,995.00 | 306.00 | | |
| | | | | | | | | | | | | | | 4,834.00 | 1,231.50 1,407.50 | 950.00 |

### CHARGE BACKS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | STEVE | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | 939.00 | 306.00 |

### HOURLY AND SALARY

| | DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | HOURS | SALARY |
|---|---|---|---|---|---|---|---|---|
| CCMOM | | | | | | | | 500.00 |
| | | | | | | | | 50.00 |
| | | | | | | | | 1,100.00 |
| | | | | | | 1,056.00 | 46.00 | 600.00 |
| | | | | | | 700.00 | | 1,000.00 |

| SHOP | HOURS | SALARY |
|---|---|---|
| | 49.00 | |
| | 51.40 | |
| | 53.20 | |
| | 41.10 | |

| DRAWS | |
|---|---|
| (269.00) | |

| BONUS | |
|---|---|
| | 25.00 |

| PURCHASE COMMISSIONS | |
|---|---|
| (200.00) | |

| TOTALS | STEVE | CHRIS |
|---|---|---|
| | 670.00 | 306.00 |
| | 48.75 | 40.25 |
| HOURS | 1,231.50 1,407.50 | 950.00 |
| | 49.25 | 48.75 40.25 |

COUNTRY CLUB MOTORS OF MELBOURNE / TAX ACCOUNT

3546

Employee
Christopher T. Gilson, 1510 Studley Dr. N.W., Palm Bay, FL 32907

SSN
***-**-3656

Status (Fed/State)
Single

Allowances/Extra
Fed-3/0

Pay Period 02/18/2011 - 02/24/2011

Pay Date 02/25/2011

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission | 306.00 | 100.00 | 306.00 | 2,647.51 |
| Draw Against Commissi | | | 0.00 | 651.00 |
| | | | 306.00 | 3,298.51 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -5.00 | -195.00 |
| Social Security Employee | -12.85 | -138.54 |
| Medicare Employee | -4.44 | -47.83 |
| | -22.29 | -381.37 |

| Net Pay | 283.71 | 2,917.14 |
|---|---|---|

Indaglo, Inc., 235 S. Wickham Rd., W. Melbourne, FL 32904-1133 321-727-2075, Country Club Motors of Melbourne,

REDMISER 911 · U.S. PATENT NO 5534796, 5373506, 5461180, 5734332, 5484504, 6300000

EXHIBIT
K-2
Building On Site

| | FRIDAY 2/18/11 10-7 | SATURDAY 2/19/11 10-7 | SUNDAY 2/20/11 12-5 | MONDAY 2/21/11 10-7 | TUESDAY 2/22/11 10-7 | WEDNESDAY 2/23/11 10-7 | THURSDAY 2/24/11 10-7 | |
|---|---|---|---|---|---|---|---|---|
| | 9:00 - 7:45 | 9:00 - 7:00 | OFF | 9:00 - 7:00 | OFF | 9:00 - 7:00 | 9:00 - 7:00 | 48.25 |
| | 9:00 - 7:00 | 9:00 - 7:00 | 12:00 - 5:00 | OFF | 10:45 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 50.75 |
| | OFF | 9:00 - 8:15 | OFF | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 48.75 |
| | 9:00 - 7:00 | 9:00 - 7:00 | 12:00 - 2:15 | 9:00 - 7:00 | 9:00 - 7:00 | NO CALL NO SHOW | OFF | 40.25 |
| | 9:00 - 9:00 | 9:00 - 10:00 | 12:00 - 5:00 | OFF | 9:00 - 7:00 | OFF | 9:00 - 8:15 | 49.25 |
| CHRIS | NO CALL NO SHOW | | | | | | | |



EXHIBIT K-3

**Payroll 2011**
for the Pay Date 03-04-11

## SELLING COMMISSIONS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG / TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | STEVE | CHRIS | ■ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/11 | WJC | | | 99 SHO | 1800 | 6,827.00 | | 427.50 | 165.90 | 1,700.00 | -430.00 | | 4,995.00 | 265.00 | 265.00 | | |
| 02/28/11 | WJC | | | 02 SATURN | 1653 | 7,845.00 | | 509.58 | 88.10 | 1,500.00 | -400.00 | | 5,499.00 | 270.00 | 270.00 | | |
| 02/26/11 | WJC | | | 98 P/I CRUISER | 891 | 9,985.00 | | 669.58 | 88.10 | 2,000.00 | 1,000.00 | | 8,595.00 | 398.00 | | 398.00 | |
| 02/28/11 | WJC | | | 05 G PRIX | 1844 | 9,605.00 | | 671.58 | 145.90 | 1,820.00 | 1,700.00 | | 6,485.00 | 403.00 | 403.00 | | |
| 02/28/11 | WJC | | | 06 G PRIX | 1751 | 9,095.00 | | 625.58 | 106.90 | 1,500.00 | 1,180.00 | | 6,499.00 | 349.00 | 349.00 | | |
| 03/01/11 | WJC | | | 04 RX 8 | 1623 | 11,895.00 | | 805.55 | 390.90 | 4,000.00 | | | 8,495.00 | 566.00 | | | |
| 03/01/11 | WJC | | | 02 G MARQUIS | 1701 | 11,245.00 | | 435.78 | 88.10 | 1,500.00 | 400.00 | 400.00 | 7,999.00 | -437.00 | -437.00 | 284.00 | |
| 03/02/11 | WJC | | | 04 TAURUS | 1758 | 6,765.00 | 1,155.00 | 435.78 | 88.10 | 1,500.00 | 400.00 | | 4,999.00 | 252.00 | | 252.00 | |
| 03/02/11 | WJC | | | 01 SEBRING | 1026 | 5,927.57 | | 385.53 | 388.90 | 7,200.00 | | | 5,195.00 | 543.00 | | | 543.00 |
| 03/02/11 | WJC | | | 06 AVEO | 1666A | 6,295.00 | | 407.58 | 404.40 | 1,400.00 | 800.00 | 300.00 | 4,999.00 | 250.00 | 250.00 | | |
| 03/02/11 | WJC | | | 06 AVEO | 1828 | 7,995.00 | 300.00 | 491.58 | 85.60 | 1,400.00 | | | 7,495.00 | 575.00 | 575.00 | | |
| | | | | | | | | | | | | | | 4,310.00 | 1,069.00 | 1,004.00 | 543.00 |

## CHARGE BACKS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG / TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | STEVE | CHRIS | ■ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 1,258.00 | 398.00 | 543.00 | |

## HOURLY AND SALARY

| DATE | HOURS | SALARY |
|---|---|---|
| | | 500.00 |
| | | 1,100.00 |
| | 52.25 | |
| | | 600.00 |
| | | 1,007.69 |
| | | 1,000.00 |

| | HOURS | SALARY |
|---|---|---|
| SHOP | 62.00 | |
| | 46.20 | |
| | 55.10 | |
| | 16.80 | |
| | 53.00 | |
| | 10.00 | |

MIN SALES PRICE 35.00

### DRAWS
| STEVE | CHRIS |
|---|---|
| (100.00) | (150.00) |

### BONUS

### PURCHASE COMMISSIONS

### TOTALS
| | STEVE | CHRIS |
|---|---|---|
| | 1,196.00 | 854.00 |
| HOURS | 99.50 | 64.75 |
| | 398.00 | 543.00 |
| | 48.50 | 52.00 |

EXHIBIT

Page 1 of 1

| | FRIDAY 2/25/11 10-7 | SATURDAY 2/26/11 10-7 | SUNDAY 2/27/11 12-5 | MONDAY 2/28/11 10-7 | TUESDAY 3/1/11 10-7 | WEDNESDAY 3/2/11 10-7 | THURSDAY 3/3/11 10-7 | |
|---|---|---|---|---|---|---|---|---|
| | 9:00 - 7:00 | 9:00 - 7:00 | 12:00 - 5:00 | 9:00 - 7:00 | 9:00 - 3:30 | 9:00 - 7:00 | 9:00 - 7:00 | 58.50 ✓ |
| | 9:00 - 7:00 | 9:00 - 7:00 | 12:00 - 5:00 | 9:00 - 4:45 | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 59.75 ✓ |
| | OFF | 9:00 - 7:00 | 12:00 - 5:00 | 9:00 - 9:15 | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 54.75 ✓ |
| **CHRIS** | NO CALL NO SHOW | NO CALL NO SHOW | NO CALL NO SHOW | NO CALL NO SHOW | NO CALL NO SHOW | NO CALL NO SHOW | OFF | - |
| | 9:00 - 7:00 | 9:00 - 7:00 | OFF | 9:00 - 8:00 | 9:00 - 7:00 | OFF | 9:00 - 7:00 | 48.50 ✓ |
| | 2:30-7:00 | 9:00 - 7:00 | OFF | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 52.00 ✓ |



EXHIBIT 2-7

## Payroll 2011
### for the Pay Date 03-11-11

### SELLING COMMISSIONS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | | STEVE | CHRIS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/04/11 | WIC | ███ | 02 CIVIC | 1887 | 6,500.00 | | 419.88 | 165.90 | 4,000.00 | 700.00 | | 6,495.00 | 327.00 | 327.00 | | | 298.00 |
| 03/25/11 | WIC | ███ | 04 MAZDA 6 | 1495 | 10,500.00 | | 609.88 | | 2,500.00 | | | 8,995.00 | 298.00 | 298.00 | | | |
| 03/05/11 | WIC | ███ | 01 CAVALIER | 1850 | 9,945.00 | | 446.56 | 140.40 | 1,000.00 | 600.00 | | 4,995.00 | 183.00 | 183.00 | | | |
| 03/08/11 | WIC | ███ | 01 SABLE | 1860 | 8,995.00 | | 569.59 | 390.90 | 3,000.00 | | | 6,499.00 | 351.00 | 351.00 | | | |
| 03/08/11 | WIC | ███ | 04 MATRIX | 1694 | 10,499.00 | | 659.82 | 390.90 | 2,700.00 | | | 7,490.00 | 351.00 | 175.50 | 175.50 | | |
| 03/08/11 | WIC | ███ | 04 AVEO | 1835 | 8,145.00 | | 458.50 | | 2,300.00 | | | 5,195.00 | 294.00 | 284.00 | 284.00 | | |
| 03/08/11 | WIC | ███ | 00 MUSTANG | 1648 | 6,995.00 | | 359.58 | 137.90 | 400.00 | | | 5,199.00 | 267.00 | 267.00 | | 267.00 | |
| 03/08/11 | WIC | ███ | 04 MURANO | 1665 | 15,600.00 | 1,500.00 | 965.86 | 300.00 | 3,500.00 | 1,078.00 | 1,500.00 | 13,995.00 | 209.00 | 209.00 | | | |
| 03/09/11 | WIC | ███ | 03 AVALANCHE | 1687 | 14,995.00 | 300.00 | 911.58 | 150.88 | 2,000.00 | 1,000.00 | 300.00 | 10,995.00 | 391.00 | 391.00 | 104.50 | | 104.50 |
| 03/09/11 | WIC | ███ | 06 TOWN CAR | 1557A | 9,870.00 | | 622.08 | 402.40 | 11,392.48 | | | 20,000.00 | | | | | |
| 03/10/11 | AUR | ███ | 08 TUNDRA | 1887 | 25,585.00 | | 1,541.10 | | 27,226.10 | | | 23,685.00 | | | | | |
| 03/10/11 | WIC | ███ | 08 NEON | 1849 | 6,595.00 | | 456.59 | 498.00 | 1,000.00 | 500.00 | | 4,795.00 | 89.00 | 89.00 | 89.00 | | |
| 03/10/11 | WIC | ███ | 05 MAGNUM | 1857 | 15,500.00 | | 969.88 | 165.92 | 2,000.00 | 1,000.00 | | 12,999.00 | 191.00 | 191.00 | | | |
| | | | | | | | | | | | | | | 2,600.00 | 1,187.50 | 193.50 | 287.00 | 402.50 |

### CHARGE BACKS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | | STEVE | CHRIS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |

### HOURLY AND SALARY

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | HOURS | SALARY |
|---|---|---|---|---|---|---|---|
| CCMOM | | ███ | | | 803.00 | | 500.00 |
| | | ███ | | | 800.00 | | 1,100.00 |
| | | ███ | | | | 45.25 | 600.00 |
| | | ███ | | | | | 1,007.69 |
| | | ███ | | | | | 1,000.00 |

| SHOP | HOURS | SALARY |
|---|---|---|
| | 59.60 | |
| | 48.90 | |
| | 47.40 | |
| | 60.10 | |

**DRAWS**

(100.00)

**BONUS**

**PURCHASE COMMISSIONS**

### TOTALS

| | STEVE | CHRIS | | |
|---|---|---|---|---|
| | 193.50 | 287.00 | | |
| 1,087.50 | 366.50 | 193.50 | 287.00 | 402.50 |
| HOURS 54.25 | 49.75 | 25.75 | 36.00 | 49.00 |

EXHIBIT

COUNTRY CLUB MOTORS OF MELBOURNE / TAX ACCOUNT

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Christopher T. Gilson, 1510 Studley Dr., N.W., Palm Bay, FL 32907 | | | | ****-3656 | Single | Fed-3/0 |
| | | | | Pay Period: 03/04/2011 - 03/10/2011 | | Pay Date: 03/11/2011 |

| Earnings and Hours | Qty | Rate | Current YTD Amount | |
|---|---|---|---|---|
| Commission | 1.00 | 267.00 | 267.00 | 2,914.50 |
| Draw Against Commissi | | | 0.00 | 651.00 |
| | | | 267.00 | 3,565.50 |

| Taxes | Current YTD Amount | |
|---|---|---|
| Federal Withholding | -1.00 | -196.00 |
| Social Security Employee | -11.21 | -149.75 |
| Medicare Employee | -3.87 | -51.70 |
| | -16.08 | -397.45 |

| Net Pay | 250.92 | 3,168.05 |
|---|---|---|

Indaglo, Inc., 235 S. Wickham Rd., W., Melbourne, FL 32904-1133 321-727-2075, Country Club Motors of Melbourne

3690

REORDER 811 - U.S. PATENT NO. 5248309, 5273304, 5641185, 5764553, 5785284, 6500000



EXHIBIT
M-2

Bullding No. 6116

| | FRIDAY 3/4/11 10-7 | SATURDAY 3/5/11 10-7 | SUNDAY 3/6/11 12-5 | MONDAY 3/7/11 10-7 | TUESDAY 3/8/11 10-7 | WEDNESDAY 3/9/11 10-7 | THURSDAY 3/10/11 10-7 | |
|---|---|---|---|---|---|---|---|---|
| | 9:00 - 7:00 | OFF | 12:00 - 5:00 | 9:00 - 7:00 | 9:00 - 8:45 | 9:00 - 7:00 | 9:00 - 7:00 | 54.25 |
| | 9:00 - 7:00 | 9:00 - 7:00 | OFF | OFF | 9:00 - 8:00 | 9:00 - 7:00 | 9:00 - 8:15 | 49.75 |
| | OFF | NO CALL NO SHOW | NO CALL NO SHOW | NO CALL NO SHOW | 11:45 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 25.75 |
| CHRIS | NO CALL NO SHOW | NO CALL NO SHOW | NO CALL NO SHOW | 11:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 36.00 |
| | NO CALL NO SHOW | NO CALL NO SHOW | 12:00 - 5:00 | NO CALL NO SHOW | NO CALL NO SHOW | OFF | NO CALL NO SHOW | - |
| | 9:00 - 7:00 | 9:00 - 7:00 | 12:00 - 5:00 | 9:00 - 7:00 | 9:00 - 3:30 | OFF | 9:00 - 7:00 | 49.00 |
| | 9:00 - 7:00 | 9:00 - 8:00 | 12:00 - 5:00 | 9:00 - 7:00 | 9:00 - 8:00 | 9:00 - 7:00 | OFF | 54.50 |

EXHIBIT



Payroll 2011
for the Pay Date 03-18-11

## SELLING COMMISSIONS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | STEVE | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/11 | WIC | | | CHEVROLET VENTU | 1501 | 5,489.00 | | 389.38 | 88.10 | 600.00 | 500.00 | | 3,999.00 | 172.00 | | 172.00 |
| 03/11/11 | WIC | | | CHEVROLET CORN | 1753 | 20,000.00 | | 1,229.98 | 390.90 | 2,200.00 | 3,000.00 | | 13,995.00 | 748.00 | 374.00 | 374.00 |
| 03/11/11 | WIC | | | DODGE NEON SE 4 | 1874 | 3,777.66 | | 375.54 | 120.90 | 6,798.10 | | | 5,499.00 | 387.00 | 387.00 | |
| 03/12/11 | WIC | | | CHRYSLER PACIFI | 1741 | 7,984.28 | | 479.08 | 88.10 | 1,000.00 | | | 8,999.00 | | | |
| 03/12/11 | WIC | | | JEEP GRAND CHER | 1667 | 10,995.00 | | 698.38 | | 2,700.00 | 2,100.00 | 350.00 | 7,995.00 | 476.00 | 476.00 | |
| 03/12/11 | WIC | | | GMC SIERRA 2500 | 1550 | 11,645.00 | 500.00 | 698.58 | 150.00 | 3,400.00 | | | 8,499.00 | 537.00 | 537.00 | 337.00 |
| 03/20/11 | WIC | | | FORD FOCUS SE 4 | 1847 | 8,245.00 | | 524.58 | 390.90 | 500.00 | 2,000.00 | | 5,899.00 | 400.00 | | |
| 03/20/11 | WIC | | | CHEVROLET IMPA | 1882 | 8,905.00 | | 519.58 | 88.10 | 500.00 | 1,925.00 | | 5,899.00 | -102.00 | | 402.00 |
| 03/20/11 | WIC | | | 01 ECLIPSE | 1598 | 8,245.00 | | 524.58 | 390.90 | 500.00 | 750.00 | | 5,995.00 | 244.00 | 244.00 | |
| 03/24/11 | WIC | | | 03 DURANGO | 1666 | 9,545.00 | | 602.58 | 404.40 | 2,000.00 | | | 6,909.00 | 369.00 | 369.00 | |
| 03/24/11 | WIC | | | 09 MUSTANG | 1636 | 12,645.00 | | 788.58 | 390.90 | 3,000.00 | 500.00 | | 9,199.00 | 521.00 | 521.00 | |
| 03/24/11 | WIC | | | 02 VALENCIA | 1797A | 2,727.35 | | 274.65 | | 4,500.00 | | | 3,999.00 | 88.00 | 44.00 | 44.00 |
| 03/15/11 | WIC | | | 04 BEETLE | 1642 | 12,295.00 | | 728.58 | 88.10 | 260.00 | 1,900.00 | 690.00 | 8,995.00 | 328.00 | 328.00 | |
| 03/15/11 | WIC | | | 02 DEVILLE | 1778 | 10,345.00 | | 704.80 | 151.40 | 1,300.00 | 2,300.00 | | 7,495.00 | 467.00 | 233.50 | 233.50 |
| 03/15/11 | WIC | | | 01 PT CRUISER | 1851 | 8,235.00 | | 580.58 | 88.10 | 1,000.00 | 1,102.86 | | 5,995.00 | 307.00 | 307.00 | |
| 03/15/11 | WIC | | | 01 GRANITE | 1855 | 3,695.00 | | 559.58 | 404.40 | 1,500.00 | 1,000.00 | | 6,995.00 | 197.00 | | 197.00 |
| 03/16/11 | WIC | | | 03 MERCEDES C | 1600 | 10,145.00 | | 628.58 | -123.40 | -2,000.00 | 875.00 | | 8,495.00 | -320.00 | | 920.00 |
| 03/16/11 | WIC | | | 01 MUSTANG GT | 1665 | 10,995.00 | | 689.58 | 390.90 | 1,300.00 | 1,400.00 | | 7,999.00 | 373.00 | | 373.00 |
| 03/17/11 | WIC | | | 9 GRAND MARQU | 1698 | 9,545.00 | 500.00 | 572.58 | 88.10 | 1,300.00 | 1,000.00 | 200.00 | 6,999.00 | 374.00 | 188.00 | 188.00 |
| | | | | | | | | | | | | | 6,517.00 | 2,027.50 | 1,470.00 | 1,174.50 | 518.00 | 657.00 |

(Totals row) SALES COMMISSION 6,517.00 · 2,027.50 · 1,470.00 · 1,174.50 · STEVE 518.00 · CHRIS 657.00

## CHARGE BACKS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | STEVE | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## HOURLY AND SALARY

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | SALARY | HOURS | SALARY |
|---|---|---|---|---|---|---|---|
| | | CCMOM | | | 1,100.00 | 46.50 | 600.00 |
| | | | | | 1,000.00 | | |
| | | | | | 1,007.69 | | |

| | SHOP | HOURS | SALARY |
|---|---|---|---|
| | | 56.30 | |
| | | 48.20 | |
| | | 45.25 | |
| | | 42.80 | |

### DRAWS
| | | |
|---|---|---|
| | (250.00) | (100.00) |
| | (200.00) | |

### BONUS

### PURCHASE COMMISSIONS

### TOTALS
| | STEVE | CHRIS | | |
|---|---|---|---|---|
| | 924.50 | 518.00 | 470.00 | 657.00 |
| | 1,270.00 | 2,027.50 | | |
| HOURS | 44.00 | 52.25 | 44.00 | |

EXHIBIT N-7

3756

COUNTRY CLUB MOTORS OF MELBOURNE / TAX ACCOUNT

Employee
Christopher T Gilson, 1510 Studley Dr. N.W., Palm Bay, FL 32907

SSN ****-**-3656
Pay Period 02/11/2011 - 02/17/2011

Status (Fed/State)
Single

Allowances/Extra
Fed-3/0
Pay Date 03/18/2011

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission | 1.00 | 618.00 | 618.00 | 3,532.50 |
| Draw Against Commissi | -1.00 | 100.00 | -100.00 | 551.00 |
| | | | 518.00 | 4,083.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -31.00 | -227.00 |
| Social Security Employee | -21.76 | -171.51 |
| Medicare Employee | -7.51 | -59.21 |
| | -60.27 | -457.72 |

| Net Pay | 457.73 | 3,625.78 |

Indaglo, Inc., 235 S. Wickham Rd., W. Melbourne, FL 32904-1133 321-727-2075, Country Club Motors of Melbourne


EXHIBIT
N-2

**CHRIS**

| | FRIDAY 3/11/11 10-7 | SATURDAY 3/12/11 10-7 | SUNDAY 3/13/11 12-5 | MONDAY 3/14/11 10-7 | TUESDAY 3/15/11 10-7 | WEDNESDAY 3/16/11 10-7 | THURSDAY 3/17/11 10-7 | |
|---|---|---|---|---|---|---|---|---|
| | 9:00 - 8:00 | 9:00 - 7:00 | 12:00 - 5:00 | 9:00 - 7:00 | OFF | OFF | 9:00 - 7:00 | 44.00 ✓ |
| | 9:00 - 7:00 | 9:00 - 7:00 | 12:00 - 4:45 | OFF | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 52.25 ✓ |
| | OFF | OFF | 12:00 - 5:00 | 9:00 - 8:45 | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 44.75 ✓ |
| | 9:00 - 7:00 | 9:00 - 7:00 | 12:00 - 5:00 | 9:00 - 7:00 | 9:00 - 8:30 | NO CALL NO SHOW | OFF | 44.50 ✓ |
| | NO CALL NO SHOW | 9:00 - 7:00 | OFF | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 8:15 | OFF | 44.25 ✓ |
| | 9:00 - 7:00 | 9:00 - 3:30 | OFF | OFF | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 44.00 ✓ |

EXHIBIT N-3



Payroll 2011
for the Pay Date 03-25-11

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG / TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | | STEVE | CHRIS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/18/11 | WIC | | | 04 SILV | 1607 | 4,905.00 | 1,200.00 | 251.58 | 96.10 | 4,656.15 | | 1,200.00 | 4,995.00 | 160.00 | | | 160.00 | |
| 03/19/11 | WIC | | | 02 SATURN | 1697 | 6,145.00 | | 309.58 | 079.90 | 1,500.00 | 400.00 | | 4,480.00 | 244.00 | 244.00 | | | |
| 03/19/11 | WIC | | | 99 VOL/03 SAT | 1595 | 6,514.11 | | 420.74 | | 800.00 | | | 6,595.00 | 151.00 | 79.90 | | | 75.50 |
| 03/19/11 | WIC | | | 01 SANTA FE | 1631 | 8,895.00 | | 563.58 | 89.10 | 1,200.00 | 660.00 | | 6,489.00 | 237.00 | | | 237.00 | 237.00 |
| 03/19/11 | AUR | | | 04 GRAND AM | 1854 | 8,945.00 | | 621.40 | 123.40 | 1,000.00 | 570.00 | | 4,999.00 | 217.00 | | 217.00 | | |
| 03/19/11 | WIC | | | 07 SENTRA | 1881 | 9,795.00 | | 617.58 | 163.90 | 3,963.00 | | | 6,599.00 | 509.00 | | | 509.00 | |
| 03/21/11 | WIC | | | 98 CONTOUR | 1754 | 5,495.00 | | 359.58 | 399.90 | 300.00 | 300.00 | | 3,099.00 | 113.00 | 113.00 | | | |
| 03/21/11 | WIC | | | 03 NEON | 1888 | 9,495.00 | | 602.58 | 80.10 | 860.00 | 1,000.00 | | 6,990.00 | 214.00 | 214.00 | | | |
| 03/21/11 | WIC | | | 92 RAM | 1909 | 9,500.00 | | 599.88 | 80.10 | 2,000.00 | 800.00 | | 7,998.00 | 252.00 | 252.00 | 252.00 | | |
| 03/22/11 | WIC | | | 02 BLAZER | 1835 | 6,900.00 | | 498.96 | 89.10 | 500.00 | 1,300.00 | | 4,999.00 | 172.00 | 172.00 | | 250.00 | |
| 03/22/11 | WIC | | | 01 DEVILLE | 1896 | 9,545.50 | 1,500.00 | 513.98 | 89.10 | 680.00 | 600.00 | 1,000.00 | 6,995.00 | 259.00 | | | 250.00 | |
| 03/22/11 | WIC | | | 03 SEBRING | 1863 | 8,545.00 | 1,500.00 | 512.58 | 89.10 | 300.00 | 300.00 | 1,200.00 | 6,995.00 | 172.00 | 172.00 | | | |
| 03/24/11 | WIC | | | 96 F-150 | 1601 | 22,500.00 | | 199.71 | | 9,000.00 | | | 18,495.00 | 624.00 | 624.00 | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | 1,379.88 | | | | | | | 3,515.00 | 705.50 | 1,100.00 | 469.00 | 919.00 | 212.50 |

| | | | | | | | | | | | | | HOURS | SALARY | SALES COMMISSION | | STEVE | CHRIS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | 489.00 | 1,100.00 | 469.00 | 919.00 | 212.50 |

**CHARGE BACKS**

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG / TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**SHOP**

| | HOURS | SALARY |
|---|---|---|
| | 57.99 | |
| | 50.50 | |
| | 49.10 | |
| | 44.00 | |

**HOURLY AND SALARY**

| | HOURS | SALARY |
|---|---|---|
| CCMOM | | 500.00 |
| | | 1,100.00 |
| | 48.00 | 800.00 |
| | | 1,000.00 |
| | | 1,007.69 |

**DRAWS**   (45.00)

**BONUS**   (50.00)

**PURCHASE COMMISSIONS**

**TOTALS**

| | HOURS | STEVE | CHRIS | |
|---|---|---|---|---|
| | 59.25 | 58.75 | 5+50 | |
| | 655.50 | 1,109.00 | 424.00 | 919.00 | 312.50 |

EXHIBIT D-1

COUNTRY CLUB MOTORS OF MELBOURNE / TAX ACCOUNT

| Employee | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Christopher T. Gilson, 1510 Studley Dr. N.W., Palm Bay, FL 32907 | | | | ***-**-3656 | Single | | 3795 |
| | | | | | Pay Period: 03/18/2011 - 03/24/2011 | | Fed-3/0 |
| | | | | | | | Pay Date: 03/25/2011 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission | 1.00 | 919.00 | 919.00 | 4,451.50 |
| Draw Against Commissi | | | 0.00 | 551.00 |
| | | | 919.00 | 5,002.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -92.00 | -319.00 |
| Social Security Employee | | | -38.60 | -210.11 |
| Medicare Employee | | | -13.33 | -72.54 |
| | | | -143.93 | -601.65 |

| Net Pay | 775.07 | 4,400.85 |
|---|---|---|

Indaglo, Inc., 235 S. Wickham Rd., W. Melbourne, FL 32904-1133 321-727-2075, Country Club Motors of Melbourne

REORDER #15 - U.S. PATENT NO 5582305 5577303 5441193 5795533 5946364 6020000

EXHIBIT
O-2
(Illinois) No. 9116

| | FRIDAY 3/18/11 10-7 | SATURDAY 3/19/11 10-7 | SUNDAY 3/20/11 12-5 | MONDAY 3/21/11 10-7 | TUESDAY 3/22/11 10-7 | WEDNESDAY 3/23/11 10-7 | THURSDAY 3/24/11 10-7 | |
|---|---|---|---|---|---|---|---|---|
| | 9:00 - 7:00 | 9:00 - 9:15 | OFF | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 59.25 |
| | 9:00 - 7:00 | 9:00 - 7:45 | OFF | 9:00 - 8:00 | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 58.75 |
| | OFF | 9:00 - 9:15 | 12:00 - 5:00 | 9:00 - 8:00 | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 55.75 |
| | 9:00 - 7:00 | 9:00 - 9:00 | 12:00 - 5:00 | 9:00 - 7:00 | OFF | 9:00 - 7:00 | OFF | 54.50 |
| CHRIS | 9:00 - 7:00 | 9:00 - 7:30 | 12:00 - 5:00 | 9:00 - 7:00 | OFF | OFF | 9:00 - 7:00 | 42.50 |
| | OFF | NO CALL NO SHOW | OFF | NO CALL NO SHOW | NO CALL NO SHOW | NO CALL NO SHOW | NO CALL NO SHOW | - |

EXHIBIT
O-3




## Payroll 2011
### for the Pay Date 04-01-11

### SELLING COMMISSIONS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | | | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/25/11 | WIC | | | 01 MAZDA | 1892 | 8,495.00 | | 529.98 | 137.90 | 1,500.00 | 550.00 | | 5,995.00 | 309.00 | | 309.00 | |
| 03/25/11 | WIC | | | 01 EXPLORER | 1527 | 6,795.00 | | 437.98 | 88.10 | 500.00 | 1,252.00 | | 4,295.00 | 217.00 | 217.00 | | |
| 03/25/11 | WIC | | | 01 YARIS | 1862 | 9,879.36 | | 522.64 | | 11,000.00 | | | 9,990.00 | 443.00 | 443.00 | | |
| 03/25/11 | WIC | | | 04 ACCENT | 1863 | 8,895.00 | | 563.58 | 88.10 | 1,600.00 | 200.00 | | 6,499.00 | 281.00 | | 281.00 | 261.00 |
| 03/26/11 | WIC | | | 01 ESCORT | 1646A | 6,295.00 | | 407.50 | 379.90 | 1,000.00 | | | 4,495.00 | 258.00 | 258.00 | | 258.00 |
| 03/26/11 | WIC | | | 02 EXPLORER | 1875 | 11,995.00 | | 749.58 | 88.10 | 2,300.00 | 300.00 | | 8,699.00 | 400.00 | | 400.00 | |
| 03/28/11 | WIC | | | 00 CONCORD | 1809 | 5,726.15 | | 373.45 | 402.40 | 7,000.00 | | | 5,595.00 | 181.00 | 181.00 | | |
| 03/28/11 | WIC | | | 00 TOWN & COUNTRY | 1889 | 8,495.00 | | 539.58 | 94.00 | 2,000.00 | 2,250.00 | | 6,495.00 | 218.00 | | 218.00 | |
| 03/28/11 | WIC | | | 03 TIBURON | 1896 | 10,345.00 | 9,059.63 | 107.00 | 137.90 | | | 3,800.00 | 7,495.00 | | | | |
| 03/29/11 | WIC | | | 05 AVEO | 1956 | 10,455.00 | | 659.58 | 126.90 | 1,500.00 | 1,360.00 | | 7,995.00 | 360.00 | | | 360.00 |
| 03/30/11 | WIC | | | 00 JAGUAR'S TYPE | 1830 | 9,545.00 | | 602.58 | 464.40 | 2,500.00 | 488.00 | | 6,999.00 | 411.00 | 411.00 | | 411.00 |
| 03/31/11 | WIC | | | 99 OLDS 88 | 16777NW | 4,845.00 | 300.00 | 302.58 | 88.10 | 100.00 | 600.00 | 300.00 | 3,499.00 | 109.00 | 109.00 | | 109.00 |
| 03/31/11 | WIC | | | 00 RODEO | 1853A | 6,145.00 | 500.00 | 388.59 | 88.10 | 1,000.00 | 1,100.00 | 500.00 | 4,499.00 | 143.00 | 143.00 | | |
| 03/31/11 | WIC | | | 00 CELICA | 1866A | 4,000.00 | | 269.68 | 377.90 | 5,145.78 | | | 3,999.00 | 50.00 | 50.00 | | |
| | | | | | | | | | | | | | | 3,380.00 | 1,034.00 | 970.00 | 218.00 520.00 618.00 |

### CHARGE BACKS

| DATE | LOT | SALESMAN | CUSTOMER NAME | CAR | Stock # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | | | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### HOURLY AND SALARY

| CUSTOMER NAME | CAR | SALARY | HOURS |
|---|---|---|---|
| CCMOM | | 500.00 | |
| | | 1,100.00 | |
| | | 600.00 | 46.00 |
| | | 1,007.69 | |
| | | 1,000.00 | |

| SHOP | HOURS | SALARY |
|---|---|---|
| | 52.00 | |
| | 40.00 | |
| | 44.00 | |
| | 35.12 | |

### DRAWS
### BONUS
### PURCHASE COMMISSIONS
### TOTALS

| | | | | CHRIS |
|---|---|---|---|---|
| 1,054.00 | 970.00 | 218.00 | 520.00 | 618.00 |
| 59.50 | 54.75 | 28.50 | 54.25 | 54.00 |

HOURS

EXHIBIT P-1

| | FRIDAY 3/25/11 10-7 | SATURDAY 3/26/11 10-7 | SUNDAY 3/27/11 12-5 | MONDAY 3/28/11 10-7 | TUESDAY 3/29/11 10-7 | WEDNESDAY 3/30/11 10-7 | THURSDAY 3/31/11 10-7 | |
|---|---|---|---|---|---|---|---|---|
| | 9:00 - 7:00 | 9:00 - 7:00 | 12:00 - 5:00 | 9:00 - 7:00 | 9:00 - 4:30 | 9:00 - 7:00 | 9:00 - 7:00 | 59.50 ✓ |
| | 9:00 - 7:00 | 9:00 - 7:00 | 12:00 - 5:00 | 9:00 - 3:45 | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 58.75 ✓ |
| CHRIS | 1:00 - 5:30 | 9:00 - 7:00 | 12:00 - 5:00 | 9:00 - 7:00 | NO CALL NO SHOW | NO CALL NO SHOW | NO CALL NO SHOW | 28.50 ✓ |
| | NO CALL NO SHOW | NO CALL NO SHOW | NO CALL NO SHOW | NO CALL NO SHOW | NO CALL NO SHOW | NO CALL NO SHOW | OFF | - |
| | 9:00 - 7:00 | OFF | 12:00 - 5:00 | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 8:45 | 9:00 - 7:00 | 54.25 ✓ |
| | 9:00 - 7:00 | 9:00 - 4:00 | OFF | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 9:00 - 7:00 | 54.00 ✓ |



EXHIBIT P-2

## Payroll 2011
### for the Pay Date 04-08-11

### SELLING COMMISSIONS

| DATE | SALES MAN | LOT | CUSTOMER NAME | CAR | STOCK # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | | | CHBS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/01/11 | W | | | 02 EXPLORER | 1592 | 5,995.00 | | 558.68 | 88.10 | 2,000.00 | 7,176.49 | | 5,485.00 | 396.00 | 198.00 | 198.00 | | |
| 04/02/11 | W | | | 93 G CARAVAN | 1736 | 7,980.00 | | 589.82 | 390.90 | 800.00 | 900.00 | | 4,345.00 | 162.00 | 162.00 | | | |
| 04/02/11 | W | | | 00 FOCUS | 1690 | 5,999.00 | | 389.82 | 390.90 | 1,000.00 | 500.00 | | 5,599.00 | 439.00 | 439.00 | | | |
| 04/02/11 | W | | | 02 TAURUS | 1879 | 8,895.00 | | 563.58 | 88.10 | 1,000.00 | 1,500.00 | | 4,499.00 | 180.00 | 90.00 | 90.00 | | |
| 04/03/11 | W | | | 04 TAURUS | 1636 | 6,145.00 | | 431.80 | 165.90 | 800.00 | 700.00 | | 6,685.00 | 329.00 | 329.00 | | | |
| 04/03/11 | W | | | 02 ECLIPSE | 1588 | 9,445.00 | | 595.55 | 165.90 | 2,000.00 | 200.00 | | 8,595.00 | 191.00 | 191.00 | | | |
| 04/04/11 | W | | | 01 LS | 1920 | 7,500.00 | | 479.68 | 135.90 | 8,316.78 | | | 6,755.00 | 165.00 | 165.00 | | | |
| 04/04/11 | W | | | 01 NEON | 1872 | 6,795.00 | | 437.58 | 208.50 | 200.00 | 1,503.00 | | 5,595.00 | 168.00 | | 154.00 | | |
| 04/05/11 | W | | | 02 SABLE | 1600 | 7,845.00 | | 500.58 | 137.90 | 600.00 | 1,000.00 | | 11,995.00 | 154.00 | | 120.50 | | |
| 04/07/11 | W | | | 03 F-250 | 1610A | 11,115.61 | | 698.82 | 169.57 | 12,900.00 | | | 6,595.00 | 241.00 | 120.50 | | | |
| 04/07/11 | W | | | 01 STRATUS | 1916 | 9,705.00 | | 631.58 | 88.10 | | 1,805.00 | | 9,499.00 | 219.00 | 219.00 | | | |
| 02/16/11 | W/C | | | 02 EXPEDITION | 1744 | 11,575.00 | | 781.58 | 416.40 | 2,000.00 | 500.00 | | 9,499.00 | 183.50 | 193.50 | | | |
| 03/16/11 | W/C | | | 02 TAURUS | 950 | 7,935.00 | | 569.58 | 390.90 | 1,350.00 | 1,443.20 | | 6,499.00 | 174.73 | 174.73 | | | |
| 03/08/11 | W/C | | | 01 SABLE | 1660 | 8,905.00 | | 569.58 | 380.90 | 3,000.00 | 1,245.00 | | 5,595.00 | 414.00 | 207.00 | | | |
| | | | | | | | | | | | | | | 3,246.68 | 1,271.50 | 1,393.68 | 274.50 | 219.00 |

### CHARGE BACKS

| DATE | SALES MAN | LOT | CUSTOMER NAME | CAR | STOCK # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | | | CHBS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/15/11 | W/C | | | 03 SONATA | 1740 | 7,645.00 | | 469.58 | 414.40 | 1,500.00 | 500.00 | | 5,999.00 | 219.00 | 386.00 | | |
| 02/15/11 | W/C | | | 02 EXPEDITION | 1744 | 11,695.00 | | 781.58 | 416.40 | 2,000.00 | 1,445.00 | | 8,499.00 | 395.00 | 277.00 | | |
| 03/08/11 | W/C | | | 02 TAURUS | 950 | 7,995.00 | | 509.58 | 390.90 | 1,200.00 | 1,045.00 | | 6,495.00 | 414.00 | 207.00 | 207.00 | |
| 03/08/11 | W/C | | | 01 SABLE | 1960 | 6,995.00 | | 569.58 | 390.90 | 3,000.00 | 600.00 | | 6,495.00 | 207.00 | 207.00 | | |
| 04/05/11 | W | | | 02 SABLE | 1680 | 7,845.00 | | 569.58 | 137.90 | 3,000.00 | 1,000.00 | | 5,595.00 | 154.00 | 154.00 | | |
| | | | | | | | | | | | | | | 1,459.00 | 207.00 | 879.00 | 154.00 |

### HOURLY AND SALARY

| CCMOM | HOURS | SALARY |
|---|---|---|
| | | 250.00 |
| | | 1,000.00 |
| | 40.00 | 600.00 |
| | | 1,007.69 |

| | | |
|---|---|---|
| 500.00 | | |
| 275.00 | | |

| SHOP | HOURS | SALARY |
|---|---|---|
| | 44.20 | |
| | 35.30 | |
| | 58.00 | |
| | 22.70 | |
| | 30.00 | |

### DRAWS

### BONUS

| | |
|---|---|
| 200.00 | 200.00 |

### PURCHASE COMMISSIONS

| | |
|---|---|
| 200.00 | 200.00 |

### TOTALS

| | CHBS | | |
|---|---|---|---|
| | 290.00 | 30.00 | 54.00 |
| 1,064.50 | 514.68 | 419.00 | |
| HOURS | 50.50 | 54.76 | 16.25 |
| | 30.00 | 1,007.69 | |

EXHIBIT C-1

COUNTRY CLUB MOTORS OF MELBOURNE / TAX ACCOUNT

3958

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Christopher T. Gilson, 1510 Studley Dr, N.W., Palm Bay, FL 32907 | | | | | ***-**-3656 | Single | Fed-3/0 |
| | | | | | | Pay Period: 04/01/2011 - 04/07/2011 | Pay Date: 04/08/2011 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission | 1.00 | 274.50 | 274.50 | 4,726.00 |
| Draw Against Commissi | | | 0.00 | 551.00 |
| | | | 274.50 | 5,277.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -2.00 | -321.00 |
| Social Security Employee | -11.52 | -221.63 |
| Medicare Employee | -3.98 | -76.52 |
| | -17.50 | -619.15 |

| Net Pay | 257.00 | 4,657.85 |
|---|---|---|

Indaglo, Inc., 235 S. Wickham Rd., W. Melbourne, FL 32904-1133 321-727-2075, Country Club Motors of Melbourne

REORDER 815 - U.S. PATENT NO. 5348906, 5375356, 5641163, 5783333, 5984339, 5905000

EXHIBIT Q-2

| | FRIDAY 4/1/11 10-6 | SATURDAY 4/2/11 10-6 | SUNDAY 4/3/11 CLOSED | MONDAY 4/4/11 10-6 | TUESDAY 4/5/11 10-6 | WEDNESDAY 4/6/11 10-6 | THURSDAY 4/7/11 10-6 | |
|---|---|---|---|---|---|---|---|---|
| | 9:00 - 8:30 | 9:00 - 6:00 | 12:00 - 5:00 | 9:00 - 7:00 | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 59.50 |
| | 9:00 - 6:00 | 9:00 - 6:00 | 12:00 - 5:00 | 9:00 - 4:45 | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 54.75 |
| | NO CALL NO SHOW | NO CALL NO SHOW | OFF | NO CALL NO SHOW | 9:00 - 6:00 | 9:00 - 5:15 | OFF | 16.25 |
| CHRIS | 9:00 - 6:00 | 9:00 - 6:00 | OFF | 9:00 - 6:00 | 9:00 - 4:00 | OFF | 9:00 - 3:30 | 38.00 |
| | 9:00 - 6:00 | 9:00 - 6:00 | 12:00 - 3:00 | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 54.00 |
| | OFF | OFF | OFF | OFF | OFF | OFF | OFF | |






EXHIBIT

Payroll 2011
for the Pay Date 04-15-11

## SELLING COMMISSIONS

| DATE | LOT | SALES MAN | CUSTOMER NAME | CAR | STOCK # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/ TITLE | CASH DOWN | FROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | | | | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/09/11 | W | ▓▓▓ | 05 SONATA | 1859 | 9,450.00 | | 599.98 | 390.00 | 6,000.00 | 600.00 | | 7,995.00 | 364.00 | | | 364.00 | | 364.00 |
| 04/11/11 | W | ▓▓▓ | 02 TAURUS | 1919 | 8,895.00 | | 588.59 | 88.10 | 1,000.00 | 600.00 | | 5,999.00 | | | | | | |
| 04/11/11 | W | ▓▓▓ | 02 DURANGO | 1626 | 11,395.00 | | 713.59 | 88.10 | 3,000.00 | 400.00 | | 8,495.00 | 473.00 | | 473.00 | | | 473.00 |
| 04/13/11 | W | ▓▓▓ | 01 CAVALIER | 1900 | 6,495.00 | | 419.58 | 123.40 | 800.00 | 400.00 | | 4,985.00 | 98.00 | | | | 98.00 | 98.00 |
| | | | | | | | | | | | | | | 935.00 | | 364.00 | 473.00 98.00 | |

## CHARGE BACKS

| DATE | LOT | SALES MAN | CUSTOMER NAME | CAR | STOCK # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/ TITLE | CASH DOWN | FROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | | | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## HOURLY AND SALARY

| | HOURS | SALARY |
|---|---|---|
| CCMDM | | 250.00 |
| ▓▓▓ | | 1,100.00 |
| ▓▓▓ | 48.75 | |
| ▓▓▓ | | 600.00 |
| ▓▓▓ | | 1,007.69 |
| | 500.00 | |
| | 100.00 | |

| SHOP | HOURS | SALARY |
|---|---|---|
| | 55.20 | |
| | 43.95 | |
| | 50.10 | |

| DRAWS | | | |
|---|---|---|---|
| 500.00 | | 300.00 | 200.00 300.00 |

| BONUS | | |
|---|---|---|

| PURCHASE COMMISSIONS | | CHRIS |
|---|---|---|

### TOTALS

| | | | CHRIS | |
|---|---|---|---|---|
| 500.00 | 364.00 | 473.00 | 301.00 | 298.00 300.00 |
| HOURS | 39.25 | 40.25 | 39.25 | 39.25 |

EXHIBIT Q-7

**4009**

COUNTRY CLUB MOTORS OF MELBOURNE / TAX ACCOUNT

Employee
Christopher T. Gilson, 1510 Studley Dr. N.W., Palm Bay, FL 32907

SSN ***-**-3656

Status (Fed/State)
Single

Allowances/Extra
Fed-3/0
Pay Date: 04/15/2011

Pay Period: 04/08/2011 - 04/14/2011

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission | 1.00 | 1.00 | 1.00 | 4,727.00 |
| Draw Against Commissi | 1.00 | 300.00 | 300.00 | 851.00 |
| | | | 301.00 | 5,578.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -5.00 | -326.00 |
| Social Security Employee | -12.65 | -234.28 |
| Medicare Employee | -4.36 | -80.88 |
| | -22.01 | -641.16 |

Net Pay          278.99      4,936.84

Indaglo, Inc., 235 S. Wickham Rd., W. Melbourne, FL 32904-1133 321-727-2075, Country Club Motors of Melbourne

REORDER 815 - U.S. PATENT NO. 5534290, 5575008, 5641185, 5765533, 5984434, 6020000

EXHIBIT
R-2-
Indaglo, Inc. #5119

| CHRIS | FRIDAY 4/8/11 10-6 | SATURDAY 4/9/11 10-6 | SUNDAY 4/10/11 CLOSED | MONDAY 4/11/11 10-6 | TUESDAY 4/12/11 10-6 | WEDNESDAY 4/13/11 10-6 | THURSDAY 4/14/11 10-6 | |
|---|---|---|---|---|---|---|---|---|
| | 9:00 - 6:00 | 9:00 - 6:00 | OFF | 9:00 - 4:00 | OFF | 10:15 - 6:00 | 9:00 - 6:00 | 39.25 ✓ |
| | 9:00 - 6:00 | 9:00 - 6:00 | OFF | OFF | 11:15 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 40.25 ✓ |
| | 10:15 - 6:00 | 9:00 - 6:00 | OFF | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 4:00 | OFF | 39.25 ✓ |
| | 9:00 - 6:00 | 9:00 - 6:00 | OFF | 9:00 - 6:00 | 9:00 - 4:00 | OFF | 10:00 - 6:00 | 39.50 |
| | OFF | 10:15 - 6:00 | OFF | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 4:00 | 39.25 ✓ |
| | 9:00 - 4:00 | OFF | OFF | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 40.50 |





Payroll 2011
for the Pay Date 4-22-11

## SELLING COMMISSIONS

| DATE | LOT | SALES MAN | CUSTOMER NAME | CAR | STOCK # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | FROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | | | | | | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/13/11 | A | ▬ | ▬ | 09 RAM 1500 | 1757 | 5,995.00 | | 398.86 | 123.40 | 780.00 | 500.00 | | 3,995.00 | 159.00 | | | | 79.50 | | 79.50 |
| 04/16/11 | A | ▬ | ▬ | 04 RENDEVAULE | 1930 | 10,250.00 | | 644.95 | 179.40 | 2,000.00 | 600.00 | | 7,695.00 | 297.00 | | | 148.50 | | | 148.50 |
| 04/16/11 | W | ▬ | ▬ | 99 CADILLAC | 1903 | 7,740.00 | | 494.28 | 179.40 | 1,480.00 | 450.00 | | 5,555.00 | 246.00 | | 246.00 | | | | |
| 04/18/11 | W | ▬ | ▬ | 02 RANGER | 1655 | 10,500.00 | | 709.88 | 404.40 | 1,500.00 | 1,500.00 | | 7,499.00 | 333.00 | 333.00 | | | | | |
| 04/19/11 | W | ▬ | ▬ | 02 MONTE CARLO | 1669 | 10,745.00 | | 655.58 | 88.10 | 2,000.00 | 200.00 | | 7,995.00 | 260.00 | | 260.00 | | | | |
| 04/20/11 | W | ▬ | ▬ | 08 SENTRA | 1557 | 5,195.00 | | 341.59 | 137.90 | 1,000.00 | 200.00 | | 4,195.00 | 98.00 | | | 98.00 | | | |
| 04/13/11 | W | ▬ | ▬ | 01 PT CRUISER | 1692ANW | 2,495.00 | | 179.58 | 398.90 | 3,561.48 | 200.00 | | 2,495.00 | 125.00 | 62.50 | | 62.50 | | | |
| 04/21/11 | W | ▬ | ▬ | 03 C. CHEROKEE | 1921 | 11,595.00 | 2,950.00 | 548.58 | 88.10 | 300.00 | 300.00 | 2,800.00 | 8,995.00 | 380.00 | 380.00 | | | | | |
| 04/21/11 | W | ▬ | ▬ | 01 LHS | 1947 | 6,445.00 | | 535.58 | 404.40 | 900.00 | 1,351.00 | | 5,995.00 | 206.00 | | | | | 205.00 | |
| | | | | | | | | | | | | | | 2,104.00 | 775.00 | 506.00 | 388.50 | 79.50 | 206.00 | 148.50 |

## CHARGE BACKS

| DATE | LOT | SALES MAN | CUSTOMER NAME | CAR | STOCK # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | FROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | | | | | CHRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | SHOP | HOURS | SALARY |
|---|---|---|---|
| | | 56.70 | |
| | | 47.60 | |
| | | 5.10 | |

## HOURLY AND SALARY

| DATE | LOT | SALES MAN | CUSTOMER NAME | CAR | STOCK # | SALARY |
|---|---|---|---|---|---|---|
| | | | | | | 1,300.00 |

| CCMOM | HOURS | SALARY |
|---|---|---|
| ▬ | | 1,100.00 |
| ▬ | 41.00 | |
| ▬ | | 600.00 |
| ▬ | | 1,007.69 |

DRAWS

| | |
|---|---|
| (100.00) | |

BONUS

| | |
|---|---|
| 305.00 | |

PURCHASE COMMISSIONS

TOTALS

| | | CHRS | |
|---|---|---|---|
| 675.00 | 506.00 | 79.50 | 148.50 |
| | | 205.00 | |
| HOURS | 42.25 | 43.25 | 9.00 | 42.50 | 27.00 | 20.00 |

EXHIBIT S-1

COUNTRY CLUB MOTORS OF MELBOURNE / TAX ACCOUNT

Employee
Christopher T Gilson, 1510 Studley Dr N.W., Palm Bay, FL 32907

SSN ****-3656

Status (Fed/State)
Single
Pay Period: 04/15/2011 - 04/21/2011

Allowances/Extra   4074
Fed:3/0
Pay Date: 04/22/2011

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission | 1.00 | 79.50 | 79.50 | 4,806.50 |
| Draw Against Commissi | | | 0.00 | 851.00 |
| | | | 79.50 | 5,657.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -326.00 |
| Social Security Employee | -3.34 | -237.62 |
| Medicare Employee | -1.15 | -82.03 |
| | -4.49 | -645.65 |

| Net Pay | 75.01 | 5,011.85 |
|---|---|---|

Indaglo, Inc., 235 S. Wickham Rd., W. Melbourne, FL 32904-1133 321-727-2075, Country Club Motors of Melbourne

REORDER #13 - U.S. PATENT NO 3568296, 5073404, 5641150, 5786253, 5964236, 6000000

EXHIBIT
S-2







| | FRIDAY 4/15/11 10-6 | SATURDAY 4/16/11 10-6 | SUNDAY 4/17/11 CLOSED | MONDAY 4/18/11 10-6 | TUESDAY 4/19/11 10-6 | WEDNESDAY 4/20/11 10-6 | THURSDAY 4/21/11 10-6 | |
|---|---|---|---|---|---|---|---|---|
| | 9:00 - 6:00 | 9:00 - 6:00 | OFF | 9:00 - 6:00 | OFF | 9:00 - 6:00 | 9:00 - 6:00 | 42.25 |
| | 8:30 - 6:00 | 8:30 - 6:00 | OFF | OFF | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 43.25 |
| CHRIS | 8:30 - 6:00 | OFF | OFF | OFF | OFF | OFF | OFF | 9.00 |
| | NO CALL NO SHOW | NO CALL NO SHOW | OFF | NO CALL NO SHOW | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 7:30 | 27.00 |
| | 8:30 - 6:00 | 8:30 - 8:00 | OFF | OFF | OFF | OFF | OFF | 20.00 |
| | 9:00 - 6:00 | OFF | OFF | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 42.50 |

EXHIBIT S-3

Payroll 2011
for the Pay Date 4-29-11

## SELLING COMMISSIONS

| DATE | LOT | SALES MAN | CUSTOMER NAME | CAR | STOCK# | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | | CHRIS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/23/11 | W | ▓▓ | 02 RENDEVAU | 1824 | 7,995.00 | 1,000.00 | 449.58 | 88.10 | 1,500.00 | 500.00 | 500.00 | | 5,995.00 | 139.00 | | | | 139.00 |
| 04/23/11 | W | ▓▓ | 01 NEON | 1950 | 6,495.00 | | 419.58 | 165.90 | 500.00 | 500.00 | | | 4,995.00 | 64.00 | | | 100.00 | |
| 04/25/11 | W | ▓▓ | 03 S-10 | 1737 | 7,995.00 | | 509.58 | 151.40 | 1,500.00 | | | | 5,495.00 | 196.00 | 196.00 | 198.00 | | |
| 04/25/11 | W | ▓▓ | 56 RIO | 1866 | 10,250.00 | 2,200.00 | 512.88 | 88.10 | | 2,000.00 | | 2,000.00 | 7,295.00 | 251.00 | | 251.00 | | |
| 04/26/11 | W | ▓▓ | 04 NEON | 1982 | 6,995.00 | | 569.58 | 165.90 | 1,200.00 | 500.00 | | | 6,395.00 | 178.00 | | | 178.00 | |
| 04/28/11 | W | ▓▓ | 01 TOYOTA | 1939 | 5,500.00 | | 359.88 | 135.90 | 6,493.78 | | | | 5,995.00 | 104.00 | | 104.00 | | |
| 04/28/11 | W | ▓▓ | 01 JAGUAR | 1904 | 13,395.00 | 2,000.00 | 713.58 | 88.10 | 1,000.00 | 1,000.00 | | 2,000.00 | 9,495.00 | 493.00 | | 493.00 | | |
| 04/28/11 | W | ▓▓ | 99 CADILLAC | 1750 | 11,859.00 | | 743.58 | 404.40 | 1,000.00 | 1,400.00 | | | 8,495.00 | 228.00 | | 114.00 | | 114.00 |
| | | | | | | | | | | | | | | 1,653.00 | 607.00 | 318.00 | 251.00 | 196.00 178.00 139.00 |

## CHARGE BACKS

| DATE | LOT | SALES MAN | CUSTOMER NAME | CAR | STOCK# | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

### SHOP

| | HOURS | SALARY |
|---|---|---|
| | 49.50 | |
| | 47.80 | |
| | 17.20 | 71.00 |
| | 44.70 | |

## HOURLY AND SALARY

| CCMOM | HOURS | SALARY |
|---|---|---|
| | | 550.00 |
| | 200.00 | 1,100.00 |
| | | 650.00 |
| | | 1,007.89 |

### DRAWS

### BONUS
178.70

### PURCHASE COMMISSIONS

### TOTALS
CHRIS 196.00 251.00
607.00 | 496.70 | 38.35
139.00 178.00 196.00 251.00
32.50 24.50 22.75
HOURS 52.50 18.50

EXHIBIT 7-1

COUNTRY CLUB MOTORS OF MELBOURNE / TAX ACCOUNT

Employee
Christopher T. Gilson, 1510 Studley Dr. N.W., Palm Bay, FL 32907

SSN ***-**-3656

Status (Fed/State)
Single

Pay Period: 04/22/2011 - 04/28/2011

Allowances/Extra
4125
Fed-3/0
Pay Date: 04/29/2011

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission | 1.00 | 196.00 | 196.00 | 5,002.50 |
| Draw Against Commissi | | | 0.00 | 851.00 |
| | | | 196.00 | 5,863.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -326.00 |
| Social Security Employee | -8.23 | -245.85 |
| Medicare Employee | -2.85 | -84.88 |
| | -11.08 | -656.73 |

| Net Pay | 184.92 | 5,196.77 |
|---|---|---|

Indaglo, Inc., 235 S. Wickham Rd., W. Melbourne, FL 32904-1133 321-727-2075, Country Club Motors of Melbourne

REORDER #15 • U.S. PATENT NO. 5,536,048, 5,915,688, 5,941,183, 5790333, 5846384, 4000000

EXHIBIT 7-2
Bumberg Inc. 5119

| | FRIDAY 4/22/11 10-6 | SATURDAY 4/23/11 10-6 | SUNDAY 4/24/11 CLOSED | MONDAY 4/25/11 10-6 | TUESDAY 4/26/11 10-6 | WEDNESDAY 4/27/11 10-6 | THURSDAY 4/28/11 10-6 | |
|---|---|---|---|---|---|---|---|---|
| | 9:00 - 6:00 | 9:00 - 6:00 | OFF | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 7:30 | 52.50 |
| | 9:00 - 6:00 | 9:00 - 6:00 | OFF | 12:00 - 4:15 | 9:00 - 6:00 | 1:45 - 6:00 | 9:00 - 6:00 | 38.25 |
| CHRIS | OFF | OFF | OFF | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 5:00 | OFF | 24.50 |
| | OFF | OFF | OFF | OFF | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 3:15 | 22.75 |
| | OFF | 9:00 - 7:30 | OFF | OFF | OFF | OFF | 9:00 - 6:00 | 18.50 |
| | OFF | OFF | OFF | 10:30 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 32.50 |





EXHIBIT

## Payroll 2011
### for the Pay Date 5-6-11

### SELLING COMMISSIONS

| DATE | LOT | SALES MAN | CUSTOMER NAME | CAR | STOCK # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/ TITLE | CASH DOWN | FROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | CHIPS | CHIPS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/29/11 | W | ████ | 03 CHRYSLER 200 | 1966 | 8,545.00 | 1,000.00 | 483.58 | 90.10 | 900.00 | 750.00 | 5,995.00 | | 206.00 | 206.00 | |
| 05/01/11 | W | ████ | 03 EXPLORER | 1951 | 7,995.00 | | 559.59 | 86.10 | 9,128.68 | | 8,699.00 | | 147.00 | 147.00 | |
| 05/02/11 | W | ████ | 99 CONCORDE | 1990 | 6,000.00 | | 389.88 | 404.40 | 1,500.00 | | 4,499.00 | | 158.00 | 156.00 | 156.00 | 154.00 |
| 05/02/11 | W | ████ | 00 CAVALIER | 1986 | 7,495.00 | | 479.58 | 88.10 | 500.00 | 750.00 | 4,995.00 | | 154.00 | 154.00 | | |
| 05/02/11 | W | ████ | 06 MALIBU | 1894 | 10,595.00 | | 665.59 | 88.10 | 2,000.00 | 500.00 | 7,996.00 | | 292.00 | 292.00 | | 292.00 |
| 05/03/11 | W | ████ | 99 YUKON | 1904ANW | 1,952.57 | | 147.03 | 402.40 | 3,000.00 | | 2,000.00 | | 79.00 | 79.00 | | 79.00 |
| 05/04/11 | W | ████ | 99 VOLVO | 1944 | 6,995.00 | | 449.56 | 153.40 | 1,000.00 | | 5,995.00 | | 150.00 | 150.00 | 75.00 | 75.00 |
| 05/05/11 | W | ████ | 99 EXPLORER | 1824A | 612.85 | | 77.76 | 116.99 | 1,305.00 | | 650.00 | | 22.00 | 22.00 | | |
| 05/05/11 | W | ████ | 00 TAURUS | 1915 | 7,545.00 | | 522.59 | 350.99 | 900.00 | | 4,995.00 | | 125.00 | 125.00 | | 125.00 |
| 05/05/11 | W | ████ | 01 DURANGO | 1987 | 9,995.00 | | 594.59 | 161.90 | 1,075.00 | | 6,400.00 | | 122.00 | 122.00 | | |
| | | | | | | | | | | | | | | 1,453.00 | | |
| | | | | | | | | | | | | | | 303.00 | 269.00 | 156.00 | 725.00 |

### CHARGE BACKS

| DATE | LOT | SALES MAN | CUSTOMER NAME | CAR | STOCK # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/ TITLE | CASH DOWN | FROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | CHGS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### HOURLY AND SALARY

| CCMDM | HOURS | SALARY |
|---|---|---|
| ████ | | 650.00 |
| ████ | | 1,100.00 |
| ████ | 44.00 | 600.00 |
| ████ | | 1,007.69 |

| SHOP | HOURS | SALARY |
|---|---|---|
| ████ | | 45.00 |
| ████ | | 49.30 |
| ████ | | 43.80 |

### DRAWS                (100.00)

### BONUS

### PURCHASE COMMISSIONS        102.00

### TOTALS        625.00

| | | |
|---|---|---|
| 303.00 | 371.00 | 156.00 | 21.00 |
| -40.00 | +5.50 | |

HOURS  31.00  54.75

EXHIBIT

COUNTRY CLUB MOTORS OF MELBOURNE / TAX ACCOUNT

Employee
Christopher T. Gilson, 1510 Studley Dr. N.W., Palm Bay, FL 32907

SSN ···-··-3656

Status (Fed/State)   Single

Allowances/Extra   4185
Fed-3/0
Pay Date: 05/06/2011

Pay Period: 04/29/2011 - 05/05/2011

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission | 0.01 | 1.00 | 0.01 | 5,002.51 |
| Draw Against Commissi | | | 0.00 | 851.00 |
| | | | 0.01 | 5,853.51 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | -326.00 |
| Social Security Employee | | | 0.00 | -245.85 |
| Medicare Employee | | | 0.00 | -84.88 |
| | | | 0.00 | -656.73 |

| Net Pay | | | 0.01 | 5,196.78 |

Indaglo, Inc., 235 S. Wickham Rd., W. Melbourne, FL 32904-1133 321-727-2075, Country Club Motors of Melbourne

REORDER #1: U.S. PATENT NO. 5538200, 5075404, 5641145, 5765313, 5984344, 6000000

EXHIBIT
D-2
Numbering No. 5170

| | FRIDAY 4/29/11 10-6 | SATURDAY 4/30/11 10-6 | SUNDAY 5/1/11 CLOSED | MONDAY 5/2/11 10-6 | TUESDAY 5/3/11 10-6 | WEDNESDAY 5/4/11 10-6 | THURSDAY 5/5/11 10-6 | |
|---|---|---|---|---|---|---|---|---|
| | 9:00 - 6:00 | 9:00 - 6:00 | OFF | 9:00 - 3:30 | OFF | 9:00 - 6:00 | 9:00 - 6:00 | 40.00 |
| | 9:00 - 6:00 | 9:00 - 6:00 | 12:00 - 3:00 | OFF | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 45.50 |
| **CHRIS** | NO CALL NO SHOW | NO CALL NO SHOW | OFF | NO CALL NO SHOW | NO CALL NO SHOW | NO CALL NO SHOW | OFF | - |
| | NO CALL NO SHOW | NO CALL NO SHOW | OFF | NO CALL NO SHOW | NO CALL NO SHOW | OFF | NO CALL NO SHOW | - |
| | 9:00 - 6:00 | 9:00 - 6:00 | 11:15 - 3:00 | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 54.75 |
| | OFF | OFF | OFF | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 1:30 | OFF | 21.00 |







EXHIBIT J-3

## Payroll 2011
### for the Pay Date 5-13-11

### SELLING COMMISSIONS

| DATE | LOT | SALES MAN | CUSTOMER NAME | CAR | STOCK # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | FROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | | | | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/06/11 | W | ▮▮▮ | 01 YG360 | 1975 | 8,445.00 | 1,500.00 | 445.59 | 88.10 | 3,900.00 | 500.00 | 1,500.00 | 5,994.00 | 283.00 | | 283.00 | | | |
| 05/07/11 | W | ▮▮▮ | 00 MAXIMA | 1914 | 11,595.00 | 2,000.00 | 605.58 | 88.10 | | 1,500.00 | 2,000.00 | 8,498.00 | 255.00 | | 255.00 | | | |
| 05/09/11 | W | ▮▮▮ | 02 TOWN COUNTRY | 1924 | 11,450.00 | | 716.88 | 88.10 | | | | 8,895.00 | 457.00 | | 457.00 | | 457.00 | |
| 05/11/11 | W | ▮▮▮ | 06 MAGLUM | 1773 | 11,995.00 | 1,500.00 | 659.98 | 404.40 | 1,200.00 | 700.00 | 700.00 | 9,995.00 | 202.00 | | 101.00 | | | 101.00 |
| 05/11/11 | W | ▮▮▮ | 05 STRATUS | 1968 | 5,644.55 | | 368.55 | 288.90 | 6,940.00 | | | 5,295.00 | 150.00 | 75.00 | 150.00 | | | 75.00 |
| 05/12/11 | W | ▮▮▮ | 03 SONATA | 1911 | 7,345.00 | | 509.80 | 123.40 | 1,100.00 | 300.00 | | 5,295.00 | 150.00 | | | | 101.00 | |
| 05/12/11 | W | ▮▮▮ | 07 STRATUS | 1990 | 7,845.00 | | 560.58 | 390.90 | 1,000.00 | 1,100.00 | | 4,985.00 | 142.00 | 142.00 | 142.00 | | 142.00 | |
| 05/12/11 | W | ▮▮▮ | 02 VENTURE | 1906 | 11,498.00 | 2,400.00 | 579.76 | 88.10 | 1,000.00 | 1,200.00 | 300.00 | 6,995.00 | 100.00 | 100.00 | 100.00 | | | |
| | | | | | | | | | | | | | | 1,658.00 | 444.00 | 781.00 | 457.00 | 176.00 |

### CHARGE BACKS

| DATE | LOT | SALES MAN | CUSTOMER NAME | CAR | STOCK # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | FROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | | | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### HOURLY AND SALARY

| | HOURS | SALARY |
|---|---|---|
| CCMOM | | 750.00 |
| | 195.80 | 1,100.00 |
| | 44.50 | 1,007.69 |

| | HOURS | SALARY |
|---|---|---|
| SHOP | 46.60 | |
| | 47.20 | 30.00 |
| | 35.40 | |

### DRAWS
| | 125.00 |
|---|---|

### BONUS

### PURCHASE COMMISSIONS

### TOTALS
| | CHRIS | |
|---|---|---|
| | | 49.00 |
| HOURS | 444.00 | 781.00 | 457.00 | 301.00 |
| | -10.75 | 41.00 | | 39.50 |

EXHIBIT T-V

| | FRIDAY 5/6/11 10-6 | SATURDAY 5/7/11 10-6 | SUNDAY 5/8/11 CLOSED | MONDAY 5/9/11 10-6 | TUESDAY 5/10/11 10-6 | WEDNESDAY 5/11/11 10-6 | THURSDAY 5/12/11 10-6 | |
|---|---|---|---|---|---|---|---|---|
| **CHRIS** | 9:00 - 6:00 | 9:00 - 6:00 | OFF | 9:00 - 3:45 | OFF | 9:00 - 6:00 | 9:00 - 6:00 | 40.25 ✓ |
| | 9:00 - 6:00 | 9:00 - 6:00 | OFF | OFF | 10:30 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 41.00 ✓ |
| | NO CALL NO SHOW | NO CALL NO SHOW | OFF | NO CALL NO SHOW | NO CALL NO SHOW | NO CALL NO SHOW | OFF | |
| | OFF | 9:00 - 6:00 | OFF | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 3:00 | 39.50 ✓ |
| | 9:00 - 3:30 | OFF | OFF | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 40.00 ✓ |







EXHIBIT 1-2

## Payroll 2011
### for the Pay Date 5-20-11

### SELLING COMMISSIONS

| DATE | DATE | LOT | DAY | SALES MAN | CUSTOMER NAME | CAR | STOCK # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-MAY-13 | 05/14/11 | W | | | ▇ | 06 SEBRING | 1917 | 9,295.00 | | 587.58 | 88.10 | 500.00 | 1,000.00 | | 6,995.00 | 104.00 | 104.00 | |
| 11-MAY-20 | 05/14/11 | W | | | ▇ | 03 TOWNCAT | 1548 | 11,000.00 | 1,550.00 | 646.62 | | 500.00 | 1,100.00 | 1,550.00 | 7,995.00 | 356.00 | 356.00 | |
| 11-MAY-21 | 05/15/11 | W | | | ▇ | 04 SEBRING | 1936 | 10,545.00 | | 662.58 | 169.90 | 500.00 | 2,200.00 | | 7,495.00 | 356.00 | 301.00 | |
| 11-MAY-21 | 05/15/11 | A | | | ▇ | 02 LINCOLN LS | 1978 | 10,245.00 | | 644.58 | 151.40 | 1,000.00 | 1,800.00 | | 7,995.00 | 253.00 | 253.00 | |
| 11-MAY-22 | 05/16/11 | W | | | ▇ | 02 CAVALIER | 1976 | 6,945.00 | | 446.58 | 88.10 | 1,200.00 | 400.00 | | 4,995.00 | 206.00 | 206.00 | 102.50 |
| 11-MAY-23 | 05/16/11 | W | | | ▇ | 98 ALTIMA | 1075A | 3,300.00 | | 286.86 | 246.90 | 4,452.76 | | | 3,495.00 | 91.00 | | |
| 11-MAY-23 | 05/17/11 | W | | | ▇ | 03 ELANTRA | 1967 | 5,475.00 | | 356.38 | 390.90 | 1,200.00 | | | 3,995.00 | 92.00 | 92.00 | 92.00 |
| 11-MAY-28 | 05/17/11 | W | | | ▇ | 99 VOLVO | 2001 | 7,545.00 | 500.00 | 649.40 | 151.40 | 1,200.00 | 500.00 | 500.00 | 5,025.00 | 271.00 | 271.00 | |
| 11-MAY-28 | 05/17/11 | W | | | ▇ | 02 KIA | 1514A | 3,495.00 | | 239.58 | 122.19 | 1,055.77 | | | 4,025.00 | 127.00 | 127.00 | |
| 11-MAY-27 | 05/19/11 | K | | | ▇ | 04 CAROLA | 2007 | 9,995.00 | 3,500.00 | 179.59 | 88.10 | 4,355.77 | 1,000.00 | 3,500.00 | 4,755.00 | 294.00 | 147.00 | |
| 12-DEC-22 | 12/31/10 | WIC | | | ▇ | 06 FORD MUSTANG | 1721 | 12,199.00 | | 761.58 | 88.10 | 1,700.00 | 1,300.00 | | 9,495.00 | 147.00 | 147.00 | |
| 11-MAR-22 | 03/18/11 | WIC | | | ▇ | 99 VOLVO S80 | 1556 | 6,514.41 | | 439.74 | | 800.00 | | | 6,995.00 | 240.50 | 240.50 | |
| 11-MAR-30 | 03/02/11 | WIC | | | ▇ | 99 WINDSTAR | 1686A | 6,295.00 | | 407.58 | 405.40 | 1,400.00 | 800.00 | | 4,499.00 | 155.00 | 155.00 | |

| | | | | | | | | | | | | | | | 2,489.50 | 1,400.00 | 804.00 | 194.50 |

### CHARGE BACKS

| DATE | LOT | DAY | SALES MAN | CUSTOMER NAME | CAR | STOCK # | SALES PRICE | TRADE ALLOWANCE | SALES TAX | TAG/TITLE | CASH DOWN | PROM NOTE | TRADE ACV | MIN SALES PRICE | SALES COMMISSION | | CHRIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-DEC-22 | WIC | | | ▇ | 06 FORD MUSTANG | 1721 | 12,199.00 | | 761.58 | 88.10 | 1,700.00 | 1,300.00 | | 9,495.00 | 295.00 | 295.00 | |
| 11-MAR-28 | WIC | | | ▇ | 03 DURANGO | 1869 | 9,545.00 | | 602.58 | 404.40 | 2,000.00 | 750.00 | | 8,995.00 | 392.00 | 392.00 | |
| 11-MAR-91 | WIC | | | ▇ | 99 VOLVO S80 | 1556 | 6,514.41 | | 420.74 | | 800.00 | | | 6,995.00 | 151.00 | 75.50 | 75.50 |
| 11-MAR-80 | WIC | | | ▇ | 99 WINDSTAR | 1686A | 6,295.00 | | 407.58 | 404.40 | 1,400.00 | 800.00 | | 4,499.00 | 250.00 | 250.00 | |

| | | | | | | | | | | | | | | | 1,135.00 | 460.50 | 250.00 | 12.50 |

HOURS   | 54.50 | 91.00 | 52.00 | 194.50 |

### HOURLY AND SALARY

| | CCMOM | HOURS | SALARY |
|---|---|---|---|
| | ▇ | | 250.00 |
| | ▇ | | 1,100.00 |
| | ▇ | 25.50 | |
| | ▇ | | 1,250.00 |
| | ▇ | | 1,007.69 |

| | CAPS | 500.00 |
| | SPIN | 160.10 |

| SHOP | HOURS | SALARY |
|---|---|---|
| | 35.40 | 30.00 |
| | 42.40 | |

### DRAWS

### BONUS
110.80

### PURCHASE COMMISSIONS

| | | | CHRIS |
|---|---|---|---|
| | 959.50 | 661.60 | 91.00 |

### TOTALS

| | | | CHRIS |
|---|---|---|---|
| | 54.50 | 52.00 | 12.50 |

HOURS

EXHIBIT 3-7

**COUNTRY CLUB MOTORS OF MELBOURNE / TAX ACCOUNT**

4301

Employee
Christopher T. Gilson, 1510 Studley Dr N.W., Palm Bay, FL 32907

SSN          Status (Fed/State)          Allowances/Extra
***-**-3656   Single                      Fed:3;0

Pay Period: 05/13/2011 - 05/20/2011          Pay Date: 05/20/2011

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission | 1.00 | 91.00 | 91.00 | 5,093.50 |
| Draw Against Commissi | | | 0.00 | 851.00 |
| | | | 91.00 | 5,944.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -326.00 |
| Social Security Employee | -3.82 | -249.67 |
| Medicare Employee | -1.32 | -86.20 |
| | -5.14 | -661.87 |

Net Pay          85.86   5,282.63

Indaglo, Inc . 235 S. Wickham Rd., W. Melbourne, FL 32904-1133 321-727-2075, Country Club Motors of Melbourne

EXHIBIT
W-2

Electronic No. 5119

| | FRIDAY 5/13/11 10-6 | SATURDAY 5/14/11 10-6 | SUNDAY 5/15/11 CLOSED | MONDAY 5/16/11 10-6 | TUESDAY 5/17/11 10-6 | WEDNESDAY 5/18/11 10-6 | THURSDAY 5/19/11 10-6 | |
|---|---|---|---|---|---|---|---|---|
| | 9:00 - 6:00 | 9:00 - 6:00 | 12:00 - 3:30 | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 9:00 - 6:00 | 54.50 |
| | 9:00 - 6:00 | 9:00 - 6:00 | OFF | 9:00 - 6:00 | 9:00 - 7:00 | 9:00 - 6:00 | 9:00 - 6:00 | 52.00 |
| CHRIS | NO CALL NO SHOW | NO CALL NO SHOW | OFF | 9:00 - 6:00 | 9:00 - 1:30 | | | 12.50 |
| | OFF | OFF | OFF | 9:00 - 7:15 | 9:00 - 6:00 | 9:00 - 6:00 | OFF | 26.75 |
| | OFF | OFF | OFF | OFF | OFF | OFF | OFF | |







EXHIBIT 3-3