UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER GILSON, on his
behalf and others similarly situated,

    Plaintiff,

v.    Case No: 6:12-cv-1423-Orl-18GJK

INDAGLO, INC., d/b/a COUNTRY
CLUB MOTORS OF MELBOURNE,
and CHARLES HENLEY,

    Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiffs' Motion to Vacate Bill of Costs Taxed (Doc. 156). The Court having reviewed the Report and Recommendation (Doc. 162), and there being no objections filed to the Report and Recommendation, it is hereby

**ORDERED** that the Report and Recommendation (Doc. 162) is hereby **APPROVED** and **ADOPTED**. The Motion (Doc. 156) is **GRANTED** and the Bill of Costs (Doc. 154) is **VACATED**. The Court grants Defendants leave to file a request for costs within fourteen (14) days of the Eleventh Circuit entering judgment.

**DONE AND ORDERED** at Orlando, Florida, this \_\_18\_\_ day of June, 2014.

    G. KENDALL SHARP
    SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record