UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER GILSON, on his
behalf and others similarly situated,

Plaintiff,

v.  Case No: 6:12-cv-1423-Orl-18GJK

INDAGLO, INC., d/b/a COUNTRY
CLUB MOTORS OF MELBOURNE,
and CHARLES HENLEY,

Defendants.

## ORDER

This case was referred to United States Magistrate Judge Gregory J. Kelly for a report and recommendation on Defendants Indaglo, Inc. and Charles Henley's Motion for Costs (Doc. 169), to which Plaintiffs did not file a reply. The Court having reviewed the Report and Recommendation (Doc. 171), and there being no objections filed to the Report and Recommendation, it is hereby

**ORDERED** that the Report and Recommendation (Doc. 171) is **APPROVED** and **ADOPTED**. The Motion for Costs (Doc. 169) is **GRANTED in part** and **DENIED in part**. The Clerk of Court is directed to tax costs in favor of Defendants in the total amount of $5,524.68, plus post-judgment interest thereon at the legal rate. Otherwise, the Motion for Costs (Doc. 169) is **DENIED**.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record